**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF SOUTH CAROLINA

Case number *(if known)* _____

Chapter you are filing under:

■ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

**12/17**

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| 1. | **Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | Scott<br>First name<br><br>Thomas<br>Middle name<br><br>Satterfield<br>Last name and Suffix (Sr., Jr., II, III) | First name<br><br>Middle name<br><br>Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years**<br>Include your married or maiden names. | | |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-5763 | |

Debtor 1    **Scott Thomas Satterfield**                                    Case number *(if known)*

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and *doing business as* names | ☐ I have not used any business name or EINs.<br><br>**DBA  Jewelry Warehouse, Inc.**<br>**DBA  Jewelry Warehouse**<br>**DBA  Satterfield's Jewelry Warehouse, Inc.**<br>**DBA  Garnet & Black Traditions**<br>**DBA  Tiger Paw Traditions at Jewelry Warehouse**<br>**DBA  Satterfields Jewelers**<br>**DBA  Traditions Media**<br><br>Business name(s)<br><br>EINs | ☐ I have not used any business name or EINs.<br><br>Business name(s)<br><br>EINs |
| **5. Where you live** | **238 Mineral Springs Circle**<br>**Lexington, SC 29073-8167**<br>Number, Street, City, State & ZIP Code<br><br>**Lexington**<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br><br>Number, Street, City, State & ZIP Code<br><br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>Number, P.O. Box, Street, City, State & ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>■  Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐  I have another reason. Explain. (See 28 U.S.C. § 1408.) | *Check one:*<br><br>☐  Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐  I have another reason. Explain. (See 28 U.S.C. § 1408.) |

Debtor 1    **Scott Thomas Satterfield**                                        Case number *(if known)*

---

**Part 2:**    **Tell the Court About Your Bankruptcy Case**

---

**7.    The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

---

**8.    How you will pay the fee**

- ■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

---

**9.    Have you filed for bankruptcy within the last 8 years?**

- ■ No.
- ☐ Yes.

| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

---

**10.    Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ■ No
- ☐ Yes.

| Debtor _____ | | Relationship to you _____ |
| District _____ | When _____ | Case number, if known _____ |
| Debtor _____ | | Relationship to you _____ |
| District _____ | When _____ | Case number, if known _____ |

---

**11.    Do you rent your residence?**

- ■ No.    Go to line 12.
- ☐ Yes.    Has your landlord obtained an eviction judgment against you?

    - ☐ No. Go to line 12.
    - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

---

Debtor 1    **Scott Thomas Satterfield**                                                    Case number *(if known)*

---

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |
|---|---|

**12.** **Are you a sole proprietor of any full- or part-time business?**

☒ No.    Go to Part 4.

☐ Yes.    Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

_____
Name of business, if any

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

---

**13.** **Are you filing under Chapter 11 of the Bankruptcy Code and are you a** *small business debtor?*

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).*

☒ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

| **Part 4:** | **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |
|---|---|

**14.** **Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☒ No.

☐ Yes.    What is the hazard?    _____

If immediate attention is needed, why is it needed?    _____

Where is the property?    _____

_____
Number, Street, City, State & Zip Code

---

Debtor 1   **Scott Thomas Satterfield**                                 Case number *(if known)*

| **Part 5:** | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Official Form 101                **Voluntary Petition for Individuals Filing for Bankruptcy**                page 5

Debtor 1    **Scott Thomas Satterfield**                                   Case number *(if known)*

| **Part 6:** | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

16a.    **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ No. Go to line 16b.

☐ Yes. Go to line 17.

16b.    **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☑ Yes. Go to line 17.

16c.    State the type of debts you owe that are not consumer debts or business debts

_____

**17. Are you filing under Chapter 7?**

☐ No.    I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☑ Yes.    I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☑ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

☐ 1-49
☐ 50-99
☐ 100-199
☑ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**19. How much do you estimate your assets to be worth?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☑ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| **Part 7:** | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Scott Thomas Satterfield**

_____          _____
**Scott Thomas Satterfield**                                Signature of Debtor 2
Signature of Debtor 1

Executed on    **September 24, 2019**          Executed on    _____
MM / DD / YYYY                                    MM / DD / YYYY

Debtor 1    **Scott Thomas Satterfield**                                        Case number *(if known)*

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Kevin McCarrell**                                        Date    **September 24, 2019**

Signature of Attorney for Debtor                                                      MM / DD / YYYY

**Kevin McCarrell**

Printed name

**Fox Rothschild LLP**

Firm name

**2 W. Washington Street**
**Suite 1100**
**Greenville, SC 29601**

Number, Street, City, State & ZIP Code

Contact phone    **(864) 751-7600**                    Email address    **kmccarrell@foxrothschild.com**

Bar number & State

---

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Scott Thomas Satterfield** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number | |
| (if known) | |

☐ Check if this is an
  amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

| Part 1: | Summarize Your Assets |
|---|---|

**Your assets**
Value of what you own

| | | |
|---|---|---:|
| 1. | **Schedule A/B: Property** (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B.............................................................. | $        **165,000.00** |
| | 1b. Copy line 62, Total personal property, from Schedule A/B........................................................ | $         **44,832.84** |
| | 1c. Copy line 63, Total of all property on Schedule A/B................................................................. | $        **209,832.84** |

| Part 2: | Summarize Your Liabilities |
|---|---|

**Your liabilities**
Amount you owe

| | | |
|---|---|---:|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $         **91,950.94** |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................. | $       **1,913,335.12** |
| | 3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............................ | $       **2,172,924.50** |
| | **Your total liabilities** | $       **4,178,210.56** |

| Part 3: | Summarize Your Income and Expenses |
|---|---|

| | | |
|---|---|---:|
| 4. | *Schedule I: Your Income* (Official Form 106I) | |
| | Copy your combined monthly income from line 12 of *Schedule I*................................................................. | $          **3,165.50** |
| 5. | *Schedule J: Your Expenses* (Official Form 106J) | |
| | Copy your monthly expenses from line 22c of *Schedule J*........................................................................ | $          **3,919.00** |

| Part 4: | Answer These Questions for Administrative and Statistical Records |
|---|---|

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ■ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ■ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    **Scott Thomas Satterfield** _____    Case number *(if known)* _____

8.  **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form
    122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.                                       $ _____

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 1,913,335.12 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 1,913,335.12 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Scott Thomas Satterfield** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number | |

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property                                                    12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes.  Where is the property?

**1.1**

| | |
|---|---|
| **238 Mineral Springs Circle** | |
| Street address, if available, or other description | |

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

*Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.*

| Lexington | SC | 29073-8167 |
|---|---|---|
| City | State | ZIP Code |

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $165,000.00 | $165,000.00 |

**Describe the nature of your ownership interest** (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

| Lexington | |
|---|---|
| County | |

Other information you wish to add about this item, such as local property identification number:

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here...........................................................=>**

| $165,000.00 |
|---|

**Part 2:   Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

■ No
☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1    **Scott Thomas Satterfield**                                    Case number *(if known)*

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ■ No
   ☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for
   pages you have attached for Part 2. Write that number here.............................................................=>    **$0.00**

---

**Part 3:**   Describe Your Personal and  Household Items

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes.  Describe.....

   | Furniture, appliances, and miscellaneous household goods. | $2,500.00 |
   |---|---|

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices
   including cell phones, cameras, media players, games
   ☐ No
   ■ Yes.  Describe.....

   | TV | $800.00 |
   |---|---|

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections;
   other collections, memorabilia, collectibles
   ■ No
   ☐ Yes.  Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools;
   musical instruments
   ☐ No
   ■ Yes.  Describe.....

   | Tennis Equipment, stationary bike, weights | $600.00 |
   |---|---|

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ■ No
    ☐ Yes.  Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes.  Describe.....

    | Daily clothes and shoes. | $1,000.00 |
    |---|---|

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ■ Yes.  Describe.....

Official Form 106A/B                          Schedule A/B: Property                                    page 2

| Debtor 1 | **Scott Thomas Satterfield** | | Case number *(if known)* | |

| Gold chain, gold charms, and wedding band. | | $700.00 |

13. **Non-farm animals**
   *Examples:* Dogs, cats, birds, horses
   ☐ No
   ■ Yes.  Describe.....

| 3 dogs | | $75.00 |

14.  **Any other personal and household items you did not already list, including any health aids you did not list**
   ■ No
   ☐ Yes.  Give specific information.....

15.  **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ........................................................................

| | $5,675.00 |

| **Part 4:** | **Describe Your Financial Assets** |

| **Do you own or have any legal or equitable interest in any of the following?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |

16.  **Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
   ☐ No
   ■ Yes.........................................................................................................

| | **Cash** | $200.00 |

17.  **Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
   ☐ No
   ■ Yes......................

Institution name:

| 17.1. | **Checking** | **First Community Bank** PO Box 64 Lexington, SC 29071 | $0.00 |

18.  **Bonds, mutual funds, or publicly traded stocks**
   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
   ■ No
   ☐ Yes.................          Institution or issuer name:

19.  **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
   ■ No
   ☐ Yes.  Give specific information about them....................
   Name of entity:                                    % of ownership:

20.  **Government and corporate bonds and other negotiable and non-negotiable instruments**
   *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
   *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
   ■ No
   ☐ Yes. Give specific information about them
   Issuer name:

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor 1 | **Scott Thomas Satterfield** | | Case number *(if known)* | |

**21. Retirement or pension accounts**
   *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
   ☐ No
   ☑ Yes. List each account separately.

| | Type of account: | Institution name: | |
|---|---|---|---|
| | **401(k)** | **Principal** | **$37,957.84** |

**22. Security deposits and prepayments**
   Your share of all unused deposits you have made so that you may continue service or use from a company
   *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
   ☑ No
   ☐ Yes. ....................                      Institution name or individual:

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
   ☑ No
   ☐ Yes.............          Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
   26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
   ☑ No
   ☐ Yes.............          Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
   ☑ No
   ☐ Yes.  Give specific information about them...

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
   *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
   ☑ No
   ☐ Yes.  Give specific information about them...

**27. Licenses, franchises, and other general intangibles**
   *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
   ☑ No
   ☐ Yes.  Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

**28. Tax refunds owed to you**
   ☑ No
   ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

**29. Family support**
   *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
   ☑ No
   ☐ Yes. Give specific information......

**30. Other amounts someone owes you**
   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security
           benefits; unpaid loans you made to someone else
   ☑ No
   ☐ Yes.  Give specific information..

**31. Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
   ☐ No
   ☑ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund |
|---|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor 1 | **Scott Thomas Satterfield** | | Case number *(if known)* | |

|  |  |  | value: |
| **Mass Mutual- Term Policy** | | **Shannon Harwell &** **Michael Sattefield** | **$0.00** |

32. **Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
■ No
☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue
■ No
☐ Yes. Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
■ No
☐ Yes. Describe each claim.........

35. **Any financial assets you did not already list**
■ No
☐ Yes. Give specific information..

36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here......................................................................................................................

| | **$38,157.84** |

| **Part 5:** | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |

37. **Do you own or have any legal or equitable interest in any business-related property?**
■ No. Go to Part 6.
☐ Yes.  Go to line 38.

| **Part 6:** | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
■ No. Go to Part 7.
☐ Yes.  Go to line 47.

| **Part 7:** | Describe All Property You Own or Have an Interest in That You Did Not List Above |

53. **Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership
☐ No
■ Yes. Give specific information.........

| **TopSpin Racquet Club** | **$1,000.00** |

54.   Add the dollar value of all of your entries from Part 7. Write that number here  ....................................

| | **$1,000.00** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor 1 | **Scott Thomas Satterfield** | Case number *(if known)* |
|---|---|---|

**Part 8:** List the Totals of Each Part of this Form

| | | | |
|---|---|---|---|
| 55. | **Part 1: Total real estate, line 2** ................................................................................................. | | **$165,000.00** |
| 56. | **Part 2: Total vehicles, line 5** | $0.00 | |
| 57. | **Part 3: Total personal and household items, line 15** | $5,675.00 | |
| 58. | **Part 4: Total financial assets, line 36** | $38,157.84 | |
| 59. | **Part 5: Total business-related property, line 45** | $0.00 | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | $0.00 | |
| 61. | **Part 7: Total other property not listed, line 54** + | $1,000.00 | |
| 62. | **Total personal property.** Add lines 56 through 61... | **$44,832.84** | Copy personal property total      **$44,832.84** |
| 63. | **Total of all property on Schedule A/B**. Add line 55 + line 62 | | **$209,832.84** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Scott Thomas Satterfield** |
| | First Name   Middle Name   Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt                    4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

**Part 1:**    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **238 Mineral Springs Circle Lexington, SC 29073-8167  Lexington County**<br>Line from *Schedule A/B*: **1.1** | $165,000.00 | ☐ _____<br>■ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 15-41-30(A)(1)(a) |
| **Furniture, appliances, and miscellaneous household goods.**<br>Line from *Schedule A/B*: **6.1** | $2,500.00 | ■ $2,475.00<br>☐ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 15-41-30(A)(3) |
| **TV**<br>Line from *Schedule A/B*: **7.1** | $800.00 | ■ $800.00<br>☐ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 15-41-30(A)(3) |
| **Tennis Equipment, stationary bike, weights**<br>Line from *Schedule A/B*: **9.1** | $600.00 | ■ $525.00<br>☐ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 15-41-30(A)(3) |
| **Daily clothes and shoes.**<br>Line from *Schedule A/B*: **11.1** | $1,000.00 | ■ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 15-41-30(A)(3) |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                                                                    Best Case Bankruptcy

Debtor 1    **Scott Thomas Satterfield**                                          Case number (if known)

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Gold chain, gold charms, and wedding band.**<br>Line from *Schedule A/B*: **12.1** | $700.00 | ■ $700.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(4)** |
| **3 dogs**<br>Line from *Schedule A/B*: **13.1** | $75.00 | ■ $75.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)** |
| **Cash**<br>Line from *Schedule A/B*: **16.1** | $200.00 | ■ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(7)** |
| **Checking: First Community Bank PO Box 64 Lexington, SC 29071**<br>Line from *Schedule A/B*: **17.1** | $0.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(1)(a)** |
| **401(k): Principal**<br>Line from *Schedule A/B*: **21.1** | $37,957.84 | ■ $17,799.90<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(13)** |
| **Mass Mutual- Term Policy Beneficiary: Shannon Harwell & Michael Sattefield**<br>Line from *Schedule A/B*: **31.1** | $0.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(8)** |

3.  **Are you claiming a homestead exemption of more than $170,350?**
    (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

    ■ No

    ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

        ☐ No

        ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Scott Thomas Satterfield** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number (if known) | |

☐ Check if this is an amended filing

<u>Official Form 106D</u>

## Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|

| **2.1** | **BB&T** | | | | |
|---|---|---|---|---|---|
| | Creditor's Name | **Describe the property that secures the claim:** | $71,793.00 | $165,000.00 | $0.00 |
| | | **238 Mineral Springs Circle<br>Lexington, SC 29073-8167<br>Lexington County** | | | |
| | **PO Box 580302<br>Charlotte, NC 28258** | **As of the date you file, the claim is:** Check all that apply. | | | |
| | Number, Street, City, State & Zip Code | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | | |
| | **Who owes the debt?** Check one. | **Nature of lien.** Check all that apply. | | | |
| | ☑ Debtor 1 only | ☐ An agreement you made (such as mortgage or secured car loan) | | | |
| | ☐ Debtor 2 only | | | | |
| | ☐ Debtor 1 and Debtor 2 only | ☐ Statutory lien (such as tax lien, mechanic's lien) | | | |
| | ☐ At least one of the debtors and another | ☐ Judgment lien from a lawsuit | | | |
| | ☐ Check if this claim relates to a community debt | ☑ Other (including a right to offset)  **First Mortgage** | | | |
| | Date debt was incurred  **10/27/2003** | Last 4 digits of account number  **8243** | | | |

| **2.2** | **Scott Satterfield** | | | | |
|---|---|---|---|---|---|
| | Creditor's Name | **Describe the property that secures the claim:** | $20,157.94 | $37,957.84 | $0.00 |
| | | **401(k): Principal** | | | |
| | | **As of the date you file, the claim is:** Check all that apply. | | | |
| | Number, Street, City, State & Zip Code | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | | |
| | **Who owes the debt?** Check one. | **Nature of lien.** Check all that apply. | | | |
| | ☑ Debtor 1 only | ☐ An agreement you made (such as mortgage or secured car loan) | | | |
| | ☐ Debtor 2 only | | | | |
| | ☐ Debtor 1 and Debtor 2 only | ☐ Statutory lien (such as tax lien, mechanic's lien) | | | |
| | ☐ At least one of the debtors and another | ☐ Judgment lien from a lawsuit | | | |
| | ☐ Check if this claim relates to a community debt | ☑ Other (including a right to offset)  **401K Loan** | | | |
| | Date debt was incurred | Last 4 digits of account number | | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    **Scott Thomas Satterfield**

First Name        Middle Name        Last Name

Case number (if known) _____

| | |
|---|---|
| **Add the dollar value of your entries in Column A on this page. Write that number here:** | **$91,950.94** |
| **If this is the last page of your form, add the dollar value totals from all pages.**<br>**Write that number here:** | **$91,950.94** |

**Part 2:    List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Scott Thomas Satterfield** |
| | First Name — Middle Name — Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name — Middle Name — Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number | |
| (if known) | |

☐ Check if this is an
amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                              12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims against you?**

☐ No. Go to Part 2.

☐ Yes.

2.  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|

| 2.1 | **Internal Revenue Service** | Last 4 digits of account number | 7918 | **$183,819.33** | **$0.00** | **$183,819.33** |

Priority Creditor's Name

**Centralized Insolvency Operations**
**PO Box 7346**
**Philadelphia, PA 19101**
Number Street City State Zip Code

When was the debt incurred?     **2015 & 2016**

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____
**2015 taxes**
**2016 taxes**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                          55432                          Best Case Bankruptcy

Debtor 1    **Scott Thomas Satterfield**

Case number (if known) _____

| 2.2 | **South Carolina Department of Revenue** | Last 4 digits of account number **5763** | $1,729,515.79 | $0.00 | $1,729,515.79 |

Priority Creditor's Name
**PO Box 12265**
**Columbia, SC 29211**
Number Street City State Zip Code

When was the debt incurred?    **2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

**Sale & Use Taxes**
**Mixed Taxes**
**Taxes owed personally and by Jewelry Warehouse**

---

**Part 2:**    **List All of Your NONPRIORITY Unsecured Claims**

3.    **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4.    **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| 4.1 | **The State** | | Total claim |

Nonpriority Creditor's Name
**1401 Shop Road**
**Columbia, SC 29201**
Number Street City State Zip Code

Last 4 digits of account number _____

When was the debt incurred? _____

$0.00

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt-No Personal Guaranty**

---

Debtor 1   **Scott Thomas Satterfield**

Case number (if known)

---

| 4.2 | **Ace Funding Source, LLC** | Last 4 digits of account number | **7035** | **$16,301.25** |

Nonpriority Creditor's Name

**c/o Ariel Bouskila, Esquire**
**Berkovitch & Bouskila, PLLC**
**40 Exchange Place, Ste 1306**
**New York, NY 10005**

When was the debt incurred?   **2018**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Confession of Judgment**
**Business debt**

---

| 4.3 | **Adrenaline Promotions** | Last 4 digits of account number | | **$0.00** |

Nonpriority Creditor's Name

**PO Box 2214**
**Eureka, MT 59917**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt- No Personal Guaranty**

---

| 4.4 | **All In** | Last 4 digits of account number | | **$0.00** |

Nonpriority Creditor's Name

**2611 Winding Brook**
**Anderson, SC 29621**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt- No Personal Guaranty**

---

Debtor 1    **Scott Thomas Satterfield**                                    Case number (if known) _____

---

| | | |
|---|---|---|
| 4.5 | **Alliance Legal Partners** | Last 4 digits of account number _____ **$0.00** |

Nonpriority Creditor's Name

**9 Chatelaine**
**Newport Coast, CA 92657**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business debt- No Personal Guaranty**

---

| | | |
|---|---|---|
| 4.6 | **Alumni Association** | Last 4 digits of account number _____ **$0.00** |

Nonpriority Creditor's Name

**PO Box 18957**
**Asheville, NC 28814**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business debt- No Personal Guaranty**

---

| | | |
|---|---|---|
| 4.7 | **American Ring Source** | Last 4 digits of account number _____ **$0.00** |

Nonpriority Creditor's Name

**7855 Kenwood Road**
**Cincinnati, OH 45236**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business debt- No Personal Guaranty**

---

Debtor 1    **Scott Thomas Satterfield**                                           Case number (if known)

---

| 4.8 | **Aminco International** | Last 4 digits of account number | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**20571 Crescent Bay
Lake Forest, CA 92630**                      When was the debt incurred?
Number Street City State Zip Code
**Who incurred the debt?** Check one.                 **As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only                                ☐ Contingent

☐ Debtor 2 only                                ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                   ■ Disputed

■ At least one of the debtors and another      **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**    ☐ Student loans
**debt**
                                               ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**              report as priority claims

■ No                                           ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                          ■ Other. Specify    **Business debt- No Personal Guaranty**

---

| 4.9 | **Argosy Capital Group LLC** | Last 4 digits of account number | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**950 W. Valley Road
Suite 2900
Wayne, PA 19087**                            When was the debt incurred?
Number Street City State Zip Code
**Who incurred the debt?** Check one.                 **As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only                                ☐ Contingent

☐ Debtor 2 only                                ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                   ■ Disputed

■ At least one of the debtors and another      **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**    ☐ Student loans
**debt**
                                               ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**              report as priority claims

■ No                                           ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                          ■ Other. Specify    **Business debt- No Personal Guaranty**

---

| 4.10 | **Ariel Jewelry Company** | Last 4 digits of account number | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**4940 Merrick Road #304
Massapequa Park, NY 11762**                  When was the debt incurred?
Number Street City State Zip Code
**Who incurred the debt?** Check one.                 **As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only                                ☐ Contingent

☐ Debtor 2 only                                ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                   ■ Disputed

■ At least one of the debtors and another      **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**    ☐ Student loans
**debt**
                                               ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**              report as priority claims

■ No                                           ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                          ■ Other. Specify    **Business debt- No Personal Guaranty**

---

Debtor 1  **Scott Thomas Satterfield**

Case number *(if known)*

---

**4.1**
**1**

**Ashi Diamonds Inc.**
Nonpriority Creditor's Name
**589 Fifth Ave, 6th Floor**
**New York, NY 10017**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt-No Personal Guaranty.**

$0.00

---

**4.1**
**2**

**Atlanta Hosiery Company**
Nonpriority Creditor's Name
**c/o Bryn Colette Sarvis**
**3347-B Augusta Hwy**
**Gilbert, SC 29054**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number   **1569**

When was the debt incurred?   **2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt- No Personal Guaranty**

$0.00

---

**4.1**
**3**

**AXIS Capital, Inc.**
Nonpriority Creditor's Name
**PO Box 2555**
**Grand Island, NE 68802**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt- No Personal Guaranty**

$0.00

---

Debtor 1   **Scott Thomas Satterfield**

Case number (if known) _____

---

| 4.1 4 | **Baden Sports Inc.** | Last 4 digits of account number | **4886** | $0.00 |

Nonpriority Creditor's Name
**34114 21st Ave South**
**Federal Way, WA 98003**
Number City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**☐ Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt- No Personal Guaranty**

---

| 4.1 5 | **Badger Sportswear, Inc.** | Last 4 digits of account number | | $0.00 |

Nonpriority Creditor's Name
**PO Box 890011**
**Charlotte, NC 28289**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**☐ Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt- No Personal Guaranty**

---

| 4.1 6 | **Baker, Dennis** | Last 4 digits of account number | | $0.00 |

Nonpriority Creditor's Name
**2 Arrow Lake Road**
**West Columbia, SC 29170**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**☐ Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business investor**

---

Debtor 1    **Scott Thomas Satterfield**                                    Case number (if known) _____

---

| 4.1 7 | **Bakins Ventures, LLC** | | Last 4 digits of account number _____ | | $0.00 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
**1638 Kinsmon Lane**
**Marietta, GA 30062**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt- No Personal Guaranty**

---

| 4.1 8 | **Becker, Michael** | | Last 4 digits of account number _____ | | $0.00 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
**3453 Heather Drive**
**York, PA 17408**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business investor**

---

| 4.1 9 | **Benchmark** | | Last 4 digits of account number _____ | | $0.00 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
**Drawer 2929**
**Tuscaloosa, AL 35403**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt- No Personal Guaranty**

---

Debtor 1    **Scott Thomas Satterfield**                                Case number (if known)

---

| 4.2 0 | **Bethel International** | | Last 4 digits of account number | | $0.00 |

Nonpriority Creditor's Name

**4610 Bragg Blvd**
**Fayetteville, NC 28303**

Number City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt- No Personal Guaranty**

---

| 4.2 1 | **Big Jewelry** | | Last 4 digits of account number | | $0.00 |

Nonpriority Creditor's Name

**115 West 30th Street, 8th Floor**
**New York, NY 10001**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt- No Personal Guaranty**

---

| 4.2 2 | **Branch Banking & Trust Company FKA BB&T** | | Last 4 digits of account number | 3354 | $0.00 |

Nonpriority Creditor's Name

**c/o Jerry Myers**
**Po Box 176010**
**Raleigh, NC 27619**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?    **2019**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt- No Personal Guranty**

---

Debtor 1    **Scott Thomas Satterfield**

Case number *(if known)*

---

| 4.2 3 | **Brett Hand, Inc.** | | $0.00 |

Nonpriority Creditor's Name

**19399 Helenberg Road**
**Covington, LA 70433**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt- No Personal Guaranty**

---

| 4.2 4 | **Brice Caldwell, Inc.** | | $0.00 |

Nonpriority Creditor's Name

**1888 Main Street, Suite C #101**
**Madison, MS 39110**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt- No Personal Guaranty**

---

| 4.2 5 | **Brittingham Group, LLP** | | $0.00 |

Nonpriority Creditor's Name

**50 State Street**
**West Columbia, SC 29169**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt-No Personal Guaranty**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    **Scott Thomas Satterfield**                                    Case number (if known)

---

**4.2 6**

**Brown, Jeffrey**                                          Last 4 digits of account number _____        $0.00
Nonpriority Creditor's Name
**3209 SW 137 Court**                                       When was the debt incurred? _____
**Oklahoma City, OK 73170**
Number Street City State Zip Code                          As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                                            ☐ Contingent
☐ Debtor 2 only                                            ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                               ☒ Disputed
☐ At least one of the debtors and another                  **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community                 ☐ Student loans
debt**                                                     ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                            report as priority claims
                                                           ☐ Debts to pension or profit-sharing plans, and other similar debts
☒ No
☐ Yes                                                      ☒ Other. Specify    **Business investor**

---

**4.2 7**

**C.G. Creations**                                          Last 4 digits of account number _____        $0.00
Nonpriority Creditor's Name
**PO Box 1001**                                             When was the debt incurred? _____
**Pearl River, NY 10965**
Number Street City State Zip Code                          As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                                            ☐ Contingent
☐ Debtor 2 only                                            ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                               ☒ Disputed
☒ At least one of the debtors and another                  **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community                 ☐ Student loans
debt**                                                     ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                            report as priority claims
                                                           ☐ Debts to pension or profit-sharing plans, and other similar debts
☒ No
☐ Yes                                                      ☒ Other. Specify    **Business debt- No Personal Guaranty**

---

**4.2 8**

**Capital Advance Services, LLC**                           Last 4 digits of account number _____        $74,950.00
Nonpriority Creditor's Name
**One Evertrust Plaza, Suite 1401**                         When was the debt incurred?    **2018**
**Jersey City, NJ 07302**
Number Street City State Zip Code                          As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                                            ☐ Contingent
☐ Debtor 2 only                                            ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                               ☒ Disputed
☒ At least one of the debtors and another                  **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community                 ☐ Student loans
debt**                                                     ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                            report as priority claims
                                                           ☐ Debts to pension or profit-sharing plans, and other similar debts
☒ No
☐ Yes                                                      ☒ Other. Specify    **Confession of Judgment**

---

Debtor 1  **Scott Thomas Satterfield**                                          Case number (if known)

---

| 4.2 9 | **Capital Marketing Concepts** | Last 4 digits of account number | | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**696 1st Ave N**
**Saint Petersburg, FL 33701**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                                 ☐ Contingent

☐ Debtor 1 and Debtor 2 only                    ☐ Unliquidated

■ At least one of the debtors and another       ■ Disputed

**Check if this claim is for a community**      **Type of NONPRIORITY unsecured claim:**
**debt**                                        ☐ Student loans

**Is the claim subject to offset?**             ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No                                            ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                           ■ Other. Specify  **Business debt-No Personal Guaranty**

---

| 4.3 0 | **Capital Merchant Services, LLC** | Last 4 digits of account number | | $449,700.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**116 Nassau Street, Suite 804**
**New York, NY 10038**

When was the debt incurred?       **2018**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                                 ☐ Contingent

☐ Debtor 1 and Debtor 2 only                    ☐ Unliquidated

■ At least one of the debtors and another       ■ Disputed

**Check if this claim is for a community**      **Type of NONPRIORITY unsecured claim:**
**debt**                                        ☐ Student loans

**Is the claim subject to offset?**             ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No                                            ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                           ■ Other. Specify  **Confession of Judgment**

---

| 4.3 1 | **Capital One** | Last 4 digits of account number | **1270** | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 71083**
**Charlotte, NC 28272**

When was the debt incurred?       **2018**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only                                 ☐ Contingent

☐ Debtor 1 and Debtor 2 only                    ☐ Unliquidated

☐ At least one of the debtors and another       ☐ Disputed

**Check if this claim is for a community**      **Type of NONPRIORITY unsecured claim:**
**debt**                                        ☐ Student loans

**Is the claim subject to offset?**             ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No                                            ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                           ■ Other. Specify  **Credit Card Charges.**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1  **Scott Thomas Satterfield**

Case number (if known) _____

---

| 4.3 2 | **Cargo Hold, Inc.** | | Last 4 digits of account number _____ | | $0.00 |

Nonpriority Creditor's Name
**PO Box 239**
**Charleston, SC 29402**
Number City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt- No Personal Guaranty**

---

| 4.3 3 | **Carolina Fin** | | Last 4 digits of account number _____ | | $0.00 |

Nonpriority Creditor's Name
**930 Battenkill Court**
**Lexington, SC 29072**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt- No Personal Guaranty**

---

| 4.3 4 | **Carolina Retail Packaging, Inc.** | | Last 4 digits of account number  1833 | | $4,308.50 |

Nonpriority Creditor's Name
**c/o Scott Mange**
**PO Box 743**
**White Rock, SC 29177**
Number Street City State Zip Code

When was the debt incurred?    2018

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

Debtor 1   **Scott Thomas Satterfield**

Case number (if known) _____

---

| 4.3 5 | **CB Indigo** | Last 4 digits of account number | 4334 | $375.66 |

Nonpriority Creditor's Name

**PO Box 4499**
**Beaverton, OR 97076-4000**

Number Street City State Zip Code

**When was the debt incurred?**   2018

**Who incurred the debt?** Check one.

■ Debtor 1 only

**As of the date you file, the claim is:** Check all that apply

□ Debtor 2 only

□ Contingent

□ Debtor 1 and Debtor 2 only

□ Unliquidated

□ At least one of the debtors and another

□ Disputed

■ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

□ Student loans

**Is the claim subject to offset?**

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

□ Debts to pension or profit-sharing plans, and other similar debts

□ Yes

■ Other. Specify   **Credit Card Charges**

---

| 4.3 6 | **Chem Art** | Last 4 digits of account number | | $0.00 |

Nonpriority Creditor's Name

**PO Box 845041**
**Boston, MA 02284**

Number Street City State Zip Code

**When was the debt incurred?**   _____

**Who incurred the debt?** Check one.

□ Debtor 1 only

**As of the date you file, the claim is:** Check all that apply

□ Debtor 2 only

□ Contingent

□ Debtor 1 and Debtor 2 only

□ Unliquidated

■ At least one of the debtors and another

■ Disputed

□ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

□ Student loans

**Is the claim subject to offset?**

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

□ Debts to pension or profit-sharing plans, and other similar debts

□ Yes

■ Other. Specify   **Business debt- No Personal Guaranty**

---

| 4.3 7 | **China Pearl** | Last 4 digits of account number | | $0.00 |

Nonpriority Creditor's Name

**10220 Norris Ave**
**Pacoima, CA 91331**

Number Street City State Zip Code

**When was the debt incurred?**   _____

**Who incurred the debt?** Check one.

□ Debtor 1 only

**As of the date you file, the claim is:** Check all that apply

□ Debtor 2 only

□ Contingent

□ Debtor 1 and Debtor 2 only

□ Unliquidated

■ At least one of the debtors and another

■ Disputed

□ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

□ Student loans

**Is the claim subject to offset?**

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

□ Debts to pension or profit-sharing plans, and other similar debts

□ Yes

■ Other. Specify   **Business debt- No Personal Guaranty**

---

Debtor 1  **Scott Thomas Satterfield**

Case number (if known)

---

| 4.3 8 | **Church Hill Classics** | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name

**594 Pepper Street**
**Monroe, CT 06468**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt- No Personal Guaranty**

---

| 4.3 9 | **Citi Cards** | Last 4 digits of account number | 3425 | $13,710.20 |

Nonpriority Creditor's Name

**PO Box 70166**
**Philadelphia, PA 19176**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?     2014

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Credit Card Charges.**

---

| 4.4 0 | **Citizens Watch Company** | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name

**1000 West 190th Street**
**Torrance, CA 90502**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt- No Personal Guaranty**

---

Debtor 1   **Scott Thomas Satterfield**                                                         Case number *(if known)*

| | |
|---|---|
| 4.4<br>1 | **Classic Imports, Inc.** |

| | |
|---|---|
| **Classic Imports, Inc.** | Last 4 digits of account number _____   $0.00 |
| Nonpriority Creditor's Name | |
| **32 West 39th Street** | When was the debt incurred? _____ |
| **New York, NY 10018** | |
| Number Street City State Zip Code | |
| Who incurred the debt? Check one. | As of the date you file, the claim is: Check all that apply |
| ☐ Debtor 1 only | ☐ Contingent |
| ☐ Debtor 2 only | ☐ Unliquidated |
| ☐ Debtor 1 and Debtor 2 only | ■ Disputed |
| ■ At least one of the debtors and another | **Type of NONPRIORITY unsecured claim:** |
| ■ **Check if this claim is for a community debt** | ☐ Student loans |
| **Is the claim subject to offset?** | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims |
| ■ No | ☐ Debts to pension or profit-sharing plans, and other similar debts |
| ☐ Yes | ■ Other. Specify   **Business debt- No Personal Guaranty** |

| | |
|---|---|
| 4.4<br>2 | **Clemson Sports Properties** |

| | |
|---|---|
| **Clemson Sports Properties** | Last 4 digits of account number _____   $0.00 |
| Nonpriority Creditor's Name | |
| **IMG-Learfield** | When was the debt incurred? _____ |
| **2400 Dallas Parkway, Suite 500** | |
| **Plano, TX 75093** | |
| Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply |
| Who incurred the debt? Check one. | |
| ☐ Debtor 1 only | ☐ Contingent |
| ☐ Debtor 2 only | ☐ Unliquidated |
| ☐ Debtor 1 and Debtor 2 only | ■ Disputed |
| ■ At least one of the debtors and another | **Type of NONPRIORITY unsecured claim:** |
| ■ **Check if this claim is for a community debt** | ☐ Student loans |
| **Is the claim subject to offset?** | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims |
| ■ No | ☐ Debts to pension or profit-sharing plans, and other similar debts |
| ☐ Yes | ■ Other. Specify   **Business debt-No Personal Guaranty** |

| | |
|---|---|
| 4.4<br>3 | **Coast Apparel, LLC** |

| | |
|---|---|
| **Coast Apparel, LLC** | Last 4 digits of account number _____   $0.00 |
| Nonpriority Creditor's Name | |
| **PO Box 9324** | When was the debt incurred? _____ |
| **Greenville, SC 29604** | |
| Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply |
| Who incurred the debt? Check one. | |
| ☐ Debtor 1 only | ☐ Contingent |
| ☐ Debtor 2 only | ☐ Unliquidated |
| ☐ Debtor 1 and Debtor 2 only | ■ Disputed |
| ■ At least one of the debtors and another | **Type of NONPRIORITY unsecured claim:** |
| ■ **Check if this claim is for a community debt** | ☐ Student loans |
| **Is the claim subject to offset?** | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims |
| ■ No | ☐ Debts to pension or profit-sharing plans, and other similar debts |
| ☐ Yes | ■ Other. Specify   **Business debt- No Personal Guaranty** |

Debtor 1  **Scott Thomas Satterfield**                                Case number (if known) _____

---

| 4.4 4 | | | |
|---|---|---|---|

**Coastal Waters, LLC**                          Last 4 digits of account number  **1CVK**                        $0.00
Nonpriority Creditor's Name
**c/o Charles W. Winfield**                       When was the debt incurred?  _____
**Perry & Winfield, PA**
**PO Box 80281**
**Starkville, MS 39759**
Number Street City State Zip Code                **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

☐ Debtor 1 only                                  ☐ Contingent

☐ Debtor 2 only                                  ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                     ■ Disputed

■ At least one of the debtors and another        **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**     ☐ Student loans
**debt**
                                                 ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**              report as priority claims

■ No                                             ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                            ■ Other. Specify  **Business debt- No Personal Guaranty**

---

| 4.4 5 | | | |
|---|---|---|---|

**College Covers**                               Last 4 digits of account number  _____         $0.00
Nonpriority Creditor's Name
**PO Box 336**                                   When was the debt incurred?  _____
**Hartington, NE 68739**
Number Street City State Zip Code                **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

☐ Debtor 1 only                                  ☐ Contingent

☐ Debtor 2 only                                  ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                     ■ Disputed

■ At least one of the debtors and another        **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**     ☐ Student loans
**debt**
                                                 ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**              report as priority claims

■ No                                             ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                            ■ Other. Specify  **Business debt- No Personal Guaranty**

---

| 4.4 6 | | | |
|---|---|---|---|

**Collegiate Enterprises**                       Last 4 digits of account number  _____         $0.00
Nonpriority Creditor's Name
**PO Box 682**                                   When was the debt incurred?  _____
**North Myrtle Beach, SC 29597**
Number Street City State Zip Code                **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

☐ Debtor 1 only                                  ☐ Contingent

☐ Debtor 2 only                                  ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                     ■ Disputed

■ At least one of the debtors and another        **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**     ☐ Student loans
**debt**
                                                 ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**              report as priority claims

■ No                                             ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                            ■ Other. Specify  **Business debt- No Personal Guaranty**

---

Debtor 1  **Scott Thomas Satterfield**

Case number *(if known)*

| | | | |
|---|---|---|---|
| 4.4 7 | **Collegiate Kids Books, LLC** | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name

**3956 2nd Street Drive NW**
**Hickory, NC 28601**

Number City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt- No Personal Guaranty**

---

| | | | |
|---|---|---|---|
| 4.4 8 | **Color Craft** | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name

**45 West 45th Street, 10th Floor**
**New York, NY 10036**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt- No Personal Guaranty**

---

| | | | |
|---|---|---|---|
| 4.4 9 | **Columbia Sportswear Company, Inc.** | Last 4 digits of account number   0316 | $0.00 |

Nonpriority Creditor's Name

**c/o Amanda M . Scott**
**PO Box 743**
**White Rock, SC 29177**

Number Street City State Zip Code

When was the debt incurred?   **2009**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt- No Personal Guaranty**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor 1    **Scott Thomas Satterfield**

Case number (if known)

---

| 4.5 0 | | |
|---|---|---|

**Coserv**

Last 4 digits of account number _____    $0.00

Nonpriority Creditor's Name
**PO Box 100879**
**Atlanta, GA 30384**

When was the debt incurred? _____

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Contingent

☐ Debtor 2 only
☐ Unliquidated

☐ Debtor 1 and Debtor 2 only
■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**
☐ Student loans

Is the claim subject to offset?
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes
■ Other. Specify    **PO Box 935641**

---

| 4.5 1 | | |
|---|---|---|

**CRAFTIQUE**

Last 4 digits of account number _____    $0.00

Nonpriority Creditor's Name
**PO Box 4422**
**Chattanooga, TN 37405**

When was the debt incurred? _____

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Contingent

☐ Debtor 2 only
☐ Unliquidated

☐ Debtor 1 and Debtor 2 only
■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**
☐ Student loans

Is the claim subject to offset?
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes
■ Other. Specify    **Business debt- No Personal Guaranty**

---

| 4.5 2 | | |
|---|---|---|

**Creative Realities/Wireless Ronin Tech**

Last 4 digits of account number _____    $0.00

Nonpriority Creditor's Name
**22 Audrey Pl**
**Georgetown, SC 29440**

When was the debt incurred? _____

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Contingent

☐ Debtor 2 only
☐ Unliquidated

☐ Debtor 1 and Debtor 2 only
■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**
☐ Student loans

Is the claim subject to offset?
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes
■ Other. Specify    **Business debt- No Personal Guaranty**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **Scott Thomas Satterfield** | Case number (if known) |
|---|---|---|

---

| 4.5 3 | **CT Corporation Systems, as Represenative** | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**330 N. Brand Blvd Ste 700**
**Glendale, CA 91203**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?    **2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt- No Personal Guranty**

---

| 4.5 4 | **Cumulus** | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**1301 Gervais St**
**Columbia, SC 29201**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?    _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt-No Personal Guaranty**

---

| 4.5 5 | **Custom Branded Sportswear** | Last 4 digits of account number **1858** | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**c/o Wylie Clarkson**
**PO Box 287**
**Columbia, SC 29202**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?    **2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt- No Personal Guaranty**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor 1    **Scott Thomas Satterfield**                                        Case number (if known)

| 4.5 6 | **Custom Decor** | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name
**PO Box 336**
**Cheswold, DE 19936**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
**☐ Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt- No Personal Guaranty**

---

| 4.5 7 | **Cutter & Buck** | Last 4 digits of account number    1116 | $0.00 |

Nonpriority Creditor's Name
**c/o Cynthia Marie Lover**
**PO Box 6774**
**Myrtle Beach, SC 29572**
Number Street City State Zip Code

When was the debt incurred?    2017

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
**☐ Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt- No Personal Guaranty**

---

| 4.5 8 | **Daily Gamecock** | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name
**1400 Greene Street**
**Columbia, SC 29208**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
**☐ Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt-No Personal Guaranty**

---

Debtor 1  **Scott Thomas Satterfield**

Case number *(if known)*

---

| 4.5 9 | **Darling Imports** | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name

**PO Box 564**
**Hampton, GA 30228**

When was the debt incurred?

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Business debt- No Personal Guaranty**

---

| 4.6 0 | **Data Spring** | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name

**56 Parkway Commons Way**
**Greer, SC 29650**

When was the debt incurred?

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Business debt-No Personal Guaranty**

---

| 4.6 1 | **Dayna Designs, LLC** | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name

**PO Box 2307**
**Rockville, MD 20847**

When was the debt incurred?

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Business debt- No Personal Guaranty**

---

Debtor 1    **Scott Thomas Satterfield**

Case number (if known)

---

| 4.6 2 | **DDRTC Columbiana Station II LLC** | Last 4 digits of account number | **2309** | **$55,100.31** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**c/o W. Cliff Moore, III**
**PO Box 2285**
**Columbia, SC 29202**

When was the debt incurred?    **2016**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Judgment Business debt**

---

| 4.6 3 | **Diamond Counsel of America** | Last 4 digits of account number | | **$0.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**120 Broadway**
**New York, NY 10271**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt- No Personal Guaranty**

---

| 4.6 4 | **Diamond Graphics, LLC/Marie Clayborne** | Last 4 digits of account number | **0025** | **$6,628.76** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**611 Longs Pond Road**
**Lexington, SC 29073**

When was the debt incurred?    **2016**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Judgment**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Scott Thomas Satterfield**

Case number (if known)

---

| 4.6 5 | **Disbrow, Tom** | | Last 4 digits of account number | | | **$0.00** |

Nonpriority Creditor's Name

**4048 Florentine Road**
**West Columbia, SC 29170**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business investor**

---

| 4.6 6 | **Discover Bank** | | Last 4 digits of account number | **6771** | | **$8,625.00** |

Nonpriority Creditor's Name

**PO Box 15316**
**Wilmington, DE 19850-5000**

When was the debt incurred?   **2014**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Credit card charges**

---

| 4.6 7 | **Distinctive Homeworks, LLC** | | Last 4 digits of account number | | | **$0.00** |

Nonpriority Creditor's Name

**342 Amstar Road**
**Columbia, SC 29212**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business debt- No Personal Guaranty**

---

Debtor 1    **Scott Thomas Satterfield**                                      Case number (if known)

| 4.6 8 | **Divine Creations, Inc** | Last 4 digits of account number | **4272** | $0.00 |

Nonpriority Creditor's Name
**c/o Amanda M. Scott**
**PO Box 743**
**White Rock, SC 29177**
Number Street City State Zip Code

When was the debt incurred?    **2017**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt- No Personal Guaranty**

---

| 4.6 9 | **Donovan, John** | Last 4 digits of account number | | $0.00 |

Nonpriority Creditor's Name
**347 Clermont Lake Drive**
**Lexington, SC 29073**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business investor**

---

| 4.7 0 | **Duplicating Products** | Last 4 digits of account number | | $0.00 |

Nonpriority Creditor's Name
**150 Loft CT**
**West Columbia, SC 29169**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt-No Personal Guaranty.**

---

Debtor 1    **Scott Thomas Satterfield**                              Case number *(if known)*

---

| 4.7 1 | | |
|---|---|---|

**E5**                                                        Last 4 digits of account number _____        **$0.00**

Nonpriority Creditor's Name

**File #50516**                                              When was the debt incurred? _____

**Los Angeles, CA 90074**

Number Street City State Zip Code                          As of the date you file, the claim is: Check all that apply

**Who incurred the debt? Check one.**

☐ Debtor 1 only                                            ☐ Contingent

☐ Debtor 2 only                                            ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                              ■ Disputed

■ At least one of the debtors and another                 **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community**             ☐ Student loans
**debt**
                                                          ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                        report as priority claims

■ No                                                       ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                      ■ Other. Specify    **Business debt-No Personal Guaranty**

---

| 4.7 2 | | |
|---|---|---|

**East Bay Air LLC**                                         Last 4 digits of account number _____        **$0.00**

Nonpriority Creditor's Name

**Dixon Hughes PLLC**                                       When was the debt incurred? _____

**525 East Bay Street**

**Charleston, SC 29403**

Number Street City State Zip Code                          As of the date you file, the claim is: Check all that apply

**Who incurred the debt? Check one.**

☐ Debtor 1 only                                            ☐ Contingent

☐ Debtor 2 only                                            ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                              ■ Disputed

■ At least one of the debtors and another                 **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community**             ☐ Student loans
**debt**
                                                          ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                        report as priority claims

■ No                                                       ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                      ■ Other. Specify    **Business debt**

---

| 4.7 3 | | |
|---|---|---|

**Edible Arrangements**                                      Last 4 digits of account number _____        **$0.00**

Nonpriority Creditor's Name

**1788 South Lake Drive**                                   When was the debt incurred? _____

**Suite 170**

**Lexington, SC 29073**

Number Street City State Zip Code                          As of the date you file, the claim is: Check all that apply

**Who incurred the debt? Check one.**

☐ Debtor 1 only                                            ☐ Contingent

☐ Debtor 2 only                                            ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                              ☐ Disputed

■ At least one of the debtors and another                 **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community**             ☐ Student loans
**debt**
                                                          ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                        report as priority claims

■ No                                                       ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                      ■ Other. Specify    **Business debt- No Personal Guaranty**

---

Debtor 1    **Scott Thomas Satterfield**                                      Case number (if known)

---

| 4.7 4 | **Elektroplate** | Last 4 digits of account number | | $0.00 |

Nonpriority Creditor's Name

**5510 Abrams Road**
**Dallas, TX 75214**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt- No Personal Guaranty**

---

| 4.7 5 | **EMA Jewelry, Inc.** | Last 4 digits of account number | | $0.00 |

Nonpriority Creditor's Name

**246 W. 38th Street**
**Suite 600**
**New York, NY 10018**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

| 4.7 6 | **ESP Receivables Management** | Last 4 digits of account number | **1601** | $0.00 |

Nonpriority Creditor's Name

**2346 Wisteria Drive, Suite 220**
**Snellville, GA 30078**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?    **2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt- No Personal Guaranty**

---

| Debtor 1 | **Scott Thomas Satterfield** | Case number (if known) |
|---|---|---|

---

| 4.7<br>7 | **EVC, Inc. Cozy Cover** | Last 4 digits of account number | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**2306 E. Superior Street**
**Duluth, MN 55812**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt- No Personal Guaranty**

---

| 4.7<br>8 | **Evergreen** | Last 4 digits of account number | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**7110 Wrightsville Ave**
**Wilmington, NC 28403**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt- No Personal Guaranty**

---

| 4.7<br>9 | **Fanz Zone** | Last 4 digits of account number | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**13100 Hwy 144E #236**
**Richmond Hill, GA 31324**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt- No Personal Guaranty**

---

Debtor 1    **Scott Thomas Satterfield**                                         Case number (if known) _____

---

| 4.8 0 | **FBF Originals** | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**1201 S. Ohio Street**
**Martinsville, IN 46151**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt- No Personal Guaranty**

---

| 4.8 1 | **FedEx** | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**150 Queens Parkway**
**West Columbia, SC 29169**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt-No Personal Guaranty**

---

| 4.8 2 | **Flirties** | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**2219 CR 220 Suite 316**
**Middleburg, FL 32068**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt- No Personal Guaranty**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor 1    **Scott Thomas Satterfield**                                      Case number (if known)

---

| 4.8 3 | | | |
|---|---|---|---|

**Fox Rothschild LLP**                         Last 4 digits of account number                    **$20,783.03**
Nonpriority Creditor's Name
**2 West Washington Street**                    When was the debt incurred?
**Suite 1100**
**Greenville, SC 29601**
Number Street City State Zip Code              **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

■ Debtor 1 only                                ☐ Contingent
☐ Debtor 2 only                                ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                   ☐ Disputed
☐ At least one of the debtors and another      **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community     ☐ Student loans
debt**
**Is the claim subject to offset?**            ☐ Obligations arising out of a separation agreement or divorce that you did not
                                               report as priority claims
■ No
                                               ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes
                                               ■ Other. Specify _____

---

| 4.8 4 | | | |
|---|---|---|---|

**Freaker USA, Inc.**                          Last 4 digits of account number                    **$0.00**
Nonpriority Creditor's Name
**1121 S. Front Street**                        When was the debt incurred?
**Wilmington, NC 28401**
Number Street City State Zip Code              **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

☐ Debtor 1 only                                ☐ Contingent
☐ Debtor 2 only                                ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                   ■ Disputed
■ At least one of the debtors and another      **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community     ☐ Student loans
debt**
**Is the claim subject to offset?**            ☐ Obligations arising out of a separation agreement or divorce that you did not
                                               report as priority claims
■ No
                                               ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes
                                               ■ Other. Specify    **Business debt- No Personal Guaranty**

---

| 4.8 5 | | | |
|---|---|---|---|

**From The Heart Enterprises**                 Last 4 digits of account number                    **$0.00**
Nonpriority Creditor's Name
**2374 West New Orleans Street**                When was the debt incurred?
**Broken Arrow, OK 74011**
Number Street City State Zip Code              **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

☐ Debtor 1 only                                ☐ Contingent
☐ Debtor 2 only                                ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                   ■ Disputed
■ At least one of the debtors and another      **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community     ☐ Student loans
debt**
**Is the claim subject to offset?**            ☐ Obligations arising out of a separation agreement or divorce that you did not
                                               report as priority claims
■ No
                                               ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes
                                               ■ Other. Specify    **Business debt- No Personal Guaranty**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor 1   **Scott Thomas Satterfield**                                            Case number *(if known)*

---

**4.8 6**

**Gabriel Brothers**                                         Last 4 digits of account number _____                $0.00
Nonpriority Creditor's Name
**545 West 45th Street, 3rd Floor**                          When was the debt incurred? _____
**New York, NY 10036**
Number Street City State Zip Code                           **As of the date you file, the claim is:** Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                                             ☐ Contingent
☐ Debtor 2 only                                             ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                                ■ Disputed
■ At least one of the debtors and another                   **Type of NONPRIORITY unsecured claim:**
**☐ Check if this claim is for a community                  ☐ Student loans
debt**                                                      ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                         report as priority claims
■ No                                                        ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                       ■ Other. Specify   **Business debt- No Personal Guaranty**

---

**4.8 7**

**Game Wear**                                               Last 4 digits of account number _____                $0.00
Nonpriority Creditor's Name
**70 Hudson Street**                                         When was the debt incurred? _____
**Second Floor**
**Hoboken, NJ 07030**
Number Street City State Zip Code                           **As of the date you file, the claim is:** Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                                             ☐ Contingent
☐ Debtor 2 only                                             ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                                ■ Disputed
■ At least one of the debtors and another                   **Type of NONPRIORITY unsecured claim:**
**☐ Check if this claim is for a community                  ☐ Student loans
debt**                                                      ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                         report as priority claims
■ No                                                        ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                       ■ Other. Specify   **Business debt- No Personal Guaranty**

---

**4.8 8**

**Gamecock Central**                                        Last 4 digits of account number _____                $0.00
Nonpriority Creditor's Name
**1542 Sterling Oaks Drive**                                When was the debt incurred? _____
**Moncks Corner, SC 29461**
Number Street City State Zip Code                           **As of the date you file, the claim is:** Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                                             ☐ Contingent
☐ Debtor 2 only                                             ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                                ■ Disputed
■ At least one of the debtors and another                   **Type of NONPRIORITY unsecured claim:**
**☐ Check if this claim is for a community                  ☐ Student loans
debt**                                                      ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                         report as priority claims
■ No                                                        ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                       ■ Other. Specify   **Business debt-No Personal Guaranty**

---

Debtor 1    **Scott Thomas Satterfield**                                                    Case number (if known)

---

| 4.8 9 | **Gameday Ironworks** | Last 4 digits of account number | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**8821 W. 6th Street**
**Stillwater, OK 74074**

Number City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt- No Personal Guaranty**

---

| 4.9 0 | **Garrison, Nicolas** | Last 4 digits of account number | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**12 S Cherry Hills**
**Edwardsville, IL 62025**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business investor**

---

| 4.9 1 | **Gear for Sports, Inc.** | Last 4 digits of account number | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**9700 Commerce Parkway**
**Lenexa, KS 66219**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt- No Personal Guaranty**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1   **Scott Thomas Satterfield**                                              Case number (if known) _____

---

| 4.9 2 | **Gems One Corporation** | | Last 4 digits of account number _____ | | **$0.00** |

Nonpriority Creditor's Name

**16 W 46th Street**
**6th Floor**
**New York, NY 10036**

When was the debt incurred?   **2016**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

---

| 4.9 3 | **Glik Imports** | | Last 4 digits of account number _____ | | **$0.00** |

Nonpriority Creditor's Name

**1255 Phillips Square**
**Suite 906**
**Montreal, QC H3B 3G1**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt-No Personal Guaranty**

---

| 4.9 4 | **Global Brand Group/KHQ Branded** | | Last 4 digits of account number _____ | | **$0.00** |

Nonpriority Creditor's Name

**350 5th Avenue**
**9th Floor**
**New York, NY 10118**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt- No Personal Guaranty**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor 1   **Scott Thomas Satterfield**                                    Case number (if known)

| 4.9 5 | **Global Fashion Works, LLC/ Flying Colors** | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**795 Cronwell Park Drive**
**Suite B**
**Glen Burnie, MD 21061**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

■ At least one of the debtors and another

■ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business debt- No Personal Guaranty**

---

| 4.9 6 | **Gold Lance** | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Rhonda Chester**
**21338 Newtwork Place**
**Chicago, IL 60673**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

■ At least one of the debtors and another

■ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business debt- No Personal Guaranty**

---

| 4.9 7 | **Greene, David** | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**2811 Holt Drive**
**Florence, SC 29505**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

■ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business investor**

---

Debtor 1    **Scott Thomas Satterfield**                                    Case number (if known)

---

| 4.9 8 | **Greenville News** | Last 4 digits of account number | | **$0.00** |

Nonpriority Creditor's Name

**PO Box 677566**
**Dallas, TX 75267**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                                    ☐ Contingent

☐ Debtor 1 and Debtor 2 only                       ☐ Unliquidated

■ At least one of the debtors and another          ■ Disputed

■ **Check if this claim is for a community debt**    **Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**                ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No                                               ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                              ■ Other. Specify   **Business debt- No Personal Guaranty**

---

| 4.9 9 | **GRI-EQY (Sparkleberry Square) LLC** | Last 4 digits of account number | **2581** | **$0.00** |

Nonpriority Creditor's Name

**c/o Thomas W. Bunch, II**
**141 Palham Drive, Suite F**
**Columbia, SC 29209**

When was the debt incurred?   **2017**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                                    ☐ Contingent

☐ Debtor 1 and Debtor 2 only                       ☐ Unliquidated

■ At least one of the debtors and another          ■ Disputed

■ **Check if this claim is for a community debt**    **Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**                ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No                                               ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                              ■ Other. Specify   **Business debt- No Personal Guaranty**

---

| 4.1 00 | **Hadley-Roma** | Last 4 digits of account number | | **$0.00** |

Nonpriority Creditor's Name

**PO Box 1130**
**Largo, FL 33779**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                                    ☐ Contingent

☐ Debtor 1 and Debtor 2 only                       ☐ Unliquidated

■ At least one of the debtors and another          ■ Disputed

■ **Check if this claim is for a community debt**    **Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**                ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No                                               ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                              ■ Other. Specify   **Business debt- No Personal Guaranty**

---

Debtor 1    **Scott Thomas Satterfield**

Case number *(if known)*

---

| 4.1 01 | | | |
|---|---|---|---|

**Harwell, Shannon** | **Last 4 digits of account number** _____ | **$60,422.14**
Nonpriority Creditor's Name

**143 Torrey Glenn Drive**
**Lexington, SC 29072**
Number Street City State Zip Code

**When was the debt incurred?**    **2018 & 2019**

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Loan**

---

| 4.1 02 | | | |
|---|---|---|---|

**Hedstrom Plastics** | **Last 4 digits of account number** _____ | **$0.00**
Nonpriority Creditor's Name

**PO Box 951924**
**Cleveland, OH 44193**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt- No Personal Guaranty**

---

| 4.1 03 | | | |
|---|---|---|---|

**Herald Office Systems** | **Last 4 digits of account number** _____ | **$0.00**
Nonpriority Creditor's Name

**90 N. Shorecrest Road #A**
**Columbia, SC 29209**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt-No Personal Guaranty**

---

Debtor 1    **Scott Thomas Satterfield**

Case number (if known)

---

| 4.1 04 | | |
|---|---|---|

**Heritage Landscape Services**

Last 4 digits of account number _____    **$0.00**

Nonpriority Creditor's Name

**141 Peachtree Street**
**Gilbert, SC 29054**

When was the debt incurred? _____

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Contingent

☐ Debtor 2 only
☐ Unliquidated

☐ Debtor 1 and Debtor 2 only
■ Disputed

■ At least one of the debtors and another
**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**
☐ Student loans

**Is the claim subject to offset?**
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes
■ Other. Specify    **Business debt-No Personal Guaranty**

---

| 4.1 05 | | |
|---|---|---|

**Highland Graphics, Inc.**

Last 4 digits of account number _____    **$0.00**

Nonpriority Creditor's Name

**PO Box 809209**
**Chicago, IL 60680**

When was the debt incurred? _____

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Contingent

☐ Debtor 2 only
☐ Unliquidated

☐ Debtor 1 and Debtor 2 only
■ Disputed

■ At least one of the debtors and another
**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**
☐ Student loans

**Is the claim subject to offset?**
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes
■ Other. Specify    **Business debt- No Personal Guaranty**

---

| 4.1 06 | | |
|---|---|---|

**Hudson Jewelry MFG Co.**

Last 4 digits of account number _____    **$0.00**

Nonpriority Creditor's Name

**PO Box 1398**
**Chilhowie, VA 24319**

When was the debt incurred? _____

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Contingent

☐ Debtor 2 only
☐ Unliquidated

☐ Debtor 1 and Debtor 2 only
■ Disputed

■ At least one of the debtors and another
**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**
☐ Student loans

**Is the claim subject to offset?**
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes
■ Other. Specify    **Business debt- No Personal Guaranty**

---

Debtor 1    **Scott Thomas Satterfield**                                    Case number (if known)

| 4.1 07 | **Icon Outdoors LLC** | Last 4 digits of account number | **2639** | **$0.00** |

Nonpriority Creditor's Name
**c/o Cynthia Marie Lover**
**PO Box 6774**
**Myrtle Beach, SC 29572**          When was the debt incurred?    **2017**
Number Street City State Zip Code

**Who incurred the debt? Check one.**          **As of the date you file, the claim is: Check all that apply**

☐ Debtor 1 only
☐ Debtor 2 only          ☐ Contingent
☐ Debtor 1 and Debtor 2 only          ☐ Unliquidated
■ At least one of the debtors and another          ■ Disputed

☐ **Check if this claim is for a  community**          **Type of NONPRIORITY unsecured claim:**
**debt**          ☐ Student loans

**Is the claim subject to offset?**          ☐ Obligations arising out of a separation agreement or divorce that you did not
■ No          report as priority claims
☐ Yes          ☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt- No Personal Guaranty**

| 4.1 08 | **IDD USA LLC** | Last 4 digits of account number | | **$0.00** |

Nonpriority Creditor's Name
**535 5th Ave Floor 20**
**New York, NY 10017**          When was the debt incurred?    **2016**
Number Street City State Zip Code

**Who incurred the debt? Check one.**          **As of the date you file, the claim is: Check all that apply**

☐ Debtor 1 only
☐ Debtor 2 only          ☐ Contingent
☐ Debtor 1 and Debtor 2 only          ☐ Unliquidated
■ At least one of the debtors and another          ■ Disputed

☐ **Check if this claim is for a  community**          **Type of NONPRIORITY unsecured claim:**
**debt**          ☐ Student loans

**Is the claim subject to offset?**          ☐ Obligations arising out of a separation agreement or divorce that you did not
■ No          report as priority claims
☐ Yes          ☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

| 4.1 09 | **IHeart Media** | Last 4 digits of account number | | **$0.00** |

Nonpriority Creditor's Name
**316 Greystone Blvd.**
**Columbia, SC 29210**          When was the debt incurred?
Number Street City State Zip Code

**Who incurred the debt? Check one.**          **As of the date you file, the claim is: Check all that apply**

☐ Debtor 1 only
☐ Debtor 2 only          ☐ Contingent
☐ Debtor 1 and Debtor 2 only          ☐ Unliquidated
■ At least one of the debtors and another          ■ Disputed

☐ **Check if this claim is for a  community**          **Type of NONPRIORITY unsecured claim:**
**debt**          ☐ Student loans

**Is the claim subject to offset?**          ☐ Obligations arising out of a separation agreement or divorce that you did not
■ No          report as priority claims
☐ Yes          ☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt-No Personal Guaranty**

Debtor 1   **Scott Thomas Satterfield**

Case number (if known)

---

| 4.1 10 | **Image One** | Last 4 digits of account number | **2314** | $0.00 |

Nonpriority Creditor's Name

**2201 Brookwood Drive**
**Suite 112**
**Little Rock, AR 72202**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt- No Personal Guaranty**

---

| 4.1 11 | **Imperial- Deltah, Inc.** | Last 4 digits of account number | | $0.00 |

Nonpriority Creditor's Name

**795 Waterman Ave**
**East Providence, RI 02914**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt- No Personal Guaranty**

---

| 4.1 12 | **Influx Capital LLC** | Last 4 digits of account number | | $299,800.00 |

Nonpriority Creditor's Name

**32 Court Street, Suite 205**
**Brooklyn, NY 11201**

When was the debt incurred?   **2018**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Confession of Judgment**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor 1    **Scott Thomas Satterfield**

Case number (if known)

| 4.1 13 | **Innovative Adhesives, LLC** | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name

**PO Box 1719**
**Cary, NC 27512**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Business debt- No Personal Guaranty**

---

| 4.1 14 | **Interings, Inc.** | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name

**450 7th Ave. Suite 1906**
**New York, NY 10123**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Business debt- No Personal Guaranty**

---

| 4.1 15 | **International Diamond Distributors** | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name

**535 Fifth Ave, 20th Floor**
**New York, NY 10017**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Business debt- No Personal Guaranty**

Debtor 1   **Scott Thomas Satterfield**                                    Case number (if known) _____

---

| 4.1 16 | **International Import Corp.** | Last 4 digits of account number _____ | | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**20 West 47th Street #808**
**New York, NY 10036**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt- No Personal Guaranty**

---

| 4.1 17 | **IPG Independant Publishers Group** | Last 4 digits of account number _____ | | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**814 North Franklin Street**
**Chicago, IL 60610**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt- No Personal Guaranty**

---

| 4.1 18 | **Iron Mountain** | Last 4 digits of account number _____ | | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 27128**
**New York, NY 10087**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt- No Personal Guaranty**

---

Debtor 1  **Scott Thomas Satterfield**                                    Case number (if known)

---

| 4.1 19 | **J.R. Fallaw Mechanical Services** | Last 4 digits of account number | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**521 Isiah Hall Road**
**Gilbert, SC 29054**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt-No Personal Guaranty**

---

| 4.1 20 | **James Hagen Dist. Co** | Last 4 digits of account number | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 730356**
**Ormond Beach, FL 32173**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt- No Personal Guaranty**

---

| 4.1 21 | **Jardine Associates, LLC** | Last 4 digits of account number | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**200 Compass Circle**
**North Kingstown, RI 02852**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt- No Personal Guaranty**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1   **Scott Thomas Satterfield**

Case number (if known) _____

---

| 4.1 22 | **Jaycee Merchandising, LLC** | **Last 4 digits of account number** _____ | **$0.00** |

Nonpriority Creditor's Name

**5210 Long Prairie # 322**
**Flower Mound, TX 75028**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt- No Personal Guaranty**

---

| 4.1 23 | **Jayden Star, LLC** | **Last 4 digits of account number** _____ | **$0.00** |

Nonpriority Creditor's Name

**385 Fifth Ave**
**Suite 507**
**New York, NY 10016**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt- No Personal Guaranty**

---

| 4.1 24 | **Jewelers Board of Trade** | **Last 4 digits of account number** _____ | **$0.00** |

Nonpriority Creditor's Name

**95 Jefferson Blvd**
**Warwick, RI 02888**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt-No Personal Guaranty**

---

Debtor 1  **Scott Thomas Satterfield**

Case number *(if known)*

---

| 4.1 25 | | | |
|---|---|---|---|

**Juba, Robert**                                                                                                    **$0.00**

Nonpriority Creditor's Name

**527 Mattamushkeet Drive**                            **When was the debt incurred?**
**Little River, SC 29566**

Number City State Zip Code                              **As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only                                                ☐ Contingent

☐ Debtor 2 only                                                ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                          ■ Disputed

☐ At least one of the debtors and another          **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**        ☐ Student loans
**debt**                                                             ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                       report as priority claims

■ No                                                               ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                             ■ Other. Specify    **Business investor**

---

| 4.1 26 | | | |
|---|---|---|---|

**Kellee Designs**                                                                                                  **$0.00**

Nonpriority Creditor's Name

**2611 N Center Street**                                  **When was the debt incurred?**
**Hickory, NC 28601**

Number Street City State Zip Code                    **As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only                                                ☐ Contingent

☐ Debtor 2 only                                                ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                          ■ Disputed

■ At least one of the debtors and another          **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**        ☐ Student loans
**debt**                                                             ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                       report as priority claims

■ No                                                               ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                             ■ Other. Specify    **Business debt- No Personal Guaranty**

---

| 4.1 27 | | | |
|---|---|---|---|

**Kencraft, Inc.**                                                                                                    **$0.00**

Nonpriority Creditor's Name

**708 S. Utah Valley Drive**                              **When was the debt incurred?**
**American Fork, UT 84003**

Number Street City State Zip Code                    **As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only                                                ☐ Contingent

☐ Debtor 2 only                                                ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                          ■ Disputed

■ At least one of the debtors and another          **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**        ☐ Student loans
**debt**                                                             ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                       report as priority claims

■ No                                                               ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                             ■ Other. Specify    **Business debt- No Personal Guaranty**

---

Debtor 1    **Scott Thomas Satterfield**                                      Case number (if known) _____

---

| 4.1 28 | **Kent Porth Nature Photography** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name

**107-B Vista Oaks Drive**
**Lexington, SC 29072**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt- No Personal Guaranty**

---

| 4.1 29 | **Kim International** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name

**14841 Landmark Blvd. Suite 200**
**Dallas, TX 75240**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt- No Personal Guaranty**

---

| 4.1 30 | **Knight, Marilyn** | Last 4 digits of account number _____ | $43,486.00 |

Nonpriority Creditor's Name

**137 Robin Roost Lane**
**Gaston, SC 29053**

Number Street City State Zip Code

When was the debt incurred?    **2018 & 2019**

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Loan**

---

Debtor 1   **Scott Thomas Satterfield**                                   Case number (if known)

---

| 4.1 31 | **Kolb, Louis** | Last 4 digits of account number | **$0.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**430 Greengarden Drive**
**Chapin, SC 29036**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred?

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business investor**

---

| 4.1 32 | **Krantz Kooling & Heating** | Last 4 digits of account number | **$0.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**1612 Anthony Drive West**
**West Columbia, SC 29172**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred?

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt-No Personal Guaranty**

---

| 4.1 33 | **LaFosse, Adrian** | Last 4 digits of account number | **$0.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**12558 Ashland Drive**
**Columbia, SC 29229**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred?

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business investor**

---

Debtor 1  **Scott Thomas Satterfield**

Case number (if known)

---

| 4.1 34 | **Lakeshirts, Inc.** | Last 4 digits of account number | **1126** | $39,263.83 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**c/o Heather Koering**
**4200 Country Road 42 West**
**Savage, MN 55378**

When was the debt incurred?  **2019**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ Contingent

☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Business debt**

---

| 4.1 35 | **Lakeshirts, Inc.** | Last 4 digits of account number | | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 1906**
**Detroit Lakes, MN 56502**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ Contingent

☐ Unliquidated

■ Disputed

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Business debt- No Personal Guaranty**

---

| 4.1 36 | **Lashbrook** | Last 4 digits of account number | | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 90**
**Salt Lake City, UT 84110**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ Contingent

☐ Unliquidated

■ Disputed

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Business debt- No Personal Guaranty**

---

Debtor 1   **Scott Thomas Satterfield**                                    Case number (if known) _____

---

| 4.1 37 | **Le VIAN Corp.** | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**235 Great Neck Road**
**Great Neck, NY 11021**
Number City State Zip Code

When was the debt incurred?   **2012**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                           ☐ Contingent

☐ Debtor 1 and Debtor 2 only              ☐ Unliquidated

■ At least one of the debtors and another  ■ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                     ■ Other. Specify   **Business debt**

---

| 4.1 38 | **Leading Jewelers Guild, Inc.** | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 4220**
**Culver City, CA 90231**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                           ☐ Contingent

☐ Debtor 1 and Debtor 2 only              ☐ Unliquidated

■ At least one of the debtors and another  ■ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                     ■ Other. Specify   **Business debt- No Personal Guaranty**

---

| 4.1 39 | **Learfield Communications, Inc** | Last 4 digits of account number   **0505** | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**c/o Amanda M. Scott**
**PO Box 743**
**White Rock, SC 29177**
Number Street City State Zip Code

When was the debt incurred?   **2017**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                           ☐ Contingent

☐ Debtor 1 and Debtor 2 only              ☐ Unliquidated

■ At least one of the debtors and another  ■ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                     ■ Other. Specify   **Business debt- No Personal Guaranty**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor 1    **Scott Thomas Satterfield**

Case number (if known)

---

| 4.1 40 | **Little King Mfg. Co. Inc.** | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name

**11705 Hwy 231**
**Union Grove, AL 35175**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt- No Personal Guaranty**

---

| 4.1 41 | **Litton, Kirk** | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name

**313 Crickentree Drive**
**Blythewood, SC 29016**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business investor**

---

| 4.1 42 | **Logo Chair Company** | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name

**117 Southeast Parkway**
**Franklin, TN 37064**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt- No Personal Guaranty**

---

Debtor 1  **Scott Thomas Satterfield**

Case number *(if known)*

---

| 4.1 43 | **Loudmouth Golf, LLC** | Last 4 digits of account number | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**7512 Dr. Phillips Blvd # 50879**
**Orlando, FL 32819**

Number City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify    **Business debt- No Personal Guaranty**

---

| 4.1 44 | **Low Cost Luxury** | Last 4 digits of account number | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**7500 Bellaire Blvd**
**Houston, TX 77036**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify    **Business debt- No Personal Guaranty**

---

| 4.1 45 | **Lucas, Kevin** | Last 4 digits of account number | $22,829.50 |
|---|---|---|---|

Nonpriority Creditor's Name

**2231 NW Broad Street**
**Suite F**
**Murfreesboro, TN 37129**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

When was the debt incurred?    **2018 & 2019**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify    **Loan**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor 1   **Scott Thomas Satterfield**                                    Case number (if known)

---

| 4.1 46 | **M. Schamroth & Sons** | Last 4 digits of account number | | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**580 Fifth Ave, Suite 2304**
**New York, NY 10036**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

■ At least one of the debtors and another

■ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business debt- No Personal Guaranty**

---

| 4.1 47 | **MAC Gases, Inc.** | Last 4 digits of account number | | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**101 Bombay Drive**
**Columbia, SC 29209**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

■ At least one of the debtors and another

■ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business debt-No Personal Guaranty**

---

| 4.1 48 | **Magnolia Lane** | Last 4 digits of account number | | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**1920 Woodlands Industrial Drive**
**Trussville, AL 35173**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

■ At least one of the debtors and another

■ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business debt- No Personal Guaranty**

---

Debtor 1   **Scott Thomas Satterfield**

Case number (if known)

---

| 4.1 49 | **Marathon Company** | Last 4 digits of account number | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 2097**
**Attleboro, MA 02703**

When was the debt incurred?

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Contingent

☐ Debtor 2 only
☐ Unliquidated

☐ Debtor 1 and Debtor 2 only
☑ Disputed

☑ At least one of the debtors and another
**Type of NONPRIORITY unsecured claim:**

**☐ Check if this claim is for a community debt**
☐ Student loans

**Is the claim subject to offset?**
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☑ No
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes
☑ Other. Specify   **Business debt- No Personal Guaranty**

---

| 4.1 50 | **Marlin Business Bank** | Last 4 digits of account number | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**2795 E Cottonwood Parkway**
**Salt Lake City, UT 84121**

When was the debt incurred?   **2013**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Contingent

☐ Debtor 2 only
☐ Unliquidated

☐ Debtor 1 and Debtor 2 only
☑ Disputed

☑ At least one of the debtors and another
**Type of NONPRIORITY unsecured claim:**

**☐ Check if this claim is for a community debt**
☐ Student loans

**Is the claim subject to offset?**
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☑ No
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes
☑ Other. Specify   **Business debt**

---

| 4.1 51 | **Marlin Leasing** | Last 4 digits of account number | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**300 Fellowship Road**
**Mount Laurel, NJ 08054-1201**

When was the debt incurred?

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Contingent

☐ Debtor 2 only
☐ Unliquidated

☐ Debtor 1 and Debtor 2 only
☑ Disputed

☑ At least one of the debtors and another
**Type of NONPRIORITY unsecured claim:**

**☐ Check if this claim is for a community debt**
☐ Student loans

**Is the claim subject to offset?**
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☑ No
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes
☑ Other. Specify   **Business debt-No Personal Guaranty**

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor 1   **Scott Thomas Satterfield**                                    Case number (if known) _____

---

| 4.1 52 | **Maryland Brand Management, Inc.** | Last 4 digits of account number ___ ___ ___ ___ | **$0.00** |

Nonpriority Creditor's Name

**1801 Portal Street**
**Baltimore, MD 21224**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Business debt- No Personal Guaranty**

---

| 4.1 53 | **Mascot Books** | Last 4 digits of account number ___ ___ ___ ___ | **$0.00** |

Nonpriority Creditor's Name

**620 Herndon Parkway**
**#320**
**Herndon, VA 20170**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Business debt- No Personal Guaranty**

---

| 4.1 54 | **Masik Collegiate Fragrances LLC** | Last 4 digits of account number ___ ___ ___ ___ | **$0.00** |

Nonpriority Creditor's Name

**1010 Northern Blvd**
**Great Neck, NY 11021**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Business debt- No Personal Guaranty**

---

Debtor 1  **Scott Thomas Satterfield**

Case number (if known)

---

| 4.1 | | |
|-----|---|---|
| 55 | **McCathern, Jack Jr.** | Last 4 digits of account number ___ ___ ___ ___    $0.00 |

Nonpriority Creditor's Name

**640 Wise Ferry Road**
**Lexington, SC 29072**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business investor**

---

| 4.1 | | |
|-----|---|---|
| 56 | **Memory Company** | Last 4 digits of account number ___ ___ ___ ___    $0.00 |

Nonpriority Creditor's Name

**DBA Collegiate Collectables**
**PO Box 610**
**Phenix City, AL 36868**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt- No Personal Guaranty**

---

| 4.1 | | |
|-----|---|---|
| 57 | **Merchant Advance** | Last 4 digits of account number  8494    $0.00 |

Nonpriority Creditor's Name

**c/o Ariel Bouskila, Esquire**
**Berkovitch & Bouskila, PLLC**
**40 Exchange Place, Suite 1306**
**New York, NY 10005**

When was the debt incurred?    **2018**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt- No Personal Guaranty**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor 1   **Scott Thomas Satterfield**

Case number *(if known)*

---

| 4.1 58 | **Mercury Card/FB&T** | Last 4 digits of account number | **9733** | **$1,042.87** |

Nonpriority Creditor's Name

**Card Services
84064
Columbus, GA 31908**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?   **5232220006512014**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card Charges.**

---

| 4.1 59 | **Metal Marketplace I, Inc.** | Last 4 digits of account number | | **$0.00** |

Nonpriority Creditor's Name

**718 Sansom Street
Philadelphia, PA 19106**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?   **2016**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| 4.1 60 | **Mid-Carolina Electric Cooperative** | Last 4 digits of account number | | **$0.00** |

Nonpriority Creditor's Name

**7524 Broad River Road
Irmo, SC 29063**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt-No Personal Guaranty**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor 1  **Scott Thomas Satterfield**

Case number *(if known)*

---

**4.1 61**

**Midas Chain, Inc**

Nonpriority Creditor's Name

**151 Veterans Drive**
**Northvale, NJ 07647**

Number City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____   **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt- No Personal Guaranty**

---

**4.1 62**

**Mohan's Inc.**

Nonpriority Creditor's Name

**4062 Peachtree Road, Suite A-113**
**Atlanta, GA 30319**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____   **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt- No Personal Guaranty**

---

**4.1 63**

**Mud Pie, LLC**

Nonpriority Creditor's Name

**4893 Lewis Road, STE A**
**Stone Mountain, GA 30083**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____   **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt- No Personal Guaranty**

---

Debtor 1   **Scott Thomas Satterfield**                                         Case number *(if known)*

---

**4.1
64**

**Musco, Joseph**

Nonpriority Creditor's Name

**66 Oak Farm Drive
Colchester, CT 06415**

Number City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____                  **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business investor**

---

**4.1
65**

**National Jewelry Co. Inc.**

Nonpriority Creditor's Name

**101 Reynolds Drive
Ruston, LA 71273**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____                  **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt- No Personal Guaranty**

---

**4.1
66**

**Native Sun Sports**

Nonpriority Creditor's Name

**4590 62nd Ave N
Pinellas Park, FL 33781**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____                  **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt- No Personal Guaranty**

---

Debtor 1    **Scott Thomas Satterfield**

Case number (if known)

---

| 4.1 67 | | |
|---|---|---|

**Ned  Strauss & Associates**

Nonpriority Creditor's Name

**505 Timbertrail Court
Columbia, SC 29212**

Number City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt- No Personal Guaranty**

---

| 4.1 68 | | |
|---|---|---|

**Neil Enterprises, Inc.**

Nonpriority Creditor's Name

**3500 Lacy Road, Suite 220
Downers Grove, IL 60515**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt- No Personal Guaranty**

---

| 4.1 69 | | |
|---|---|---|

**Neves Industries, LLC**

Nonpriority Creditor's Name

**24229 Tullamore Drive
Daphne, AL 36526**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt- No Personal Guaranty**

---

Debtor 1    **Scott Thomas Satterfield**

Case number (if known)

---

| 4.1 70 | **New World Graphics** | Last 4 digits of account number | | | $0.00 |

Nonpriority Creditor's Name

**145 Coile Drive
Athens, GA 30606**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt- No Personal Guaranty**

---

| 4.1 71 | **Nexsen Pruet, LLC** | Last 4 digits of account number | | | $0.00 |

Nonpriority Creditor's Name

**1200 Main Street
Columbia, SC 29201**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt-No Personal Guaranty**

---

| 4.1 72 | **Nike USA Inc** | Last 4 digits of account number | **2623** | | $102,733.04 |

Nonpriority Creditor's Name

**c/o Amanda Scott
PO Box 743
White Rock, SC 29177**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?    2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt/personal guaranty**

---

Debtor 1  **Scott Thomas Satterfield**                                              Case number (if known)

---

| 4.1 73 | **Noble Gift Packing** | Last 4 digits of account number | | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**141 Lanza Ave, Blvd. #5**
**Garfield, NJ 07026**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Business debt- No Personal Guaranty**

---

| 4.1 74 | **Oakley, Inc.** | Last 4 digits of account number | **4008** | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**c/o Amanda M. Scott**
**PO Box 743**
**White Rock, SC 29177**

When was the debt incurred?    **20147**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Business debt- No Personal Guaranty**

---

| 4.1 75 | **OUIBY, Inc.** | Last 4 digits of account number | | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**1719 Apline Ave**
**Boulder, CO 80304**

When was the debt incurred?    **2016**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Business debt**

---

Debtor 1  **Scott Thomas Satterfield**                                          Case number (if known)

---

| 4.1 76 | **Overnight Mountings** | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name

**88758 Expedite Way**
**Chicago, IL 60695**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt- No Personal Guaranty**

---

| 4.1 77 | **Pacific and Southern, LLC dba WLTX TV** | Last 4 digits of account number | 1272 | $0.00 |

Nonpriority Creditor's Name

**c/o Wylie Clarkson**
**PO Box 287**
**Columbia, SC 29202**

Number Street City State Zip Code

**When was the debt incurred?**   **2017**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Judgment against JW/ No Personal Guranty**

---

| 4.1 78 | **Palmetto Fire & Safety** | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name

**293 Popes Lane**
**Lexington, SC 29072**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt- No Personal Guaranty**

---

Debtor 1  **Scott Thomas Satterfield**

Case number (if known) _____

| | | | |
|---|---|---|---|
| **4.1 79** | **Palmetto Plaza Associates** | Last 4 digits of account number | **0029** | $305,112.00 |

Nonpriority Creditor's Name

**514 Yachting Road
Lexington, SC 29072**

When was the debt incurred?  **2019**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Confession of Judgment**

---

| **4.1 80** | **Parkland Associates** | Last 4 digits of account number | **2612** | $39,134.68 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**c/o Stuart Lee
PO Box 100200
Columbia, SC 29202**

When was the debt incurred?  **2016**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify  **Confession of Judgment/ Business Debt
2016CV321060190
2016CV321060189**

---

| **4.1 81** | **Parkland Plaza, LLC** | Last 4 digits of account number | | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**c/o Colliers International SC
1301 Gervais Street, Suite 1200
Columbia, SC 29201**

When was the debt incurred?  **2019**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business debt- No Personal Guaranty
2019CV321060938
2019CV321060939
2018CV321062549**

---

Debtor 1    **Scott Thomas Satterfield**                                          Case number (if known)

---

**4.1
82**

| **Party Animal** | Last 4 digits of account number | $0.00 |
| Nonpriority Creditor's Name | | |

**909 Crocker Road
Westlake, OH 44145**

When was the debt incurred?

Number City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

**☐ Check if this claim is for a community
debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Business debt- No Personal Guaranty**

---

**4.1
83**

| **Pennington & Bailes, LLC** | Last 4 digits of account number | $0.00 |
| Nonpriority Creditor's Name | | |

**5745 SW 75th Street
Gainesville, FL 32608**

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

**☐ Check if this claim is for a community
debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Business debt- No Personal Guaranty**

---

**4.1
84**

| **PEPCO POMS** | Last 4 digits of account number | $0.00 |
| Nonpriority Creditor's Name | | |

**PO Box 950
Wharton, TX 77488**

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

**☐ Check if this claim is for a community
debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Business debt- No Personal Guaranty**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor 1    **Scott Thomas Satterfield**

Case number *(if known)*

---

**4.1 85**

**Portfolio Recovery Assoc**
Nonpriority Creditor's Name

**Riverside Commerce Center**
**120 Corporate Blvd. Ste 100**
**Norfolk, VA 23502**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number    **1535**

When was the debt incurred?    **2016**

$2,688.00

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify    **Collection on Credit Card Charges.**

---

**4.1 86**

**Potts, Kim**
Nonpriority Creditor's Name

**212 Bosworth Field Court**
**Columbia, SC 29212**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number

When was the debt incurred?

$0.00

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify    **Business investor**

---

**4.1 87**

**Price, Harriet**
Nonpriority Creditor's Name

**8 Whetstone Creek Court**
**Irmo, SC 29063**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number

When was the debt incurred?

$0.00

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify    **Business investor**

---

Debtor 1    **Scott Thomas Satterfield**                                              Case number (if known)

| 4.1 88 | **PrintGear** | | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name

**1769 Airport Blvd**
**Cayce, SC 29033**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt- No Personal Guaranty**

---

| 4.1 89 | **ProMark** | | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name

**14052 Valley Drive**
**Longmont, CO 80504**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt- No Personal Guaranty**

---

| 4.1 90 | **PSI91, Inc.** | | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name

**1 Federal Street**
**Bldg 101**
**Springfield, MA 01105**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt- No Personal Guaranty**

---

Debtor 1   **Scott Thomas Satterfield**

Case number (if known) _____

---

| 4.1 91 | | |
|---|---|---|

**Punjani, Aziz**                                    $0.00
Nonpriority Creditor's Name
**1232 Valencia Lane**
**Lewisville, TX 75067**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business investor**

---

| 4.1 92 | | |
|---|---|---|

**Pye Barker**                                    $0.00
Nonpriority Creditor's Name
**PO Box 69**
**Roswell, GA 30077**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business debt- No Personal Guaranty**

---

| 4.1 93 | | |
|---|---|---|

**Quality Gold of Cincinnati**                                    $0.00
Nonpriority Creditor's Name
**PO Box 46705**
**Cincinnati, OH 45246**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business debt- No Personal Guaranty**

---

Debtor 1   **Scott Thomas Satterfield**

Case number (if known) _____

---

| 4.1 94 | | |
|---|---|---|

**R.F.S.J., Inc.**
Nonpriority Creditor's Name

**654 West Main Street**
**Mount Pleasant, PA 15666**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____      **$0.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt- No Personal Guaranty**

---

| 4.1 95 | | |
|---|---|---|

**Rapp's Packaging**
Nonpriority Creditor's Name

**1035 New Castle Street**
**Butler, PA 16001**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____      **$0.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt- No Personal Guaranty**

---

| 4.1 96 | | |
|---|---|---|

**Receivable Management Company**
Nonpriority Creditor's Name

**1601 Shop Road, STE D**
**Columbia, SC 29201**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____      **$406.00**

When was the debt incurred?      **2018**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Palmetto Dermatology PA**
**Medical/Health Care Collections**

---

Debtor 1    **Scott Thomas Satterfield**

Case number (if known)

---

| 4.1 97 | **Rembrandt Quality Charms** | Last 4 digits of account number | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**370 S. Youngs Road**
**Buffalo, NY 14221**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt- No Personal Guaranty**

---

| 4.1 98 | **Rico Industries Inc.** | Last 4 digits of account number | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**8030 Solutions Center**
**Chicago, IL 60677**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt- No Personal Guaranty**

---

| 4.1 99 | **Rivalry LLC** | Last 4 digits of account number | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 1353**
**Albuquerque, NM 87121**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt- No Personal Guaranty**

---

Debtor 1   **Scott Thomas Satterfield**                                        Case number *(if known)*

---

| 4.2 00 | **Roma Design, Inc.** | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 1130**
**Largo, FL 34649**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt- No Personal Guaranty**

---

| 4.2 01 | **Roma Design, Inc.** | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**A Division of Navitas Lease Corp**
**814 A1a N Ste 205**
**Ponte Vedra Beach, FL 32082**

Number Street City State Zip Code

When was the debt incurred?   **2012**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt- No Personal Guaranty**

---

| 4.2 02 | **Royal Jewelry Manufacting, Inc.** | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**1001 Avenue of the Americas Room 7**
**New York, NY 10018**

Number Street City State Zip Code

When was the debt incurred?   **2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor 1    **Scott Thomas Satterfield**                                            Case number (if known) _____

---

| 4.2 03 | | |
|---|---|---|

**Royce Apparel, Inc.**                          Last 4 digits of account number _____          $0.00
Nonpriority Creditor's Name
**PO Box 1036**                                  When was the debt incurred? _____
**Charlotte, NC 28201**
Number Street City State Zip Code                As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.
☐ Debtor 1 only                                  ☐ Contingent
☐ Debtor 2 only                                  ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                     ■ Disputed
■ At least one of the debtors and another        **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**     ☐ Student loans
**debt**                                         ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**              report as priority claims
■ No                                             ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                            ■ Other. Specify    **Business debt- No Personal Guaranty**

---

| 4.2 04 | | |
|---|---|---|

**RR Donnelley**                                 Last 4 digits of account number _____          $0.00
Nonpriority Creditor's Name
**1210 Key Road**                                When was the debt incurred? _____
**Columbia, SC 29201**
Number Street City State Zip Code                As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.
☐ Debtor 1 only                                  ☐ Contingent
☐ Debtor 2 only                                  ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                     ■ Disputed
■ At least one of the debtors and another        **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**     ☐ Student loans
**debt**                                         ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**              report as priority claims
■ No                                             ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                            ■ Other. Specify    **Business debt-No Personal Guaranty**

---

| 4.2 05 | | |
|---|---|---|

**Rubin Hill, Inc.**                             Last 4 digits of account number _____          $0.00
Nonpriority Creditor's Name
**PO Box 28**                                    When was the debt incurred? _____
**Flourtown, PA 19031**
Number Street City State Zip Code                As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.
☐ Debtor 1 only                                  ☐ Contingent
☐ Debtor 2 only                                  ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                     ■ Disputed
■ At least one of the debtors and another        **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**     ☐ Student loans
**debt**                                         ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**              report as priority claims
■ No                                             ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                            ■ Other. Specify    **Business debt- No Personal Guaranty**

---

Debtor 1  **Scott Thomas Satterfield**

Case number (if known) _____

| 4.2 06 | **S A Kitsinian Inc.** | Last 4 digits of account number _____ | **$0.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**6743 Odessa Ave**
**Van Nuys, CA 91406**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

■ At least one of the debtors and another

■ Disputed

■ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt- No Personal Guaranty**

---

| 4.2 07 | **S&P Trading Inc.** | Last 4 digits of account number _____ | **$0.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**2500 E. Independence Blvd**
**Suite BB304**
**Charlotte, NC 28205**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

■ At least one of the debtors and another

■ Disputed

■ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt- No Personal Guaranty**

---

| 4.2 08 | **Salesone International LLC** | Last 4 digits of account number _____ | **$0.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**16 Fitch Street**
**Norwalk, CT 06855**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

■ At least one of the debtors and another

■ Disputed

■ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt- No Personal Guaranty**

---

Debtor 1    **Scott Thomas Satterfield**

Case number (if known)

---

| 4.2 09 | **Samuel Spil Co.** | Last 4 digits of account number | **$0.00** |

Nonpriority Creditor's Name

**PO Box 220074**
**Charlotte, NC 28222**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt- No Personal Guaranty**

---

| 4.2 10 | **Satterfield, Ken** | Last 4 digits of account number | **$9,500.00** |

Nonpriority Creditor's Name

**1125 W. McCarty Street**
**Jefferson City, MO 65109**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?    **2018 & 2019**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Loan**

---

| 4.2 11 | **Satterfield, Ken G.** | Last 4 digits of account number | **$0.00** |

Nonpriority Creditor's Name

**Alice and Ken Satterfield**
**1125 W. McCarty Street**
**Jefferson City, MO 65109**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business investor**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor 1  **Scott Thomas Satterfield**                                    Case number *(if known)*

---

| 4.2 12 | | | |
|---|---|---|---|

**Savage, Timothy**

Nonpriority Creditor's Name

**3212 SW 137th Court**
**Oklahoma City, OK 73170**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No

☐ Yes

Last 4 digits of account number _____                         **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify   **Business investor**

---

| 4.2 13 | | | |
|---|---|---|---|

**SCA Collections**

Nonpriority Creditor's Name

**300 E. Arlington Blvd.**
**Greenville, NC 27858**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No

☐ Yes

Last 4 digits of account number _____                         **$203.00**

**When was the debt incurred?**   **2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify   **Pathology Assoc of Lexington**
**Medical/ Healthcare Collections**

---

| 4.2 14 | | | |
|---|---|---|---|

**School Cuts**

Nonpriority Creditor's Name

**PO Box 3166**
**West Columbia, SC 29171**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No

☐ Yes

Last 4 digits of account number _____                         **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify   **Business debt- No Personal Guaranty**

---

Debtor 1  **Scott Thomas Satterfield**                                              Case number (if known)

| 4.2 15 | **SCI International, Inc.** | | Last 4 digits of account number | | $0.00 |

Nonpriority Creditor's Name

**Dept No. 556**
**PO Box 8000**
**Buffalo, NY 14267**                          When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.               **As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only                                  ☐ Contingent

☐ Debtor 2 only                                  ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                     ■ Disputed

■ At least one of the debtors and another        **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**      ☐ Student loans
**debt**
                                                 ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**               report as priority claims

■ No                                             ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                            ■ Other. Specify   **Business debt- No Personal Guaranty**

---

| 4.2 16 | **Seasons Jewelry** | | Last 4 digits of account number | | $0.00 |

Nonpriority Creditor's Name

**616 South Main Street**
**Springfield, TN 37172**                        When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.               **As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only                                  ☐ Contingent

☐ Debtor 2 only                                  ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                     ■ Disputed

■ At least one of the debtors and another        **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**      ☐ Student loans
**debt**
                                                 ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**               report as priority claims

■ No                                             ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                            ■ Other. Specify   **Business debt- No Personal Guaranty**

---

| 4.2 17 | **Seiko Corporation of America** | | Last 4 digits of account number | 2768 | $0.00 |

Nonpriority Creditor's Name

**c/o Craig H. Allen**
**PO Box 10854**                                 When was the debt incurred?     **2016**
**Greenville, SC 29603**

Number Street City State Zip Code

**Who incurred the debt?** Check one.               **As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only                                  ☐ Contingent

☐ Debtor 2 only                                  ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                     ☐ Disputed

■ At least one of the debtors and another        **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**      ☐ Student loans
**debt**
                                                 ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**               report as priority claims

■ No                                             ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                            ■ Other. Specify   **Business debt- No Personal Guaranty**

---

Debtor 1    **Scott Thomas Satterfield**                                   Case number (if known)

---

**4.2
18**

**Sewing Concepts**                                   Last 4 digits of account number                                   **$0.00**
Nonpriority Creditor's Name
**5710 Q Street**                                   When was the debt incurred?
**Omaha, NE 68117**
Number Street City State Zip Code                   As of the date you file, the claim is: Check all that apply
**Who incurred the debt?** Check one.

☐ Debtor 1 only                                     ☐ Contingent
☐ Debtor 2 only                                     ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                        ■ Disputed
■ At least one of the debtors and another           **Type of NONPRIORITY unsecured claim:**
■ **Check if this claim is for a community          ☐ Student loans
debt**                                              ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                 report as priority claims
■ No                                                ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                               ■ Other. Specify   **Business debt- No Personal Guaranty**

---

**4.2
19**

**SHAH Diamonds, Inc.**                              Last 4 digits of account number                                   **$0.00**
Nonpriority Creditor's Name
**22 W. 48th Street**                                When was the debt incurred?
**Suite 600**
**New York, NY 10036**
Number Street City State Zip Code                   As of the date you file, the claim is: Check all that apply
**Who incurred the debt?** Check one.

☐ Debtor 1 only                                     ☐ Contingent
☐ Debtor 2 only                                     ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                        ■ Disputed
■ At least one of the debtors and another           **Type of NONPRIORITY unsecured claim:**
■ **Check if this claim is for a community          ☐ Student loans
debt**                                              ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                 report as priority claims
■ No                                                ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                               ■ Other. Specify   **Business debt- No Personal Guaranty**

---

**4.2
20**

**Sheppard's Glass**                                 Last 4 digits of account number                                   **$0.00**
Nonpriority Creditor's Name
**2519 Platt Springs Road**                          When was the debt incurred?
**West Columbia, SC 29169**
Number Street City State Zip Code                   As of the date you file, the claim is: Check all that apply
**Who incurred the debt?** Check one.

☐ Debtor 1 only                                     ☐ Contingent
☐ Debtor 2 only                                     ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                        ■ Disputed
■ At least one of the debtors and another           **Type of NONPRIORITY unsecured claim:**
■ **Check if this claim is for a community          ☐ Student loans
debt**                                              ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                 report as priority claims
■ No                                                ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                               ■ Other. Specify   **Business debt-No Personal Guaranty**

---

Debtor 1    **Scott Thomas Satterfield**

Case number (if known)

---

| 4.2 21 | | | |
|---|---|---|---|

**Signature Engraving Systems, Inc.**
Nonpriority Creditor's Name
**120 Whiting Farms Road**
**New York, NY 10104**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
**☐ Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    $0.00

**When was the debt incurred?**    **2013**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

| 4.2 22 | | | |
|---|---|---|---|

**Simply Diamonds**
Nonpriority Creditor's Name
**529 Fifth Ave.**
**Suite 1700**
**New York, NY 10017**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
**☐ Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    $0.00

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt- No Personal Guaranty**

---

| 4.2 23 | | | |
|---|---|---|---|

**Smack Apparel Company**
Nonpriority Creditor's Name
**2310 W. State Street**
**Tampa, FL 33609**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
**☐ Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    $0.00

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt- No Personal Guaranty**

---

Debtor 1  **Scott Thomas Satterfield**

Case number (if known) _____

---

| 4.2 24 | **South Carolina Shops** | Last 4 digits of account number | **1115** | $0.00 |

Nonpriority Creditor's Name

**1314 Rosewood Drive**
**Columbia, SC 29201**

Number Street City State Zip Code

When was the debt incurred?    **2016**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt- No Personal Guaranty**

---

| 4.2 25 | **Southeastern Findings** | Last 4 digits of account number | | $0.00 |

Nonpriority Creditor's Name

**1733 Montreal Circle**
**Tucker, GA 30084**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt- No Personal Guaranty**

---

| 4.2 26 | **Southern Collegiate Apparel LLC** | Last 4 digits of account number | | $0.00 |

Nonpriority Creditor's Name

**3125 Interstate Circle**
**Cottondale, AL 35453**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt- No Personal Guaranty**

---

Debtor 1    **Scott Thomas Satterfield**                                        Case number (if known)

| 4.2 27 | **Sparkle Life LLC** | Last 4 digits of account number | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**5745 SW 75th Street**
**Suite 249**
**Gainesville, FL 32608**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt- No Personal Guaranty**

---

| 4.2 28 | **Spectrum Reach** | Last 4 digits of account number | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 952993**
**Saint Louis, MO 63195**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt- No Personal Guaranty**

---

| 4.2 29 | **Spirit Communications** | Last 4 digits of account number | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**1640 Freed Street**
**Columbia, SC 29201**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt-No Personal Guaranty**

---

Debtor 1   **Scott Thomas Satterfield**

Case number (if known)

---

| 4.2 30 | **Spirit Products LTD** | Last 4 digits of account number | | | $0.00 |

Nonpriority Creditor's Name

**PO Box 729**
**Haverhill, MA 01831**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt- No Personal Guaranty**

---

| 4.2 31 | **Sports Licensing Solutions LLC** | Last 4 digits of account number | | | $0.00 |

Nonpriority Creditor's Name

**PO Box 745175**
**Atlanta, GA 30374**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt- No Personal Guaranty**

---

| 4.2 32 | **SRB Trading** | Last 4 digits of account number | | | $0.00 |

Nonpriority Creditor's Name

**7 West 45th Street #1706**
**New York, NY 10036**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor 1   **Scott Thomas Satterfield**

Case number (if known)

---

| 4.2<br>33 | **Star Fish Vision** | Last 4 digits of account number | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**10776 Greenville Hwy**
**Wellford, SC 29385**

When was the debt incurred?

Number City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt- No Personal Guaranty**

---

| 4.2<br>34 | **Star Ring, Inc.** | Last 4 digits of account number | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**9256 Owensmouth Ave**
**Chatsworth, CA 91311**

When was the debt incurred?

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt- No Personal Guaranty**

---

| 4.2<br>35 | **Stephen Joseph** | Last 4 digits of account number | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**Marcus & Shaw**
**3663 Wingfoot Drive**
**Southport, NC 28461**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt- No Personal Guaranty**

---

Debtor 1    **Scott Thomas Satterfield**

Case number *(if known)*

---

| 4.2<br>36 | **Sterling Contract Packaging** | Last 4 digits of account number | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 16159**
**Boiling Springs, SC 29316**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt- No Personal Guaranty**

---

| 4.2<br>37 | **Sterling Reputation Inc.** | Last 4 digits of account number | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**10116 West Oakland Park Blvd.**
**Fort Lauderdale, FL 33351**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt- No Personal Guaranty**

---

| 4.2<br>38 | **Stockdale Technologies Inc.** | Last 4 digits of account number | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**104 Commerce Street**
**Lake Mary, FL 32746**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt- No Personal Guaranty**

---

Debtor 1    **Scott Thomas Satterfield**

Case number *(if known)*

---

| 4.2 39 | **Stone Armory** | Last 4 digits of account number | | **$0.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 26123**
**Cleveland, OH 44126**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only
☐ Contingent

☐ Debtor 1 and Debtor 2 only
☐ Unliquidated

■ At least one of the debtors and another
■ Disputed

■ **Check if this claim is for a community debt**
**Type of NONPRIORITY unsecured claim:**

Is the claim subject to offset?
☐ Student loans

■ No
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Yes
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt- No Personal Guaranty**

---

| 4.2 40 | **Strategic Funding Source, Inc.** | Last 4 digits of account number | 0402 | **$534,216.53** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**c/o Kevin Malloy**
**1441 Main Street, Suite 1200**
**Columbia, SC 29201**
Number Street City State Zip Code

When was the debt incurred?    **2015**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only
☐ Contingent

☐ Debtor 1 and Debtor 2 only
☐ Unliquidated

■ At least one of the debtors and another
☐ Disputed

■ **Check if this claim is for a community debt**
**Type of NONPRIORITY unsecured claim:**

Is the claim subject to offset?
☐ Student loans

■ No
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Yes
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Confession of Judgment**

---

| 4.2 41 | **Studex Corp** | Last 4 digits of account number | | **$0.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**521 Rosecrans Ave.**
**Gardena, CA 90248**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only
☐ Contingent

☐ Debtor 1 and Debtor 2 only
☐ Unliquidated

■ At least one of the debtors and another
■ Disputed

■ **Check if this claim is for a community debt**
**Type of NONPRIORITY unsecured claim:**

Is the claim subject to offset?
☐ Student loans

■ No
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Yes
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt- No Personal Guaranty**

---

Debtor 1  **Scott Thomas Satterfield**

Case number (if known) _____

---

| 4.2 42 | **Stuller Settings** | | Last 4 digits of account number | | | | $0.00 |

Nonpriority Creditor's Name

**PO Box 87777**
**Lafayette, LA 70598**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

■ At least one of the debtors and another

■ Disputed

■ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Business debt- No Personal Guaranty**

---

| 4.2 43 | **Summit Sportswear, Inc** | | Last 4 digits of account number | 0731 | | | $0.00 |

Nonpriority Creditor's Name

**c/o Eric Hale**
**PO Box 287**
**Columbia, SC 29202**

When was the debt incurred?    **2019**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

■ At least one of the debtors and another

■ Disputed

■ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Business debt- No Personal Guaranty**

---

| 4.2 44 | **SYNCB/Lowes** | | Last 4 digits of account number | 1535 | | | Unknown |

Nonpriority Creditor's Name

**PO  Box 965036**
**Orlando, FL 32896**

When was the debt incurred?    **2014**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Credit Card Charges**

---

Debtor 1  **Scott Thomas Satterfield**

Case number (if known) _____

---

| 4.2 45 | **TACHE' Jewelry** | | Last 4 digits of account number _____ | | $0.00 |

Nonpriority Creditor's Name

**18 East 48th Street 4th Floor**
**New York, NY 10017**

When was the debt incurred? _____

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Business debt- No Personal Guaranty**

---

| 4.2 46 | **Tacori Enterprises** | | Last 4 digits of account number _____ | | $0.00 |

Nonpriority Creditor's Name

**1736 Gardena Ave**
**Glendale, CA 91204**

When was the debt incurred?  **2011**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Business debt**

---

| 4.2 47 | **TAG-TICS Inc.** | | Last 4 digits of account number _____ | | $0.00 |

Nonpriority Creditor's Name

**4620 West Tennyson Ave**
**Tampa, FL 33629**

When was the debt incurred? _____

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Business debt- No Personal Guaranty**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor 1    **Scott Thomas Satterfield**

Case number (if known)

---

| 4.2 48 | **Teagan Company** | Last 4 digits of account number | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**5347 Factors Walk Drive**
**Sanford, FL 32771**

When was the debt incurred?

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Business debt- No Personal Guaranty**

---

| 4.2 49 | **Teague, Wanda & Roger** | Last 4 digits of account number | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**101 Land of Lakes Blvd**
**Lexington, SC 29073**

When was the debt incurred?

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Business investor**

---

| 4.2 50 | **Team Effort Inc.** | Last 4 digits of account number | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 243**
**Clarion, IA 50525**

When was the debt incurred?

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Business debt- No Personal Guaranty**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1    **Scott Thomas Satterfield**

Case number (if known) _____

---

**4.2 51**

**Team Golf**

Nonpriority Creditor's Name

**2221 Luna Road**
**Carrollton, TX 75006**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____        **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt- No Personal Guaranty**

---

**4.2 52**

**The Game Inc**

Nonpriority Creditor's Name

**c/o Craig H. Allen**
**605 Pettigru Street**
**Greenville, SC 29601**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** **3777**        **$0.00**

**When was the debt incurred?** **2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt- No Personal Guaranty**

---

**4.2 53**

**The Lamar Companies**

Nonpriority Creditor's Name

**c/o James Derrick Jackson**
**PO Box 50124**
**Columbia, SC 29250**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** **0690**        **$2,977.66**

**When was the debt incurred?** **2019**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Judgment/business debt**

---

Debtor 1   **Scott Thomas Satterfield**                                    Case number (if known)

---

| 4.2 54 | **Thompson, Stacy** | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name

**713 Moss Creek Drive**
**Cayce, SC 29033**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Debtor 1 only

☐ Unliquidated

☐ Debtor 2 only

■ Disputed

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

■ **Check if this claim is for a community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

■ Other. Specify   **Business investor**

☐ Yes

---

| 4.2 55 | **Tigertown Graphics/Southern Fried Cotton** | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name

**PO Box 381**
**Clemson, SC 29633**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Debtor 1 only

☐ Unliquidated

☐ Debtor 2 only

■ Disputed

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ **Check if this claim is for a community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

■ Other. Specify   **Business debt- No Personal Guaranty**

☐ Yes

---

| 4.2 56 | **Tradition Scarves, ASR 7, LLC** | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name

**3321 Trillium Whorl Court**
**Raleigh, NC 27607**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Debtor 1 only

☐ Unliquidated

☐ Debtor 2 only

■ Disputed

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ **Check if this claim is for a community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

■ Other. Specify   **Business debt- No Personal Guaranty**

☐ Yes

---

Debtor 1    **Scott Thomas Satterfield**                                  Case number *(if known)* _____

---

| 4.2 57 | **Triune Technologies, Inc.** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**PO Box 78175**
**Greensboro, NC 27427**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt- No Personal Guaranty**

---

| 4.2 58 | **Tyco Integrated Security LLC** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**3243 Sunset Blvd**
**West Columbia, SC 29169**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt-No Personal Guaranty**

---

| 4.2 59 | **ULINE** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**12575 Uline Drive**
**Pleasant Prairie, WI 53158**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt-No Personal Guaranty**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    **Scott Thomas Satterfield**

Case number *(if known)* _____

---

| 4.2 60 | **Ulloa, Elizabeth** | Last 4 digits of account number _____ | **$9,741.50** |

Nonpriority Creditor's Name

**804 Green Springs Drive**
**Columbia, SC 29223**

Number City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **2018 & 2019**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Loan**

---

| 4.2 61 | **Unite U Technologies, Inc.** | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name

**12 Pine Cone Dr**
**Pittsford, NY 14534**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt- No Personal Guaranty**

---

| 4.2 62 | **US BANCORP** | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name

**PO Box 580337**
**Minneapolis, MN 55458**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **2010**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor 1   **Scott Thomas Satterfield** _____   Case number (if known) _____

---

**4.2
63**

**We Live For Saturdays** _____   Last 4 digits of account number _____   **$0.00**

Nonpriority Creditor's Name
**PO Box 1788**
**Tupelo, MS 38802**   When was the debt incurred? _____

Number Street City State Zip Code
**Who incurred the debt?** Check one.   **As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only   ☐ Contingent
☐ Debtor 2 only   ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only   ■ Disputed
■ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community debt**   ☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
**Is the claim subject to offset?**
■ No   ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes   ■ Other. Specify   **Business debt- No Personal Guaranty** _____

---

**4.2
64**

**Whitlock, Raymond** _____   Last 4 digits of account number _____   **$0.00**

Nonpriority Creditor's Name
**Attn: Buster Whitlock**
**Riverland Hills Baptist Church**
**201 Lake Murray Blvd**
**Irmo, SC 29063**   When was the debt incurred? _____

Number Street City State Zip Code
**Who incurred the debt?** Check one.   **As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only   ☐ Contingent
☐ Debtor 2 only   ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only   ■ Disputed
☐ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community debt**   ☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
**Is the claim subject to offset?**
■ No   ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes   ■ Other. Specify   **Business investors** _____

---

**4.2
65**

**Wildcat/Retro Brands, LLC** _____   Last 4 digits of account number _____   **$0.00**

Nonpriority Creditor's Name
**1415 Emerald Road**
**Greenwood, SC 29646**   When was the debt incurred? _____

Number Street City State Zip Code
**Who incurred the debt?** Check one.   **As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only   ☐ Contingent
☐ Debtor 2 only   ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only   ■ Disputed
■ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community debt**   ☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
**Is the claim subject to offset?**
■ No   ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes   ■ Other. Specify   **Business debt** _____

---

Debtor 1    **Scott Thomas Satterfield**                                      Case number *(if known)*

---

| 4.2 66 | **Wilkerson & Associates** | Last 4 digits of account number ___ ___ ___ ___ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**222 Main Street**
**Stuttgart, AR 72160**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt- No Personal Guaranty**

---

| 4.2 67 | **Windset Capital Corporation** | Last 4 digits of account number  1325 | $48,885.04 |
|---|---|---|---|

Nonpriority Creditor's Name

**c/o Joseph F. Davis**
**PO Drawer 730**
**Sumter, SC 29151**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?    2016

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Judgment**

---

| 4.2 68 | **Windstream** | Last 4 digits of account number ___ ___ ___ ___ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**5135 Sunset Blvd Unit J**
**Lexington, SC 29072**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt- No Personal Guaranty**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor 1   **Scott Thomas Satterfield**                                          Case number (if known)

---

| 4.2 69 | **WLTX-TV** | | Last 4 digits of account number | **1272** | | **$0.00** |

Nonpriority Creditor's Name

**6027 Garners Ferry Road**
**Columbia, SC 29209**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt- No Personal Guaranty**

---

| 4.2 70 | **WMFX-FM** | | Last 4 digits of account number | | | **$0.00** |

Nonpriority Creditor's Name

**1900 Pineview Road**
**Columbia, SC 29209**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt- No Personal Guaranty**

---

| 4.2 71 | **World's Gold & Diamonds, Inc.** | | Last 4 digits of account number | **1486** | | **$0.00** |

Nonpriority Creditor's Name

**c/o Robert J. Mackay**
**PO Box 7031**
**Pasadena, TX 77508**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt- No Personal Guaranty**

---

Debtor 1  **Scott Thomas Satterfield**                                        Case number *(if known)*

---

| 4.2 72 | | |
|---|---|---|

**Worthy Promotional Products**

Last 4 digits of account number _____   $0.00

Nonpriority Creditor's Name
**PO Box 240490**
**Eclectic, AL 36024**

When was the debt incurred? _____

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business debt- No Personal Guaranty**

---

| 4.2 73 | | |
|---|---|---|

**Wright Express**

Last 4 digits of account number _____   $0.00

Nonpriority Creditor's Name
**97 Darling Ave.**
**South Portland, ME 04106**

When was the debt incurred? _____

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business debt- No Personal Guaranty**

---

| 4.2 74 | | |
|---|---|---|

**WWDM**

Last 4 digits of account number _____   $0.00

Nonpriority Creditor's Name
**1900 Pineview Road**
**Columbia, SC 29209**

When was the debt incurred? _____

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business debt- No Personal Guaranty**

---

Debtor 1   **Scott Thomas Satterfield**

Case number (if known)

---

| 4.2 75 | | | |
|---|---|---|---|

**Youth Monument**                          Last 4 digits of account number _____     **$0.00**

Nonpriority Creditor's Name
**3750 South Broadway Place**              When was the debt incurred? _____
**Los Angeles, CA 90007**
Number Street City State Zip Code           **As of the date you file, the claim is:** Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only                            ☐ Contingent

☐ Debtor 2 only                            ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only               ■ Disputed

■ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community   ☐ Student loans
debt**                                      ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**         report as priority claims

■ No                                        ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                       ■ Other. Specify   **Business debt- No Personal Guaranty**

---

| 4.2 76 | | | |
|---|---|---|---|

**Zephyr Graf-X**                          Last 4 digits of account number _____     **$0.00**

Nonpriority Creditor's Name
**PO Box 304**                             When was the debt incurred? _____
**Stillwater, MN 55082**
Number Street City State Zip Code           **As of the date you file, the claim is:** Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only                            ☐ Contingent

☐ Debtor 2 only                            ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only               ■ Disputed

■ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community   ☐ Student loans
debt**                                      ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**         report as priority claims

■ No                                        ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                       ■ Other. Specify   **Business debt- No Personal Guaranty**

---

| 4.2 77 | | | |
|---|---|---|---|

**Zero Gravity Project LLC**               Last 4 digits of account number   **4139**     **$0.00**

Nonpriority Creditor's Name
**c/o Jerry Reardon**                      When was the debt incurred?   **2018**
**1722 Main Street**
**Suite 302**
**Columbia, SC 29201**
Number Street City State Zip Code           **As of the date you file, the claim is:** Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only                            ☐ Contingent

☐ Debtor 2 only                            ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only               ■ Disputed

■ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community   ☐ Student loans
debt**                                      ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**         report as priority claims

■ No                                        ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                       ■ Other. Specify   **Business debt- No Personal Guaranty**

---

| Part 3: | List Others to Be Notified About a Debt That You Already Listed |
|---|---|

**5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency
is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you
have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be
notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

---

Official Form 106 E/F                      Schedule E/F: Creditors Who Have Unsecured Claims                      Page 94 of 100

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

Debtor 1  **Scott Thomas Satterfield**                                    Case number (if known) _____

---

| | |
|---|---|
| Name and Address<br>**Parkland Associates LLC**<br>**c/o Colliers International of SC**<br>**PO Box 11610**<br>**Columbia, SC 29211** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.180** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| | |
|---|---|
| Name and Address<br>**ANI International**<br>**125 S. Wacker Drive**<br>**Suite 1210**<br>**Chicago, IL 60606** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.276** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number        **0995** |

| | |
|---|---|
| Name and Address<br>**Ashi Diamonds Inc.**<br>**18 East 48th Street, 14th**<br>**New York, NY 10017** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.11** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| | |
|---|---|
| Name and Address<br>**AXIS Capital, Inc.**<br>**308 N Locust Street Suite 100**<br>**Grand Island, NE 68801** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.13** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| | |
|---|---|
| Name and Address<br>**Baden Sports Inc.**<br>**3401 Lind Ave. SW**<br>**Renton, WA 98057** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.14** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number        **4886** |

| | |
|---|---|
| Name and Address<br>**BB&T**<br>**c/o James W. Poag, Jr.**<br>**PO Box 6422**<br>**West Columbia, SC 29171** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.22** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number        **3354** |

| | |
|---|---|
| Name and Address<br>**BB&T**<br>**1901 Assembly Street**<br>**Columbia, SC 29201** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.22** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| | |
|---|---|
| Name and Address<br>**BB&T**<br>**PO Box 684**<br>**Columbia, SC 29202** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.22** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| | |
|---|---|
| Name and Address<br>**Capital Advance Services, LLC**<br>**30 Broad Street, 14th Floor, Suite 14108**<br>**New York, NY 10004** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.28** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| | |
|---|---|
| Name and Address<br>**Capital One**<br>**PO Box 30281**<br>**Salt Lake City, UT 84130** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.31** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number        **1270** |

| | |
|---|---|
| Name and Address<br>**Citi Cards CBNA**<br>**PO Box 6241**<br>**Sioux Falls, SD 57117** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.39** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

Debtor 1  **Scott Thomas Satterfield** _____   Case number (if known) _____

**3425**

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Clemson Sports Properties**<br>**135 Old Greenville Highway # 203**<br>**Clemson, SC 29631** | Line **4.42** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>**Columbia Sportswear Company,**<br>**Inc.**<br>**PO Box 935641**<br>**Atlanta, GA 31193** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.49** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>**Custom Branded Sportswear**<br>**PO Box 413245**<br>**Kansas City, MO 64141** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.55** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>**Custom Branded Sportswear**<br>**c/o Trace Dillon**<br>**The Dillon Law Firm**<br>**2346 Wisteria Drive, Suite 220**<br>**Snellville, GA 30078** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.55** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number   **1858** |
| Name and Address<br>**Cutter & Buck**<br>**PO Box 34855**<br>**Seattle, WA 98124** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.57** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>**Dayna Designs, LLC**<br>**RR Beach Associates**<br>**95 Wolf Creek Blvd., Suite 2**<br>**Dover, DE 19901** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.61** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>**Divine Creations, Inc**<br>**2027 East Barden Road**<br>**Charlotte, NC 28226** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.68** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>**Gear For Sports, Inc.**<br>**12193 Collection Center Drive**<br>**Chicago, IL 60693** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.91** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>**Gems One Corporation**<br>**25 W 45th Street Ste 1200**<br>**New York, NY 10036** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.92** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>**Global Brand Group/KHQ Branded**<br>**c/o E. Lloyd Wilcox, II**<br>**PO Box 1909**<br>**Florence, SC 29503** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.94** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number   **4AGA** |
| Name and Address<br>**Icon Outdoors, LLC** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.107** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

Debtor 1   **Scott Thomas Satterfield**

Case number (if known) _____

PO Box 17012
Baltimore, MD 21297

■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

| | |
|---|---|
| Name and Address<br>**Image One**<br>**c/o Thomas Burns**<br>**Hancock Law Firm**<br>**610 East 6th Street**<br>**Little Rock, AR 72202** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.110** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | 2314 |
| Name and Address<br>**Indigo**<br>**Genesis FS Card Servcies**<br>**PO Box 4477**<br>**Beaverton, OR 97076** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.35** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | 4334 |
| Name and Address<br>**Interings, Inc.**<br>**62 West 47th Street**<br>**Suite 909**<br>**New York, NY 10036** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.114** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |
| Name and Address<br>**International Inport Corp.**<br>**22 West 48th Street**<br>**New York, NY 10036** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.116** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |
| Name and Address<br>**Learfield Communications, Inc**<br>**c/o Parnell & Crum PA**<br>**PO Box 2189**<br>**Montgomery, AL 36102** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.139** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | 5878 |
| Name and Address<br>**Marathon Company**<br>**PO Box 419**<br>**Attleboro, MA 02703** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.149** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |
| Name and Address<br>**Mercury Card/FB&T**<br>**700 22nd Ave South**<br>**Brookings, SD 57006** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.158** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | 2014 |
| Name and Address<br>**Mohan's Inc.**<br>**Nine Dunwoody Parkway, Ste #114**<br>**Atlanta, GA 30338** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.162** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |
| Name and Address<br>**National Jewelry Co, Inc.**<br>**PO Box 710**<br>**Ruston, LA 71273** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.165** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |
| Name and Address<br>**National Jewelry Co, Inc.**<br>**PO Box 1248**<br>**Ruston, LA 71273** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.165** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

Debtor 1  **Scott Thomas Satterfield**                                  Case number (if known)

---

| | |
|---|---|
| Name and Address<br>**Nike Team Sports**<br>**PO Box 277482**<br>**Atlanta, GA 30384** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.172** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>**Noble Gift Packaging**<br>**20 Sand Park Road**<br>**Cedar Grove, NJ 07009** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.173** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>**Oakley, Inc.**<br>**c/o Parnell & Crum, PA**<br>**PO Box 2189**<br>**Montgomery, AL 36102** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.174** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number          **3364** |
| Name and Address<br>**Palmetto Plaza Associates**<br>**c/o Jeffrey L. Silver, Esquire**<br>**700 Huger Street, Suite 102**<br>**Columbia, SC 29202** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.179** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>**Quality Gold of Cincinnati**<br>**PO Box 18490**<br>**Fairfield, OH 45018** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.193** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>**Rico Industries Inc.**<br>**1712 S. Michigan Ave**<br>**Chicago, IL 60616** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.198** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>**Samuel Spil Co.**<br>**PO Box 78282**<br>**Charlotte, NC 28271** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.209** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>**Seasons Jewelry**<br>**111 Church Street, Suite 300**<br>**Lexington, KY 40507** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.216** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>**Seiko Time**<br>**1111 MacArthur Blvd.**<br>**Mahwah, NJ 07430** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.217** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>**Southern Collegiate Apparel LLC**<br>**c/o Wilson F. Green**<br>**Fleenor & Green LLP**<br>**1657 McFarland Blvd N. Ste G2A**<br>**Tuscaloosa, AL 35406** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.226** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number          **8200** |
| Name and Address<br>**Sterling Contract Packaging**<br>**1875 Moore Duncan Hwy**<br>**Moore, SC 29369** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.236** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |

---

Official Form 106 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    **Page 98 of 100**

Debtor 1  **Scott Thomas Satterfield**                                    Case number (if known) _____

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Strategic Funding Source, Inc.**<br>**c/o Richard J. Howard, Esquire**<br>**120 West 45th Street, 2nd Floor**<br>**New York, NY 10036** | Line **4.240** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number          **2016** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Strategic Funding Source, Inc.**<br>**1501 Broadway Ste 360**<br>**New York, NY 10036** | Line **4.240** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Stuller Settings**<br>**c/o CISCO, Inc.**<br>**1702 Townhurst Drive**<br>**Houston, TX 77043** | Line **4.242** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number          **8153** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Summit Sportswear, Inc.**<br>**800 W. 47th Street**<br>**Kansas City, MO 64112** | Line **4.243** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **The Game LLC**<br>**PO Box 932255**<br>**Atlanta, GA 31193** | Line **4.252** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **The Game LLC**<br>**PO Box 116469**<br>**Atlanta, GA 30368** | Line **4.252** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Transworld Systems**<br>**PO Box 15095**<br>**Wilmington, DE 19850-5000** | Line **4.78** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number          **1709** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Tyco Integrated Security LLC**<br>**c/o Law Offices Wilcox, Buyck, &**<br>**William**<br>**PO Box 1909**<br>**Florence, SC 29503** | Line **4.258** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number          **0014** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Windstream Communications**<br>**c/o The Leviton Law Firm LTD**<br>**3 Golf Center, Suite 361**<br>**Hoffman Estates, IL 60169** | Line **4.268** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number          **8748** |

**Part 4:    Add the Amounts for Each Type of Unsecured Claim**

6.  **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

| | | | Total Claim |
|---|---|---|---|
| Total claims from Part 1 | 6a.  **Domestic support obligations** | 6a.  $ | **0.00** |
| | 6b.  **Taxes and certain other debts you owe the government** | 6b.  $ | **1,913,335.12** |

Debtor 1  **Scott Thomas Satterfield**                                    Case number (if known) _____

|  |  |  |  |  |
|---|---|---|---|---|
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ _____ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ _____ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ _____ 1,913,335.12 |

**Total claims from Part 2**

|  |  |  |  |
|---|---|---|---|
| | | | **Total Claim** |
| 6f. | **Student loans** | 6f. | $ _____ 0.00 |
| 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ _____ 0.00 |
| 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ _____ 0.00 |
| 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ _____ 2,172,924.50 |
| 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ _____ 2,172,924.50 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Scott Thomas Satterfield** |
| | First Name ___ Middle Name ___ Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name ___ Middle Name ___ Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.    **Do you have any executory contracts or unexpired leases?**

☑ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.    **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1 _____<br>Name<br>_____<br>Number    Street<br>_____<br>City         State      ZIP Code | |
| 2.2 _____<br>Name<br>_____<br>Number    Street<br>_____<br>City         State      ZIP Code | |
| 2.3 _____<br>Name<br>_____<br>Number    Street<br>_____<br>City         State      ZIP Code | |
| 2.4 _____<br>Name<br>_____<br>Number    Street<br>_____<br>City         State      ZIP Code | |
| 2.5 _____<br>Name<br>_____<br>Number    Street<br>_____<br>City         State      ZIP Code | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                  Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Scott Thomas Satterfield** |
| | First Name      Middle Name      Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number | |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors                                    12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| | *Column 1:* **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.1 | **Garnet & Black Traditions**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.134__<br>☐ Schedule G _____<br>**Lakeshirts, Inc.** |
| 3.2 | **Garnet & Black Traditions**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.22__<br>☐ Schedule G _____<br>**Branch Banking & Trust Company FKA BB&T** |
| 3.3 | **Garnet & Black Traditions**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.62__<br>☐ Schedule G _____<br>**DDRTC Columbiana Station II LLC** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1  **Scott Thomas Satterfield** _____    Case number *(if known)* _____

| | Additional Page to List More Codebtors |
|---|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.4 **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.130**<br>☐ Schedule G _____<br>**Knight, Marilyn** |
| 3.5 **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.145**<br>☐ Schedule G _____<br>**Lucas, Kevin** |
| 3.6 **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.210**<br>☐ Schedule G _____<br>**Satterfield, Ken** |
| 3.7 **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.101**<br>☐ Schedule G _____<br>**Harwell, Shannon** |
| 3.8 **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.260**<br>☐ Schedule G _____<br>**Ulloa, Elizabeth** |
| 3.9 **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.180**<br>☐ Schedule G _____<br>**Parkland Associates** |
| 3.10 **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.64**<br>☐ Schedule G _____<br>**Diamond Graphics, LLC/Marie Clayborne** |
| 3.11 **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.267**<br>☐ Schedule G _____<br>**Windset Capital Corporation** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1  **Scott Thomas Satterfield**                                    Case number *(if known)*

---

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.12  **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.34__<br>☐ Schedule G _____<br>**Carolina Retail Packaging, Inc.** |
| 3.13  **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.253__<br>☐ Schedule G _____<br>**The Lamar Companies** |
| 3.14  **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.22__<br>☐ Schedule G _____<br>**Branch Banking & Trust Company FKA BB&T** |
| 3.15  **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.179__<br>☐ Schedule G _____<br>**Palmetto Plaza Associates** |
| 3.16  **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.172__<br>☐ Schedule G _____<br>**Nike USA Inc** |
| 3.17  **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.240__<br>☐ Schedule G _____<br>**Strategic Funding Source, Inc.** |
| 3.18  **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.76__<br>☐ Schedule G _____<br>**ESP Receivables Management** |
| 3.19  **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.224__<br>☐ Schedule G _____<br>**South Carolina Shops** |

Debtor 1    **Scott Thomas Satterfield**                          Case number *(if known)*

---

■ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.20 **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.181__<br>☐ Schedule G _____<br>**Parkland Plaza, LLC** |
| 3.21 **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.252__<br>☐ Schedule G _____<br>**The Game Inc** |
| 3.22 **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.12__<br>☐ Schedule G _____<br>**Atlanta Hosiery Company** |
| 3.23 **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.217__<br>☐ Schedule G _____<br>**Seiko Corporation of America** |
| 3.24 **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.174__<br>☐ Schedule G _____<br>**Oakley, Inc.** |
| 3.25 **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.62__<br>☐ Schedule G _____<br>**DDRTC Columbiana Station II LLC** |
| 3.26 **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.139__<br>☐ Schedule G _____<br>**Learfield Communications, Inc** |
| 3.27 **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.57__<br>☐ Schedule G _____<br>**Cutter & Buck** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor 1    **Scott Thomas Satterfield**                                    Case number *(if known)*

| | **Additional Page to List More Codebtors** |
|---|---|
| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.28    **Jewelry Warehouse, Inc.**
**238 Mineral Springs Drive**
**Lexington, SC 29073-8167**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.177**___
☐ Schedule G _____
**Pacific and Southern, LLC dba WLTX TV**

3.29    **Jewelry Warehouse, Inc.**
**238 Mineral Springs Drive**
**Lexington, SC 29073-8167**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.55**___
☐ Schedule G _____
**Custom Branded Sportswear**

3.30    **Jewelry Warehouse, Inc.**
**238 Mineral Springs Drive**
**Lexington, SC 29073-8167**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.99**___
☐ Schedule G _____
**GRI-EQY (Sparkleberry Square) LLC**

3.31    **Jewelry Warehouse, Inc.**
**238 Mineral Springs Drive**
**Lexington, SC 29073-8167**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.107**___
☐ Schedule G _____
**Icon Outdoors LLC**

3.32    **Jewelry Warehouse, Inc.**
**238 Mineral Springs Drive**
**Lexington, SC 29073-8167**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.68**___
☐ Schedule G _____
**Divine Creations, Inc**

3.33    **Jewelry Warehouse, Inc.**
**238 Mineral Springs Drive**
**Lexington, SC 29073-8167**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.49**___
☐ Schedule G _____
**Columbia Sportswear Company, Inc.**

3.34    **Jewelry Warehouse, Inc.**
**238 Mineral Springs Drive**
**Lexington, SC 29073-8167**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.243**___
☐ Schedule G _____
**Summit Sportswear, Inc**

3.35    **Jewelry Warehouse, Inc.**
**238 Mineral Springs Drive**
**Lexington, SC 29073-8167**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.277**___
☐ Schedule G _____
**Zero Gravity Project LLC**

| Debtor 1 | **Scott Thomas Satterfield** | Case number *(if known)* |
|---|---|---|

███ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.36 **Jewelry Warehouse, Inc.**
**238 Mineral Springs Drive**
**Lexington, SC 29073-8167**

☐ Schedule D, line _____
■ Schedule E/F, line __4.3__
☐ Schedule G _____
**Adrenaline Promotions**

---

3.37 **Jewelry Warehouse, Inc.**
**238 Mineral Springs Drive**
**Lexington, SC 29073-8167**

☐ Schedule D, line _____
■ Schedule E/F, line __4.4__
☐ Schedule G _____
**All In**

---

3.38 **Jewelry Warehouse, Inc.**
**238 Mineral Springs Drive**
**Lexington, SC 29073-8167**

☐ Schedule D, line _____
■ Schedule E/F, line __4.5__
☐ Schedule G _____
**Alliance Legal Partners**

---

3.39 **Jewelry Warehouse, Inc.**
**238 Mineral Springs Drive**
**Lexington, SC 29073-8167**

☐ Schedule D, line _____
■ Schedule E/F, line __4.6__
☐ Schedule G _____
**Alumni Association**

---

3.40 **Jewelry Warehouse, Inc.**
**238 Mineral Springs Drive**
**Lexington, SC 29073-8167**

☐ Schedule D, line _____
■ Schedule E/F, line __4.7__
☐ Schedule G _____
**American Ring Source**

---

3.41 **Jewelry Warehouse, Inc.**
**238 Mineral Springs Drive**
**Lexington, SC 29073-8167**

☐ Schedule D, line _____
■ Schedule E/F, line __4.8__
☐ Schedule G _____
**Aminco International**

---

3.42 **Jewelry Warehouse, Inc.**
**238 Mineral Springs Drive**
**Lexington, SC 29073-8167**

☐ Schedule D, line _____
■ Schedule E/F, line __4.10__
☐ Schedule G _____
**Ariel Jewelry Company**

---

3.43 **Jewelry Warehouse, Inc.**
**238 Mineral Springs Drive**
**Lexington, SC 29073-8167**

☐ Schedule D, line _____
■ Schedule E/F, line __4.11__
☐ Schedule G _____
**Ashi Diamonds Inc.**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1   **Scott Thomas Satterfield**                              Case number *(if known)*

| | |
|---|---|
| ■ **Additional Page to List More Codebtors** | |
| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.44  **Jewelry Warehouse, Inc.**
**238 Mineral Springs Drive**
**Lexington, SC 29073-8167**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.13**___
☐ Schedule G _____
**AXIS Capital, Inc.**

3.45  **Jewelry Warehouse, Inc.**
**238 Mineral Springs Drive**
**Lexington, SC 29073-8167**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.14**___
☐ Schedule G _____
**Baden Sports Inc.**

3.46  **Jewelry Warehouse, Inc.**
**238 Mineral Springs Drive**
**Lexington, SC 29073-8167**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.15**___
☐ Schedule G _____
**Badger Sportswear, Inc.**

3.47  **Jewelry Warehouse, Inc.**
**238 Mineral Springs Drive**
**Lexington, SC 29073-8167**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.17**___
☐ Schedule G _____
**Bakins Ventures, LLC**

3.48  **Jewelry Warehouse, Inc.**
**238 Mineral Springs Drive**
**Lexington, SC 29073-8167**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.19**___
☐ Schedule G _____
**Benchmark**

3.49  **Jewelry Warehouse, Inc.**
**238 Mineral Springs Drive**
**Lexington, SC 29073-8167**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.20**___
☐ Schedule G _____
**Bethel International**

3.50  **Jewelry Warehouse, Inc.**
**238 Mineral Springs Drive**
**Lexington, SC 29073-8167**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.21**___
☐ Schedule G _____
**Big Jewelry**

3.51  **Jewelry Warehouse, Inc.**
**238 Mineral Springs Drive**
**Lexington, SC 29073-8167**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.23**___
☐ Schedule G _____
**Brett Hand, Inc.**

Debtor 1  **Scott Thomas Satterfield**                              Case number *(if known)*

▆ **Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.52  **Jewelry Warehouse, Inc.**
**238 Mineral Springs Drive**
**Lexington, SC 29073-8167**

☐ Schedule D, line _____
■ Schedule E/F, line __4.24__
☐ Schedule G _____
**Brice Caldwell, Inc.**

3.53  **Jewelry Warehouse, Inc.**
**238 Mineral Springs Drive**
**Lexington, SC 29073-8167**

☐ Schedule D, line _____
■ Schedule E/F, line __4.27__
☐ Schedule G _____
**C.G. Creations**

3.54  **Jewelry Warehouse, Inc.**
**238 Mineral Springs Drive**
**Lexington, SC 29073-8167**

☐ Schedule D, line _____
■ Schedule E/F, line __4.32__
☐ Schedule G _____
**Cargo Hold, Inc.**

3.55  **Jewelry Warehouse, Inc.**
**238 Mineral Springs Drive**
**Lexington, SC 29073-8167**

☐ Schedule D, line _____
■ Schedule E/F, line __4.33__
☐ Schedule G _____
**Carolina Fin**

3.56  **Jewelry Warehouse, Inc.**
**238 Mineral Springs Drive**
**Lexington, SC 29073-8167**

☐ Schedule D, line _____
■ Schedule E/F, line __4.36__
☐ Schedule G _____
**Chem Art**

3.57  **Jewelry Warehouse, Inc.**
**238 Mineral Springs Drive**
**Lexington, SC 29073-8167**

☐ Schedule D, line _____
■ Schedule E/F, line __4.37__
☐ Schedule G _____
**China Pearl**

3.58  **Jewelry Warehouse, Inc.**
**238 Mineral Springs Drive**
**Lexington, SC 29073-8167**

☐ Schedule D, line _____
■ Schedule E/F, line __4.38__
☐ Schedule G _____
**Church Hill Classics**

3.59  **Jewelry Warehouse, Inc.**
**238 Mineral Springs Drive**
**Lexington, SC 29073-8167**

☐ Schedule D, line _____
■ Schedule E/F, line __4.40__
☐ Schedule G _____
**Citizens Watch Company**

Debtor 1    **Scott Thomas Satterfield** _____    Case number *(if known)* _____

| | Additional Page to List More Codebtors |
|---|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.60 **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.41__<br>☐ Schedule G _____<br>**Classic Imports, Inc.** |
| 3.61 **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.43__<br>☐ Schedule G _____<br>**Coast Apparel, LLC** |
| 3.62 **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.45__<br>☐ Schedule G _____<br>**College Covers** |
| 3.63 **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.46__<br>☐ Schedule G _____<br>**Collegiate Enterprises** |
| 3.64 **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.47__<br>☐ Schedule G _____<br>**Collegiate Kids Books, LLC** |
| 3.65 **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.48__<br>☐ Schedule G _____<br>**Color Craft** |
| 3.66 **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.50__<br>☐ Schedule G _____<br>**Coserv** |
| 3.67 **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.51__<br>☐ Schedule G _____<br>**CRAFTIQUE** |

Debtor 1  **Scott Thomas Satterfield**                                Case number *(if known)*

---

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.68  **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.52**___<br>☐ Schedule G _____<br>**Creative Realities/Wireless Ronin Tech** |
| 3.69  **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.215**___<br>☐ Schedule G _____<br>**SCI International, Inc.** |
| 3.70  **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.56**___<br>☐ Schedule G _____<br>**Custom Decor** |
| 3.71  **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.59**___<br>☐ Schedule G _____<br>**Darling Imports** |
| 3.72  **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.61**___<br>☐ Schedule G _____<br>**Dayna Designs, LLC** |
| 3.73  **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.63**___<br>☐ Schedule G _____<br>**Diamond Counsel of America** |
| 3.74  **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.67**___<br>☐ Schedule G _____<br>**Distinctive Homeworks, LLC** |
| 3.75  **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.72**___<br>☐ Schedule G _____<br>**East Bay Air LLC** |

Debtor 1   **Scott Thomas Satterfield**                                    Case number *(if known)*

| ■ | **Additional Page to List More Codebtors** |
|---|---|

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|

3.76   **Jewelry Warehouse, Inc.**
          **238 Mineral Springs Drive**
          **Lexington, SC 29073-8167**

☐ Schedule D, line _____
■ Schedule E/F, line **4.73**
☐ Schedule G _____
**Edible Arrangements**

3.77   **Jewelry Warehouse, Inc.**
          **238 Mineral Springs Drive**
          **Lexington, SC 29073-8167**

☐ Schedule D, line _____
■ Schedule E/F, line **4.74**
☐ Schedule G _____
**Elektroplate**

3.78   **Jewelry Warehouse, Inc.**
          **238 Mineral Springs Drive**
          **Lexington, SC 29073-8167**

☐ Schedule D, line _____
■ Schedule E/F, line **4.75**
☐ Schedule G _____
**EMA Jewelry, Inc.**

3.79   **Jewelry Warehouse, Inc.**
          **238 Mineral Springs Drive**
          **Lexington, SC 29073-8167**

☐ Schedule D, line _____
■ Schedule E/F, line **4.77**
☐ Schedule G _____
**EVC, Inc. Cozy Cover**

3.80   **Jewelry Warehouse, Inc.**
          **238 Mineral Springs Drive**
          **Lexington, SC 29073-8167**

☐ Schedule D, line _____
■ Schedule E/F, line **4.78**
☐ Schedule G _____
**Evergreen**

3.81   **Jewelry Warehouse, Inc.**
          **238 Mineral Springs Drive**
          **Lexington, SC 29073-8167**

☐ Schedule D, line _____
■ Schedule E/F, line **4.79**
☐ Schedule G _____
**Fanz Zone**

3.82   **Jewelry Warehouse, Inc.**
          **238 Mineral Springs Drive**
          **Lexington, SC 29073-8167**

☐ Schedule D, line _____
■ Schedule E/F, line **4.80**
☐ Schedule G _____
**FBF Originals**

3.83   **Jewelry Warehouse, Inc.**
          **238 Mineral Springs Drive**
          **Lexington, SC 29073-8167**

☐ Schedule D, line _____
■ Schedule E/F, line **4.82**
☐ Schedule G _____
**Flirties**

Debtor 1   **Scott Thomas Satterfield**                                   Case number *(if known)*

---

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|

3.84   **Jewelry Warehouse, Inc.**
       **238 Mineral Springs Drive**
       **Lexington, SC 29073-8167**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.84**
☐ Schedule G _____
**Freaker USA, Inc.**

---

3.85   **Jewelry Warehouse, Inc.**
       **238 Mineral Springs Drive**
       **Lexington, SC 29073-8167**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.85**
☐ Schedule G _____
**From The Heart Enterprises**

---

3.86   **Jewelry Warehouse, Inc.**
       **238 Mineral Springs Drive**
       **Lexington, SC 29073-8167**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.86**
☐ Schedule G _____
**Gabriel Brothers**

---

3.87   **Jewelry Warehouse, Inc.**
       **238 Mineral Springs Drive**
       **Lexington, SC 29073-8167**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.87**
☐ Schedule G _____
**Game Wear**

---

3.88   **Jewelry Warehouse, Inc.**
       **238 Mineral Springs Drive**
       **Lexington, SC 29073-8167**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.89**
☐ Schedule G _____
**Gameday Ironworks**

---

3.89   **Jewelry Warehouse, Inc.**
       **238 Mineral Springs Drive**
       **Lexington, SC 29073-8167**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.91**
☐ Schedule G _____
**Gear for Sports, Inc.**

---

3.90   **Jewelry Warehouse, Inc.**
       **238 Mineral Springs Drive**
       **Lexington, SC 29073-8167**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.92**
☐ Schedule G _____
**Gems One Corporation**

---

3.91   **Jewelry Warehouse, Inc.**
       **238 Mineral Springs Drive**
       **Lexington, SC 29073-8167**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.93**
☐ Schedule G _____
**Glik Imports**

---

Debtor 1 __Scott Thomas Satterfield__                                    Case number *(if known)* _____

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.92  Jewelry Warehouse, Inc.<br>238 Mineral Springs Drive<br>Lexington, SC 29073-8167 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.94___<br>☐ Schedule G _____<br>**Global Brand Group/KHQ Branded** |
| 3.93  Jewelry Warehouse, Inc.<br>238 Mineral Springs Drive<br>Lexington, SC 29073-8167 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.95___<br>☐ Schedule G _____<br>**Global Fashion Works, LLC/ Flying Colors** |
| 3.94  Jewelry Warehouse, Inc.<br>238 Mineral Springs Drive<br>Lexington, SC 29073-8167 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.96___<br>☐ Schedule G _____<br>**Gold Lance** |
| 3.95  Jewelry Warehouse, Inc.<br>238 Mineral Springs Drive<br>Lexington, SC 29073-8167 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.98___<br>☐ Schedule G _____<br>**Greenville News** |
| 3.96  Jewelry Warehouse, Inc.<br>238 Mineral Springs Drive<br>Lexington, SC 29073-8167 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.100___<br>☐ Schedule G _____<br>**Hadley-Roma** |
| 3.97  Jewelry Warehouse, Inc.<br>238 Mineral Springs Drive<br>Lexington, SC 29073-8167 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.102___<br>☐ Schedule G _____<br>**Hedstrom Plastics** |
| 3.98  Jewelry Warehouse, Inc.<br>238 Mineral Springs Drive<br>Lexington, SC 29073-8167 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.105___<br>☐ Schedule G _____<br>**Highland Graphics, Inc.** |
| 3.99  Jewelry Warehouse, Inc.<br>238 Mineral Springs Drive<br>Lexington, SC 29073-8167 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.106___<br>☐ Schedule G _____<br>**Hudson Jewelry MFG Co.** |

Debtor 1   **Scott Thomas Satterfield**                                      Case number *(if known)*

▮  **Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.10 0   **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.110__<br>☐ Schedule G _____<br>**Image One** |
| 3.10 1   **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.111__<br>☐ Schedule G _____<br>**Imperial- Deltah, Inc.** |
| 3.10 2   **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.113__<br>☐ Schedule G _____<br>**Innovative Adhesives, LLC** |
| 3.10 3   **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.114__<br>☐ Schedule G _____<br>**Interings, Inc.** |
| 3.10 4   **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.115__<br>☐ Schedule G _____<br>**International Diamond Distributors** |
| 3.10 5   **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.116__<br>☐ Schedule G _____<br>**International Import Corp.** |
| 3.10 6   **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.117__<br>☐ Schedule G _____<br>**IPG Independant Publishers Group** |
| 3.10 7   **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.118__<br>☐ Schedule G _____<br>**Iron Mountain** |

Debtor 1    **Scott Thomas Satterfield** _____    Case number *(if known)* _____

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.10<br>8 | **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __**4.120**__<br>☐ Schedule G _____<br>**James Hagen Dist. Co** |
| 3.10<br>9 | **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __**4.121**__<br>☐ Schedule G _____<br>**Jardine Associates, LLC** |
| 3.11<br>0 | **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __**4.122**__<br>☐ Schedule G _____<br>**Jaycee Merchandising, LLC** |
| 3.11<br>1 | **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __**4.123**__<br>☐ Schedule G _____<br>**Jayden Star, LLC** |
| 3.11<br>2 | **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __**4.126**__<br>☐ Schedule G _____<br>**Kellee Designs** |
| 3.11<br>3 | **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __**4.127**__<br>☐ Schedule G _____<br>**Kencraft, Inc.** |
| 3.11<br>4 | **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __**4.128**__<br>☐ Schedule G _____<br>**Kent Porth Nature Photography** |
| 3.11<br>5 | **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __**4.129**__<br>☐ Schedule G _____<br>**Kim International** |

Debtor 1  **Scott Thomas Satterfield**                                      Case number *(if known)*

---

| | **Additional Page to List More Codebtors** |
|---|---|
| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

| 3.11 6 | **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.135__<br>☐ Schedule G _____<br>**Lakeshirts, Inc.** |
|---|---|---|
| 3.11 7 | **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.136__<br>☐ Schedule G _____<br>**Lashbrook** |
| 3.11 8 | **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.138__<br>☐ Schedule G _____<br>**Leading Jewelers Guild, Inc.** |
| 3.11 9 | **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.140__<br>☐ Schedule G _____<br>**Little King Mfg. Co. Inc.** |
| 3.12 0 | **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.142__<br>☐ Schedule G _____<br>**Logo Chair Company** |
| 3.12 1 | **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.143__<br>☐ Schedule G _____<br>**Loudmouth Golf, LLC** |
| 3.12 2 | **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.144__<br>☐ Schedule G _____<br>**Low Cost Luxury** |
| 3.12 3 | **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.146__<br>☐ Schedule G _____<br>**M. Schamroth & Sons** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

| Debtor 1 | **Scott Thomas Satterfield** | Case number *(if known)* |
|---|---|---|

| | **Additional Page to List More Codebtors** |
|---|---|

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.12 4 | **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>☐ Schedule E/F, line __4.148__<br>☐ Schedule G _____<br>**Magnolia Lane** |
| 3.12 5 | **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>☐ Schedule E/F, line __4.149__<br>☐ Schedule G _____<br>**Marathon Company** |
| 3.12 6 | **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>☐ Schedule E/F, line __4.152__<br>☐ Schedule G _____<br>**Maryland Brand Management, Inc.** |
| 3.12 7 | **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>☐ Schedule E/F, line __4.153__<br>☐ Schedule G _____<br>**Mascot Books** |
| 3.12 8 | **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>☐ Schedule E/F, line __4.154__<br>☐ Schedule G _____<br>**Masik Collegiate Fragrances LLC** |
| 3.12 9 | **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>☐ Schedule E/F, line __4.156__<br>☐ Schedule G _____<br>**Memory Company** |
| 3.13 0 | **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>☐ Schedule E/F, line __4.161__<br>☐ Schedule G _____<br>**Midas Chain, Inc** |
| 3.13 1 | **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>☐ Schedule E/F, line __4.162__<br>☐ Schedule G _____<br>**Mohan's Inc.** |

Debtor 1  **Scott Thomas Satterfield** _____    Case number *(if known)* _____

| | | |
|---|---|---|
| | **Additional Page to List More Codebtors** | |
| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
| 3.13<br>2 | **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.163**__<br>☐ Schedule G _____<br>**Mud Pie, LLC** |
| 3.13<br>3 | **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.165**__<br>☐ Schedule G _____<br>**National Jewelry Co. Inc.** |
| 3.13<br>4 | **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.166**__<br>☐ Schedule G _____<br>**Native Sun Sports** |
| 3.13<br>5 | **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.167**__<br>☐ Schedule G _____<br>**Ned  Strauss & Associates** |
| 3.13<br>6 | **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.168**__<br>☐ Schedule G _____<br>**Neil Enterprises, Inc.** |
| 3.13<br>7 | **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.169**__<br>☐ Schedule G _____<br>**Neves Industries, LLC** |
| 3.13<br>8 | **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.170**__<br>☐ Schedule G _____<br>**New World Graphics** |
| 3.13<br>9 | **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.173**__<br>☐ Schedule G _____<br>**Noble Gift Packing** |

Debtor 1  **Scott Thomas Satterfield**                                           Case number *(if known)*

---

| | **Additional Page to List More Codebtors** |
|---|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.14
0
**Jewelry Warehouse, Inc.**
**238 Mineral Springs Drive**
**Lexington, SC 29073-8167**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.176**__
☐ Schedule G _____
**Overnight Mountings**

---

3.14
1
**Jewelry Warehouse, Inc.**
**238 Mineral Springs Drive**
**Lexington, SC 29073-8167**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.178**__
☐ Schedule G _____
**Palmetto Fire & Safety**

---

3.14
2
**Jewelry Warehouse, Inc.**
**238 Mineral Springs Drive**
**Lexington, SC 29073-8167**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.182**__
☐ Schedule G _____
**Party Animal**

---

3.14
3
**Jewelry Warehouse, Inc.**
**238 Mineral Springs Drive**
**Lexington, SC 29073-8167**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.183**__
☐ Schedule G _____
**Pennington & Bailes, LLC**

---

3.14
4
**Jewelry Warehouse, Inc.**
**238 Mineral Springs Drive**
**Lexington, SC 29073-8167**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.184**__
☐ Schedule G _____
**PEPCO POMS**

---

3.14
5
**Jewelry Warehouse, Inc.**
**238 Mineral Springs Drive**
**Lexington, SC 29073-8167**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.188**__
☐ Schedule G _____
**PrintGear**

---

3.14
6
**Jewelry Warehouse, Inc.**
**238 Mineral Springs Drive**
**Lexington, SC 29073-8167**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.189**__
☐ Schedule G _____
**ProMark**

---

3.14
7
**Jewelry Warehouse, Inc.**
**238 Mineral Springs Drive**
**Lexington, SC 29073-8167**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.190**__
☐ Schedule G _____
**PSI91, Inc.**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                       Best Case Bankruptcy

| Debtor 1 | **Scott Thomas Satterfield** | | Case number *(if known)* | |

<table>
<tr><td colspan="2">■ **Additional Page to List More Codebtors**</td></tr>
<tr><td>*Column 1:* **Your codebtor**</td><td>*Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply:</td></tr>
<tr><td>3.14<br>8</td><td>**Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167**</td><td>☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.192**___<br>☐ Schedule G _____<br>**Pye Barker**</td></tr>
<tr><td>3.14<br>9</td><td>**Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167**</td><td>☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.193**___<br>☐ Schedule G _____<br>**Quality Gold of Cincinnati**</td></tr>
<tr><td>3.15<br>0</td><td>**Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167**</td><td>☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.194**___<br>☐ Schedule G _____<br>**R.F.S.J., Inc.**</td></tr>
<tr><td>3.15<br>1</td><td>**Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167**</td><td>☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.195**___<br>☐ Schedule G _____<br>**Rapp's Packaging**</td></tr>
<tr><td>3.15<br>2</td><td>**Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167**</td><td>☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.197**___<br>☐ Schedule G _____<br>**Rembrandt Quality Charms**</td></tr>
<tr><td>3.15<br>3</td><td>**Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167**</td><td>☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.198**___<br>☐ Schedule G _____<br>**Rico Industries Inc.**</td></tr>
<tr><td>3.15<br>4</td><td>**Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167**</td><td>☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.199**___<br>☐ Schedule G _____<br>**Rivalry LLC**</td></tr>
<tr><td>3.15<br>5</td><td>**Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167**</td><td>☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.200**___<br>☐ Schedule G _____<br>**Roma Design, Inc.**</td></tr>
</table>

Debtor 1   **Scott Thomas Satterfield**                                    Case number *(if known)*

---

| | **Additional Page to List More Codebtors** |
|---|---|
| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.15 6
**Jewelry Warehouse, Inc.**
**238 Mineral Springs Drive**
**Lexington, SC 29073-8167**

☐ Schedule D, line _____
■ Schedule E/F, line _**4.203**_
☐ Schedule G _____
**Royce Apparel, Inc.**

---

3.15 7
**Jewelry Warehouse, Inc.**
**238 Mineral Springs Drive**
**Lexington, SC 29073-8167**

☐ Schedule D, line _____
■ Schedule E/F, line _**4.205**_
☐ Schedule G _____
**Rubin Hill, Inc.**

---

3.15 8
**Jewelry Warehouse, Inc.**
**238 Mineral Springs Drive**
**Lexington, SC 29073-8167**

☐ Schedule D, line _____
■ Schedule E/F, line _**4.207**_
☐ Schedule G _____
**S&P Trading Inc.**

---

3.15 9
**Jewelry Warehouse, Inc.**
**238 Mineral Springs Drive**
**Lexington, SC 29073-8167**

☐ Schedule D, line _____
■ Schedule E/F, line _**4.206**_
☐ Schedule G _____
**S A Kitsinian Inc.**

---

3.16 0
**Jewelry Warehouse, Inc.**
**238 Mineral Springs Drive**
**Lexington, SC 29073-8167**

☐ Schedule D, line _____
■ Schedule E/F, line _**4.208**_
☐ Schedule G _____
**Salesone International LLC**

---

3.16 1
**Jewelry Warehouse, Inc.**
**238 Mineral Springs Drive**
**Lexington, SC 29073-8167**

☐ Schedule D, line _____
■ Schedule E/F, line _**4.209**_
☐ Schedule G _____
**Samuel Spil Co.**

---

3.16 2
**Jewelry Warehouse, Inc.**
**238 Mineral Springs Drive**
**Lexington, SC 29073-8167**

☐ Schedule D, line _____
■ Schedule E/F, line _**4.214**_
☐ Schedule G _____
**School Cuts**

---

3.16 3
**Jewelry Warehouse, Inc.**
**238 Mineral Springs Drive**
**Lexington, SC 29073-8167**

☐ Schedule D, line _____
■ Schedule E/F, line _**4.216**_
☐ Schedule G _____
**Seasons Jewelry**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor 1  **Scott Thomas Satterfield** _____     Case number *(if known)* _____

| | |
|---|---|
| ███ | **Additional Page to List More Codebtors** |

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.16<br>4 | **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.218**__<br>☐ Schedule G _____<br>**Sewing Concepts** |
| 3.16<br>5 | **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.219**__<br>☐ Schedule G _____<br>**SHAH Diamonds, Inc.** |
| 3.16<br>6 | **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.222**__<br>☐ Schedule G _____<br>**Simply Diamonds** |
| 3.16<br>7 | **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.223**__<br>☐ Schedule G _____<br>**Smack Apparel Company** |
| 3.16<br>8 | **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.225**__<br>☐ Schedule G _____<br>**Southeastern Findings** |
| 3.16<br>9 | **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.226**__<br>☐ Schedule G _____<br>**Southern Collegiate Apparel LLC** |
| 3.17<br>0 | **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.227**__<br>☐ Schedule G _____<br>**Sparkle Life LLC** |
| 3.17<br>1 | **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.228**__<br>☐ Schedule G _____<br>**Spectrum Reach** |

Debtor 1   **Scott Thomas Satterfield**                                    Case number *(if known)*

| | **Additional Page to List More Codebtors** |
|---|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.17<br>2 | **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.230**__<br>☐ Schedule G _____<br>**Spirit Products LTD** |
| 3.17<br>3 | **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.231**__<br>☐ Schedule G _____<br>**Sports Licensing Solutions LLC** |
| 3.17<br>4 | **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.232**__<br>☐ Schedule G _____<br>**SRB Trading** |
| 3.17<br>5 | **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.233**__<br>☐ Schedule G _____<br>**Star Fish Vision** |
| 3.17<br>6 | **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.234**__<br>☐ Schedule G _____<br>**Star Ring, Inc.** |
| 3.17<br>7 | **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.235**__<br>☐ Schedule G _____<br>**Stephen Joseph** |
| 3.17<br>8 | **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.236**__<br>☐ Schedule G _____<br>**Sterling Contract Packaging** |
| 3.17<br>9 | **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.237**__<br>☐ Schedule G _____<br>**Sterling Reputation Inc.** |

| Debtor 1 | **Scott Thomas Satterfield** | | Case number *(if known)* | |
|---|---|---|---|---|

▮ **Additional Page to List More Codebtors**

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.18<br>0 | **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.238**__<br>☐ Schedule G _____<br>**Stockdale Technologies Inc.** |
| 3.18<br>1 | **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.239**__<br>☐ Schedule G _____<br>**Stone Armory** |
| 3.18<br>2 | **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.241**__<br>☐ Schedule G _____<br>**Studex Corp** |
| 3.18<br>3 | **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.242**__<br>☐ Schedule G _____<br>**Stuller Settings** |
| 3.18<br>4 | **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.245**__<br>☐ Schedule G _____<br>**TACHE' Jewelry** |
| 3.18<br>5 | **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.247**__<br>☐ Schedule G _____<br>**TAG-TICS Inc.** |
| 3.18<br>6 | **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.248**__<br>☐ Schedule G _____<br>**Teagan Company** |
| 3.18<br>7 | **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.250**__<br>☐ Schedule G _____<br>**Team Effort Inc.** |

Debtor 1  **Scott Thomas Satterfield**

Case number *(if known)*

| | **Additional Page to List More Codebtors** |
|---|---|
| | *Column 1:* **Your codebtor** |

| | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |

| 3.18 8 | **Jewelry Warehouse, Inc.** **238 Mineral Springs Drive** **Lexington, SC 29073-8167** | ☐ Schedule D, line _____ ☑ Schedule E/F, line __**4.251**__ ☐ Schedule G _____ **Team Golf** |
|---|---|---|
| 3.18 9 | **Jewelry Warehouse, Inc.** **238 Mineral Springs Drive** **Lexington, SC 29073-8167** | ☐ Schedule D, line _____ ☑ Schedule E/F, line __**4.255**__ ☐ Schedule G _____ **Tigertown Graphics/Southern Fried Cotton** |
| 3.19 0 | **Jewelry Warehouse, Inc.** **238 Mineral Springs Drive** **Lexington, SC 29073-8167** | ☐ Schedule D, line _____ ☑ Schedule E/F, line __**4.256**__ ☐ Schedule G _____ **Tradition Scarves, ASR 7, LLC** |
| 3.19 1 | **Jewelry Warehouse, Inc.** **238 Mineral Springs Drive** **Lexington, SC 29073-8167** | ☐ Schedule D, line _____ ☑ Schedule E/F, line __**4.257**__ ☐ Schedule G _____ **Triune Technologies, Inc.** |
| 3.19 2 | **Jewelry Warehouse, Inc.** **238 Mineral Springs Drive** **Lexington, SC 29073-8167** | ☐ Schedule D, line _____ ☑ Schedule E/F, line __**4.263**__ ☐ Schedule G _____ **We Live For Saturdays** |
| 3.19 3 | **Jewelry Warehouse, Inc.** **238 Mineral Springs Drive** **Lexington, SC 29073-8167** | ☐ Schedule D, line _____ ☑ Schedule E/F, line __**4.265**__ ☐ Schedule G _____ **Wildcat/Retro Brands, LLC** |
| 3.19 4 | **Jewelry Warehouse, Inc.** **238 Mineral Springs Drive** **Lexington, SC 29073-8167** | ☐ Schedule D, line _____ ☑ Schedule E/F, line __**4.266**__ ☐ Schedule G _____ **Wilkerson & Associates** |
| 3.19 5 | **Jewelry Warehouse, Inc.** **238 Mineral Springs Drive** **Lexington, SC 29073-8167** | ☐ Schedule D, line _____ ☑ Schedule E/F, line __**4.272**__ ☐ Schedule G _____ **Worthy Promotional Products** |

Debtor 1  **Scott Thomas Satterfield**                                      Case number *(if known)*

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|

3.19 6  **Jewelry Warehouse, Inc.**
**238 Mineral Springs Drive**
**Lexington, SC 29073-8167**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.275**___
☐ Schedule G _____
**Youth Monument**

3.19 7  **Jewelry Warehouse, Inc.**
**238 Mineral Springs Drive**
**Lexington, SC 29073-8167**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.276**___
☐ Schedule G _____
**Zephyr Graf-X**

3.19 8  **Jewelry Warehouse, Inc.**
**238 Mineral Springs Drive**
**Lexington, SC 29073-8167**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.28**___
☐ Schedule G _____
**Capital Advance Services, LLC**

3.19 9  **Jewelry Warehouse, Inc.**
**238 Mineral Springs Drive**
**Lexington, SC 29073-8167**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.112**___
☐ Schedule G _____
**Influx Capital LLC**

3.20 0  **Jewelry Warehouse, Inc.**
**238 Mineral Springs Drive**
**Lexington, SC 29073-8167**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.30**___
☐ Schedule G _____
**Capital Merchant Services, LLC**

3.20 1  **Jewelry Warehouse, Inc.**
**238 Mineral Springs Drive**
**Lexington, SC 29073-8167**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.9**___
☐ Schedule G _____
**Argosy Capital Group LLC**

3.20 2  **Jewelry Warehouse, Inc.**
**238 Mineral Springs Drive**
**Lexington, SC 29073-8167**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.25**___
☐ Schedule G _____
**Brittingham Group, LLP**

3.20 3  **Jewelry Warehouse, Inc.**
**238 Mineral Springs Drive**
**Lexington, SC 29073-8167**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.29**___
☐ Schedule G _____
**Capital Marketing Concepts**

Debtor 1  **Scott Thomas Satterfield**                     Case number *(if known)*

| ▮ | **Additional Page to List More Codebtors** | |
|---|---|---|
| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.20<br>4
**Jewelry Warehouse, Inc.**
**238 Mineral Springs Drive**
**Lexington, SC 29073-8167**

☐ Schedule D, line _____
■ Schedule E/F, line __4.42__
☐ Schedule G _____
**Clemson Sports Properties**

---

3.20<br>5
**Jewelry Warehouse, Inc.**
**238 Mineral Springs Drive**
**Lexington, SC 29073-8167**

☐ Schedule D, line _____
■ Schedule E/F, line __4.54__
☐ Schedule G _____
**Cumulus**

---

3.20<br>6
**Jewelry Warehouse, Inc.**
**238 Mineral Springs Drive**
**Lexington, SC 29073-8167**

☐ Schedule D, line _____
■ Schedule E/F, line __4.58__
☐ Schedule G _____
**Daily Gamecock**

---

3.20<br>7
**Jewelry Warehouse, Inc.**
**238 Mineral Springs Drive**
**Lexington, SC 29073-8167**

☐ Schedule D, line _____
■ Schedule E/F, line __4.60__
☐ Schedule G _____
**Data Spring**

---

3.20<br>8
**Jewelry Warehouse, Inc.**
**238 Mineral Springs Drive**
**Lexington, SC 29073-8167**

☐ Schedule D, line _____
■ Schedule E/F, line __4.70__
☐ Schedule G _____
**Duplicating Products**

---

3.20<br>9
**Jewelry Warehouse, Inc.**
**238 Mineral Springs Drive**
**Lexington, SC 29073-8167**

☐ Schedule D, line _____
■ Schedule E/F, line __4.71__
☐ Schedule G _____
**E5**

---

3.21<br>0
**Jewelry Warehouse, Inc.**
**238 Mineral Springs Drive**
**Lexington, SC 29073-8167**

☐ Schedule D, line _____
■ Schedule E/F, line __4.81__
☐ Schedule G _____
**FedEx**

---

3.21<br>1
**Jewelry Warehouse, Inc.**
**238 Mineral Springs Drive**
**Lexington, SC 29073-8167**

☐ Schedule D, line _____
■ Schedule E/F, line __4.88__
☐ Schedule G _____
**Gamecock Central**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Scott Thomas Satterfield** | Case number *(if known)* |
|---|---|---|

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.21<br>2 | **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.103**__<br>☐ Schedule G _____<br>**Herald Office Systems** |
| 3.21<br>3 | **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.104**__<br>☐ Schedule G _____<br>**Heritage Landscape Services** |
| 3.21<br>4 | **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.109**__<br>☐ Schedule G _____<br>**IHeart Media** |
| 3.21<br>5 | **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.119**__<br>☐ Schedule G _____<br>**J.R. Fallaw Mechanical Services** |
| 3.21<br>6 | **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.124**__<br>☐ Schedule G _____<br>**Jewelers Board of Trade** |
| 3.21<br>7 | **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.132**__<br>☐ Schedule G _____<br>**Krantz Kooling & Heating** |
| 3.21<br>8 | **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.147**__<br>☐ Schedule G _____<br>**MAC Gases, Inc.** |
| 3.21<br>9 | **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.151**__<br>☐ Schedule G _____<br>**Marlin Leasing** |

Debtor 1  **Scott Thomas Satterfield**

Case number *(if known)*

▮ **Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.22<br>0 | **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___**4.160**___<br>☐ Schedule G _____<br>**Mid-Carolina Electric Cooperative** |
| 3.22<br>1 | **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___**4.171**___<br>☐ Schedule G _____<br>**Nexsen Pruet, LLC** |
| 3.22<br>2 | **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___**4.204**___<br>☐ Schedule G _____<br>**RR Donnelley** |
| 3.22<br>3 | **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___**4.220**___<br>☐ Schedule G _____<br>**Sheppard's Glass** |
| 3.22<br>4 | **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___**4.229**___<br>☐ Schedule G _____<br>**Spirit Communications** |
| 3.22<br>5 | **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___**4.1**___<br>☐ Schedule G _____<br>**The State** |
| 3.22<br>6 | **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___**4.258**___<br>☐ Schedule G _____<br>**Tyco Integrated Security LLC** |
| 3.22<br>7 | **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___**4.259**___<br>☐ Schedule G _____<br>**ULINE** |

Debtor 1   **Scott Thomas Satterfield**                                          Case number *(if known)*

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.22<br>8 | **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.261__<br>☐ Schedule G _____<br>**Unite U Technologies, Inc.** |
| 3.22<br>9 | **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.268__<br>☐ Schedule G _____<br>**Windstream** |
| 3.23<br>0 | **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.269__<br>☐ Schedule G _____<br>**WLTX-TV** |
| 3.23<br>1 | **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.270__<br>☐ Schedule G _____<br>**WMFX-FM** |
| 3.23<br>2 | **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.273__<br>☐ Schedule G _____<br>**Wright Express** |
| 3.23<br>3 | **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.274__<br>☐ Schedule G _____<br>**WWDM** |
| 3.23<br>4 | **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __2.2__<br>☐ Schedule G _____<br>**South Carolina Department of Revenue** |
| 3.23<br>5 | **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.44__<br>☐ Schedule G _____<br>**Coastal Waters, LLC** |

Debtor 1   **Scott Thomas Satterfield** _____      Case number *(if known)* _____

| | **Additional Page to List More Codebtors** |
|---|---|
| | Column 1: **Your codebtor** |

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.23 6 | **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.2__<br>☐ Schedule G _____<br>**Ace Funding Source, LLC** |
| 3.23 7 | **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.108__<br>☐ Schedule G _____<br>**IDD USA LLC** |
| 3.23 8 | **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.175__<br>☐ Schedule G _____<br>**OUIBY, Inc.** |
| 3.23 9 | **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.159__<br>☐ Schedule G _____<br>**Metal Marketplace I, Inc.** |
| 3.24 0 | **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.202__<br>☐ Schedule G _____<br>**Royal Jewelry Manufacting, Inc.** |
| 3.24 1 | **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.53__<br>☐ Schedule G _____<br>**CT Corporation Systems, as Represenative** |
| 3.24 2 | **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.150__<br>☐ Schedule G _____<br>**Marlin Business Bank** |
| 3.24 3 | **Jewelry Warehouse, Inc.**<br>**238 Mineral Springs Drive**<br>**Lexington, SC 29073-8167** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.221__<br>☐ Schedule G _____<br>**Signature Engraving Systems, Inc.** |

Debtor 1   **Scott Thomas Satterfield**                          Case number *(if known)*

**Additional Page to List More Codebtors**

| Column 1: *Your codebtor* | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|

3.24 4   **Jewelry Warehouse, Inc.**
       **238 Mineral Springs Drive**
       **Lexington, SC 29073-8167**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.137**
☐ Schedule G _____
**Le VIAN Corp.**

3.24 5   **Jewelry Warehouse, Inc.**
       **238 Mineral Springs Drive**
       **Lexington, SC 29073-8167**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.201**
☐ Schedule G _____
**Roma Design, Inc.**

3.24 6   **Jewelry Warehouse, Inc.**
       **238 Mineral Springs Drive**
       **Lexington, SC 29073-8167**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.246**
☐ Schedule G _____
**Tacori Enterprises**

3.24 7   **Jewelry Warehouse, Inc.**
       **238 Mineral Springs Drive**
       **Lexington, SC 29073-8167**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.262**
☐ Schedule G _____
**US BANCORP**

3.24 8   **Satterfield's Jewelry, Inc.**
       **238 Mineral Springs Circle**
       **Lexington, SC 29073**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.271**
☐ Schedule G _____
**World's Gold & Diamonds, Inc.**

3.24 9   **Tiger Paw Traditions Jewelry Warehouse**
       **238 Mineral Springs Drive**
       **Lexington, SC 29073**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.139**
☐ Schedule G _____
**Learfield Communications, Inc**

3.25 0   **Traditions Media**
       **238 Mineral Springs Drive**
       **Lexington, SC 29073-8167**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.253**
☐ Schedule G _____
**The Lamar Companies**

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Scott Thomas Satterfield** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:     Describe Employment

1. **Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Employment status | ■ Employed ☐ Not employed | ☐ Employed ☐ Not employed |
| | Occupation | **Self employed** | |
| | Employer's name | **Scott Satterfield** | |
| | Employer's address | **238 Mineral Springs Circle Lexington, SC 29073** | |
| | How long employed there? | approximately 1 year | |

### Part 2:     Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. | 2. | $ **3,165.50** | $ **N/A** |
| 3. | Estimate and list monthly overtime pay. | 3. | +$ **0.00** | +$ **N/A** |
| 4. | Calculate gross Income.  Add line 2 + line 3. | 4. | $ **3,165.50** | $ **N/A** |

Debtor 1    **Scott Thomas Satterfield**                                    Case number (*if known*)

|  |  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| **Copy line 4 here** | 4. | | $ 3,165.50 | $ N/A |

5. **List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ N/A |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ N/A |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ N/A |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ N/A |
| 5e. | **Insurance** | 5e. | $ 0.00 | $ N/A |
| 5f. | **Domestic support obligations** | 5f. | $ 0.00 | $ N/A |
| 5g. | **Union dues** | 5g. | $ 0.00 | $ N/A |
| 5h. | **Other deductions.** Specify: | 5h.+ | $ 0.00 + | $ N/A |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.    6.    $ 0.00    $ N/A

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.    7.    $ 3,165.50    $ N/A

8. **List all other income regularly received:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ N/A |
| 8b. | **Interest and dividends** | 8b. | $ 0.00 | $ N/A |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ N/A |
| 8d. | **Unemployment compensation** | 8d. | $ 0.00 | $ N/A |
| 8e. | **Social Security** | 8e. | $ 0.00 | $ N/A |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ 0.00 | $ N/A |
| 8g. | **Pension or retirement income** | 8g. | $ 0.00 | $ N/A |
| 8h. | **Other monthly income.** Specify: | 8h.+ | $ 0.00 + | $ N/A |

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.    9.    $ 0.00    $ N/A

10. **Calculate monthly income.** Add line 7 + line 9.    10.    $ 3,165.50 + $ N/A = $ 3,165.50
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify:    11.  +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data, if it applies*    12.    $ 3,165.50

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☐ No.
☑ Yes. Explain:    **Engaged as an Independent Agent for Liberty Mutual National Life Insurance Company commencing August of 2019. I have the potential to earn $35,000 to $75,000 in my first year.**

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Scott Thomas Satterfield** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
## Schedule J: Your Expenses                                                                12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:    Describe Your Household

1.  **Is this a joint case?**

    ■ No. Go to line 2.

    ☐ Yes. **Does Debtor 2 live in a separate household?**

    ☐ No

    ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.  **Do you have dependents?**     ■ No

    Do not list Debtor 1 and     ☐ Yes.   Fill out this information for
    Debtor 2.                              each dependent..............

    Do not state the
    dependents names.

| | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**     ■ No  ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | **Your expenses** |
|---|---|

4.  **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.

    4.  $                          950.00

    **If not included in line 4:**

    4a.  Real estate taxes                                              4a. $          0.00
    4b.  Property, homeowner's, or renter's insurance                  4b. $          0.00
    4c.  Home maintenance, repair, and upkeep expenses                 4c. $          0.00
    4d.  Homeowner's association or condominium dues                   4d. $          0.00

5.  **Additional mortgage payments for your residence,** such as home equity loans   5. $          0.00

Debtor 1   **Scott Thomas Satterfield**                              Case number (if known) _____

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ | **350.00** |
| | 6b. | Water, sewer, garbage collection | 6b. $ | **180.00** |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | **119.00** |
| | 6d. | Other. Specify: | 6d. $ | **0.00** |
| 7. | **Food and housekeeping supplies** | | 7. $ | **125.00** |
| 8. | **Childcare and children's education costs** | | 8. $ | **0.00** |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | **50.00** |
| 10. | **Personal care products and services** | | 10. $ | **50.00** |
| 11. | **Medical and dental expenses** | | 11. $ | **100.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. $ | **80.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | **100.00** |
| 14. | **Charitable contributions and religious donations** | | 14. $ | **100.00** |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | **50.00** |
| | 15b. | Health insurance | 15b. $ | **0.00** |
| | 15c. | Vehicle insurance | 15c. $ | **125.00** |
| | 15d. | Other insurance. Specify: | 15d. $ | **0.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify:  **1099 estimated taxes** | | 16. $ | **1,540.00** |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | **0.00** |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | **0.00** |
| | 17c. | Other. Specify: | 17c. $ | **0.00** |
| | 17d. | Other. Specify: | 17d. $ | **0.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | | 18. $ | **0.00** |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | | 19. $ | **0.00** |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.** | | | |
| | 20a. | Mortgages on other property | 20a. $ | **0.00** |
| | 20b. | Real estate taxes | 20b. $ | **0.00** |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | **0.00** |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | **0.00** |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | **0.00** |
| 21. | **Other:** Specify: | | 21. +$ | **0.00** |

| | | | |
|---|---|---|---|
| 22. | **Calculate your monthly expenses** | | |
| | 22a. Add lines 4 through 21. | $ | **3,919.00** |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b.  The result is your monthly expenses. | $ | **3,919.00** |
| 23. | **Calculate your monthly net income.** | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | **3,165.50** |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | **3,919.00** |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income*. | 23c. $ | **-753.50** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ■ No.
    ☐ Yes.     Explain here: _____

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Scott Thomas Satterfield** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number | |
| (if known) | |

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Scott Thomas Satterfield**                    X _____
  **Scott Thomas Satterfield**                              Signature of Debtor 2
  Signature of Debtor 1

  Date **September 24, 2019**                          Date _____

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Scott Thomas Satterfield** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number | |
| (if known) | |

☐ Check if this is an
   amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy                4/19

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

**Part 1:     Give Details About Your Marital Status and Where You Lived Before**

1.    **What is your current marital status?**

☐  Married
■  Not married

2.    **During the last 3 years, have you lived anywhere other than where you live now?**

■  No
☐  Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | | |

3.    **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

☐  No
☐  Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2     Explain the Sources of Your Income**

4.    **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
      Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
      If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐  No
■  Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ■ Wages, commissions, bonuses, tips | **$11,489.46** | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

Debtor 1    **Scott Thomas Satterfield**                                    Case number *(if known)*

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **For last calendar year:**<br>(January 1 to December 31, 2018 ) | ■ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | $57,200.00 | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, 2017 ) | ■ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | $66,100.00 | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | |

5.  **Did you receive any other income during this year or the two previous calendar years?**
    Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

    List each source and the gross income from each source separately. Do not include income that you listed in line 4.

    ■ No
    ☐ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |

**Part 3:   List Certain Payments You Made Before You Filed for Bankruptcy**

6.  **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

    ■ No.   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

    During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

    ■ No.   Go to line 7.
    ☐ Yes   List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
    * Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

    ☐ Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
    During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

    ☐ No.   Go to line 7.
    ☐ Yes   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|

| Debtor 1 | Scott Thomas Satterfield | | Case number *(if known)* | |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

■ No
☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
   Include payments on debts guaranteed or cosigned by an insider.

■ No
☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|

**Part 4:    Identify Legal Actions, Repossessions, and Foreclosures**

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
■ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Lakeshirts, Inc. v. Scott Thomas Satterfield d/b/a Garnet & Black Traditions**<br>**2019CP3202135** | **Debt Collection/Judgment** | **Lexington County Common Pleas**<br>**205 East Main Street**<br>**Lexington, SC 29072** | ■ Pending<br>☐ On appeal<br>☐ Concluded<br><br>**Foreign Judgment** |
| **Branch Banking & Trust Company FKA BB&T v**<br>**Jewelry Warehouse, Inc.,**<br>**Satterfield's Jewelry Warehouse, Inc., Scott Thomas Satterfield**<br>**2019CP3200787** | **Debt Collection** | **Lexington County Common Pleas**<br>**205 East  Main Street**<br>**Lexington, SC 29072** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| **Summit Sportswear, Inc v. Jewelry Warehouse, Inc.**<br>**2019CP3200731** | **Debt Collection** | **Lexington County Common Pleas**<br>**205 East Main Street**<br>**Lexington, SC 29072** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Columbia Sportswear Company, Inc. v. Jewelry Warehouse, Inc.**<br>**2019CP3200316** | **Debt Collection** | **Lexington County Common Pleas**<br>**205 East Main Street**<br>**Lexington, SC 29072** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Divine Creations, Inc v. Jewelry Warehouse, Inc.**<br>**2017CP3204272** | **Debt Collection** | **Lexington County Common Pleas**<br>**205 East Main Street**<br>**Lexington, SC 29072** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor 1    **Scott Thomas Satterfield**                                    Case number *(if known)*

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **The Lamar Companies v. Jewelry Warehouse, Inc., Scott Thomas Satterfield, Traditions Media**<br>**2019CP3200690** | **Debt Collection** | **Lexington County Common Pleas**<br>**205 East Main Street**<br>**Lexington, SC 29072** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| **Nike USA Inc v. Jewelry Warehouse, Inc., Scott Thomas Satterfield**<br>**2018CP3202623** | **Debt Collection** | **Lexington County Common Pleas**<br>**205 East Main Street**<br>**Lexington, SC 29072** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **The Game Inc. v. Jewelry Warehouse, Inc.**<br>**2015CP3203777** | **Debt Collection** | **Lexington County Common Pleas**<br>**205 East Main Street**<br>**Lexington, SC 29072** | ■ Pending<br>☐ On appeal<br>☐ Concluded<br><br>**Judgment** |
| **DDRTC Columbiana Station II LLC v. Jewelry Warehouse, Inc., et al.**<br>**2016CP3202309** | **Debt Collection** | **Lexington County Common Pleas**<br>**205 East Main Street**<br>**Lexington, SC 29072** | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>**Judgment** |
| **Palmetto Plaza Associates v. Jewelry Warehouse, et al.**<br>**2019CP3200029** | **Debt Collection** | **Lexington County Common Pleas**<br>**205 East Main Street**<br>**Lexington, SC 29072** | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>**Judgment** |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?** Check all that apply and fill in the details below.

■ No. Go to line 11.
☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| | | | |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

■ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | |

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

■ No
☐ Yes

| Debtor 1 | **Scott Thomas Satterfield** | | Case number *(if known)* | |
|---|---|---|---|---|

---

| **Part 5:** | **List Certain Gifts and Contributions** |
|---|---|

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☐ No
☑ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>**Address** (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| NewSpring Church<br>PO Box 1407<br>Anderson, SC 29622 | $100 weekly for Church Tithe | Weekly | $100.00 |

---

| **Part 6:** | **List Certain Losses** |
|---|---|

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|

---

| **Part 7:** | **List Certain Payments or Transfers** |
|---|---|

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
☑ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Fox Rothschild LLP<br>2 W. Washington Street<br>Suite 1100<br>Greenville, SC 29601<br>kmccarrell@foxrothschild.com<br>Carolina Gold N Apparel, LLC | Attorney Fees | 7/22/19 | $2,500.00 |
| Advantage Credit Counseling Services<br>2403 Sidney Street<br>Suite 225<br>Pittsburgh, PA 15203<br>www.advantageccs.org<br>debtor | Certificate of Credit Counseling | 7/16/2019 | $24.95 |

---

**Statement of Financial Affairs for Individuals Filing for Bankruptcy**

Debtor 1    **Scott Thomas Satterfield**                                      Case number *(if known)*

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

■ No
☐ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:** List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution<br>Address (Number, Street, City, State and ZIP Code) | Who else had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

■ No
☐ Yes. Fill in the details.

| Name of Storage Facility<br>Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

Debtor 1  **Scott Thomas Satterfield**                                    Case number *(if known)*

---

| **Part 9:** | **Identify Property You Hold or Control for Someone Else** |

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☐ No
☑ Yes. Fill in the details.

| **Owner's Name**<br>**Address** (Number, Street, City, State and ZIP Code) | **Where is the property?**<br>(Number, Street, City, State and ZIP Code) | **Describe the property** | **Value** |
|---|---|---|---|
| Jewelry Warehouse, Inc.<br>238 Mineral Springs<br>Lexington, SC 29073 | 238 Mineral Springs<br>Lexington, SC 29073 | 2012 Toyota Prius<br>Vin# JTDZN3EU8C3026838<br>138,774 Milage | $8,000.00 |
| Jewelry Warehouse, Inc.<br>28 Mineral Springs<br>Lexington, SC 29073 | 28 Mineral Springs<br>Lexington, SC 29073 | 4 year laptop with printer. | $400.00 |

---

| **Part 10:** | **Give Details About Environmental Information** |

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Fill in the details.

| **Name of site**<br>**Address** (Number, Street, City, State and ZIP Code) | **Governmental unit**<br>**Address** (Number, Street, City, State and ZIP Code) | **Environmental law, if you know it** | **Date of notice** |
|---|---|---|---|

25. **Have you notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Fill in the details.

| **Name of site**<br>**Address** (Number, Street, City, State and ZIP Code) | **Governmental unit**<br>**Address** (Number, Street, City, State and ZIP Code) | **Environmental law, if you know it** | **Date of notice** |
|---|---|---|---|

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No
☐ Yes. Fill in the details.

| **Case Title**<br>**Case Number** | **Court or agency**<br>**Name**<br>**Address** (Number, Street, City, State and ZIP Code) | **Nature of the case** | **Status of the case** |
|---|---|---|---|

---

| **Part 11:** | **Give Details About Your Business or Connections to Any Business** |

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1    **Scott Thomas Satterfield**                                    Case number (*if known*)

☐ A partner in a partnership

■ An officer, director, or managing executive of a corporation

■ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.

■ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| Jewelry Warehouse, Inc.<br>28 Mineral Springs Circle<br>Lexington, SC 29073 | Retail Jewery Store<br><br>Elizabeth Uolla | EIN:    57-0471118<br><br>From-To    2005-Present |

28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

☐ No

■ Yes. Fill in the details below.

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| Capital Advance Services, LLC<br>30 Broad Street, 14th Floor, Suite<br>14108<br>New York, NY 10004 | 9/2018 |
| Influx Capital LLC<br>32 Court Street, Suite 205<br>Brooklyn, NY 11201 | 8/2018 |
| Capital Merchant Services, LLC<br>116 Nassau Street, Suite 804<br>New York, NY 10038 | 8/2018 |
| Argosy Capital Group LLC<br>950 W. Valley Road<br>Suite 2900<br>Wayne, PA 19087 | 2018 & 2019 |

**Part 12:**    Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Scott Thomas Satterfield**

**Scott Thomas Satterfield**                              **Signature of Debtor 2**
**Signature of Debtor 1**

Date    **September 24, 2019**                           Date

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?

■ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?

■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Scott Thomas Satterfield** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 108
## Statement of Intention for Individuals Filing Under Chapter 7                12/15

If you are an individual filing under chapter 7, you must fill out this form if:

■ creditors have claims secured by your property, or

■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **BB&T**<br><br>Description of property securing debt: **238 Mineral Springs Circle Lexington, SC 29073-8167 Lexington County** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br>**Continue paying.** | ☐ No<br><br>■ Yes |

### Part 2:    List Your Unexpired Personal Property Leases
For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name:<br>Description of leased Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br><br>☐ Yes |
| Lessor's name: | ☐ No |

| | | |
|---|---|---|
| Official Form 108 | **Statement of Intention for Individuals Filing Under Chapter 7** | page 1 |

Debtor 1   **Scott Thomas Satterfield**

Case number *(if known)*

| | |
|---|---|
| Description of leased Property: | ☐ Yes |
| Lessor's name: | ☐ No |
| Description of leased Property: | ☐ Yes |
| Lessor's name: | ☐ No |
| Description of leased Property: | ☐ Yes |
| Lessor's name: | ☐ No |
| Description of leased Property: | ☐ Yes |
| Lessor's name: | ☐ No |
| Description of leased Property: | ☐ Yes |

| Part 3: | Sign Below |
|---|---|

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

X **/s/ Scott Thomas Satterfield**

X _____

**Scott Thomas Satterfield**

Signature of Debtor 1

Signature of Debtor 2

Date   **September 24, 2019**

Date   _____

**Statement of Intention for Individuals Filing Under Chapter 7**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

**Fill in this information to identify your case:**

Debtor 1    **Scott Thomas Satterfield**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   District of South Carolina

Case number
(if known)

**Check one box only as directed in this form and in Form 122A-1Supp:**

■ 1. There is no presumption of abuse

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

## Official Form 122A - 1
## Chapter 7 Statement of Your Current Monthly Income
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

| Part 1: | Calculate Your Current Monthly Income |
|---|---|

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married**. Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you.** You and your spouse are:

     ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

     ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C § 707(b)(7)(B).

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ _____ | $ _____ |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ _____ | $ _____ |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3**.** | $ _____ | $ _____ |

5. **Net income from operating a business, profession, or farm**

| | | Debtor 1 | | |
|---|---|---|---|---|
| | Gross receipts (before all deductions) | $ _____ | | |
| | Ordinary and necessary operating expenses | -$ _____ | | |
| | Net monthly income from a business, profession, or farm | $ _____ | Copy here -> | $ _____ | $ _____ |

6. **Net income from rental and other real property**

| | | Debtor 1 | | |
|---|---|---|---|---|
| | Gross receipts (before all deductions) | $ _____ | | |
| | Ordinary and necessary operating expenses | -$ _____ | | |
| | Net monthly income from rental or other real property | $ _____ | Copy here -> | $ _____ | $ _____ |

| 7. | **Interest, dividends, and royalties** | $ _____ | $ _____ |
|---|---|---|---|

Debtor 1    **Scott Thomas Satterfield** _____     Case number (*if known*) _____

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|

8. **Unemployment compensation**                                                   $ _____   $ _____

   Do not enter the amount if you contend that the amount received was a benefit under
   the Social Security Act. Instead, list it here:

   For you ........................................................... $ _____

   For your spouse ........................................... $ _____

9. **Pension or retirement income.** Do not include any amount received that was a          $ _____   $ _____
   benefit under the Social Security Act.

10. **Income from all other sources not listed above.** Specify the source and amount.
    Do not include any benefits received under the Social Security Act or payments
    received as a victim of a war crime, a crime against humanity, or international or
    domestic terrorism. If necessary, list other sources on a separate page and put the
    total below.

    . _____           $ _____   $ _____
    _____              $ _____   $ _____

    Total amounts from separate pages, if any.        +    $ _____   $ _____

11. **Calculate your total current monthly income.** Add lines 2 through 10 for
    each column. Then add the total for Column A to the total for Column B.
    $ _____  +  $ _____  =  $ _____

    **Total current monthly
    income**

---

**Part 2:    Determine Whether the Means Test Applies to You**

12. **Calculate your current monthly income for the year.** Follow these steps:

    12a. Copy your total current monthly income from line 11 .................    **Copy line 11 here=>**        $ _____

    Multiply by 12 (the number of months in a year)                                         **x 12**

    12b. The result is your annual income for this part of the form                    12b.   $ _____

13. **Calculate the median family income that applies to you.** Follow these steps:

    Fill in the state in which you live.         [_____]

    Fill in the number of people in your household.       [_____]

    Fill in the median family income for your state and size of household.                    13.   $ _____
    To find a list of applicable median income amounts, go online using the link specified in the separate instructions
    for this form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

    14a. ☐  Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.*
            Go to Part 3.

    14b. ☐  Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.*
            Go to Part 3 and fill out Form 122A-2.

**Part 3:    Sign Below**

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

**X** **/s/ Scott Thomas Satterfield** _____

**Scott Thomas Satterfield**
Signature of Debtor 1

Date   **September 24, 2019** _____
       MM / DD  / YYYY

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

**Fill in this information to identify your case:**

Debtor 1    __Scott Thomas Satterfield__

Debtor 2    _____
(Spouse, if filing)

United States Bankruptcy Court for the:   District of South Carolina

Case number _____
(if known)

☐ Check if this is an amended filing

## Official Form 122A - 1Supp
## Statement of Exemption from Presumption of Abuse Under § 707(b)(2)    12/15

**File this supplement together with *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A-1), if you believe that you are exempted from a presumption of abuse. Be as complete and accurate as possible. If two married people are filing together, and any of the exclusions in this statement applies to only one of you, the other person should complete a separate Form 122A-1 If you believe that this is required by 11 U.S.C. § 707(b)(2)(C).**

| Part 1 | Identify the Kind of Debts You Have |
|---|---|

1. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." Make sure that your answer is consistent with the answer you gave at line 16 of the *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 1).

   ■ No.   Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

   ☐ Yes.   Go to Part 2.

| Part 2: | Determine Whether Military Service Provisions Apply to You |
|---|---|

2. **Are you a disabled veteran** (as defined in 38 U.S.C. § 3741(1))?

   ☐ No.   Go to line 3.

   ☐ Yes.   Did you incur debts mostly while you were on active duty or while you were performing a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

       ☐ No.   Go to line 3.

       ☐ Yes.   Go to Form 122A-1: on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

3. **Are you or have you been a Reservist or member of the National Guard?**

   ☐ No.   Complete Form 122A-1. Do not submit this supplement.

   ☐ Yes.   Were you called to active duty or did you perform a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

       ☐ No.   Complete Form 122A-1. Do not submit this supplement.

       ☐ Yes.   Check any one of the following categories that applies:

          ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and remain on active duty.

          ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and was released from active duty on _____, which is fewer than 540 days before I file this bankruptcy case.

          ☐ **I am performing a homeland defense activity for at least 90 days.**

          ☐ **I performed a homeland defense activity for at least 90 days,** ending on _____, which is fewer than 540 days before I file this bankruptcy case.

> If you checked one of the categories to the left, go to Form 122A-1. On the top of page 1 of Form 122A-1, check box 3, *The Means Test does not apply now,* and sign Part 3. Then submit this supplement with the signed Form 122A-1. You are not required to fill out the rest of Official Form 122A-1 during the exclusion period. *The exclusion period* means the time you are on active duty or are performing a homeland defense activity, and for 540 days afterward. 11 U.S.C. § 707(b)(2)(D)(ii).
>
> If your exclusion period ends before your case is closed, you may have to file an amended form later.

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

**You are an individual filing for bankruptcy,** and

**Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

Chapter 7 - Liquidation

Chapter 11 - Reorganization

Chapter 12 - Voluntary repayment plan for family farmers or fishermen

Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation |
|---|---|
| $245 | filing fee |
| $75 | administrative fee |
| + $15 | trustee surcharge |
| $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their nonexempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

most taxes;

most student loans;

domestic support and property settlement obligations;

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property.* Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

|   | $1,167 | filing fee |
|---|---|---|
| + | $550 | administrative fee |
|   | $1,717 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

---

### Chapter 12: Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|------|------------|
| + | $75  | administrative fee |
|   | $275 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

---

### Chapter 13: Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|------|------------|
| + | $75  | administrative fee |
|   | $310 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

domestic support obligations,

most student loans,

certain taxes,

debts for fraud or theft,

debts for fraud or defalcation while acting in a fiduciary capacity,

most criminal fines and restitution obligations,

certain debts that are not listed in your bankruptcy papers,

certain debts for acts that caused death or personal injury, and

certain long-term secured debts.

### Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Bankruptcy crimes have serious consequences**

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

**Make sure the court has your mailing address**

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case.* If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

**Understand which services you could receive from credit counseling agencies**

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html .

In Alabama and North Carolina, go to: http://www.uscourts.gov/FederalCourts/Bankruptcy/ BankruptcyResources/ApprovedCredit AndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of South Carolina

In re   **Scott Thomas Satterfield** _____   Case No. _____
                                              Debtor(s)                    Chapter    **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
     compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
     be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

     For legal services, I have agreed to accept _____   $ _____**2,500.00**

     Prior to the filing of this statement I have received _____   $ _____**0.00**

     Balance Due _____   $ _____**2,500.00**

2.   The source of the compensation paid to me was:

     ■ Debtor        ☐ Other (specify):

3.   The source of compensation to be paid to me is:

     ■ Debtor        ☐ Other (specify):

4.   ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
        copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.  [Other provisions as needed]
         **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of
         reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC
         522(f)(2)(A) for avoidance of liens on household goods.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or
     any other adversary proceeding.**

---

## CERTIFICATION

      I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**September 24, 2019** _____        **/s/ Kevin McCarrell**
*Date*                                                 **Kevin McCarrell**
                                                       *Signature of Attorney*
                                                       **Fox Rothschild LLP**
                                                       **2 W. Washington Street**
                                                       **Suite 1100**
                                                       **Greenville, SC 29601**
                                                       **(864) 751-7600   Fax: (864) 751-7800**
                                                       **kmccarrell@foxrothschild.com**
                                                       *Name of law firm*

---

LOCAL OFFICIAL FORM 1007-1(b) TO SC LBR 1007-1

# United States Bankruptcy Court
### District of South Carolina

In re  **Scott Thomas Satterfield**                                                                    Case No.
                                                          Debtor(s)                 Chapter    **7**

## CERTIFICATION VERIFYING CREDITOR MATRIX

The above named debtor, or attorney for the debtor if applicable, hereby certifies pursuant to South Carolina Local Bankruptcy Rule 1007-1 that the master mailing list of creditors submitted either on computer diskette, electronically filed via CM/ECF, or conventionally filed in a typed hard copy scannable format which has been compared to, and contains identical information to, the debtor's schedules, statements and lists which are being filed at this time or as they currently exist in draft form.

Master mailing list of creditors submitted via:

(a) _____ computer diskette

(b) _____ scannable hard copy
(number of sheets submitted _____)

(c) __X__ electronic version filed via CM/ECF

Date:  **September 24, 2019**                          **/s/ Scott Thomas Satterfield**
                                                       **Scott Thomas Satterfield**
                                                       Signature of Debtor

Date:  **September 24, 2019**                          **/s/ Kevin McCarrell**
                                                       Signature of Attorney
                                                       **Kevin McCarrell**
                                                       **Fox Rothschild LLP**
                                                       **2 W. Washington Street**
                                                       **Suite 1100**
                                                       **Greenville, SC 29601**
                                                       **(864) 751-7600   Fax: (864) 751-7800**
                                                       Typed/Printed Name/Address/Telephone

                                                       _____
                                                       District Court I.D. Number

PARKLAND ASSOCIATES LLC
C/O COLLIERS INTERNATIONAL OF SC
PO BOX 11610
COLUMBIA SC 29211


THE STATE
1401 SHOP ROAD
COLUMBIA SC 29201


ACE FUNDING SOURCE, LLC
C/O ARIEL BOUSKILA, ESQUIRE
BERKOVITCH & BOUSKILA, PLLC
40 EXCHANGE PLACE, STE 1306
NEW YORK NY 10005


ADRENALINE PROMOTIONS
PO BOX 2214
EUREKA MT 59917


ALL IN
2611 WINDING BROOK
ANDERSON SC 29621


ALLIANCE LEGAL PARTNERS
9 CHATELAINE
NEWPORT COAST CA 92657


ALUMNI ASSOCIATION
PO BOX 18957
ASHEVILLE NC 28814


AMERICAN RING SOURCE
7855 KENWOOD ROAD
CINCINNATI OH 45236


AMINCO INTERNATIONAL
20571 CRESCENT BAY
LAKE FOREST CA 92630


ANI INTERNATIONAL
125 S. WACKER DRIVE
SUITE 1210
CHICAGO IL 60606

ARGOSY CAPITAL GROUP LLC
950 W. VALLEY ROAD
SUITE 2900
WAYNE PA 19087


ARIEL JEWELRY COMPANY
4940 MERRICK ROAD #304
MASSAPEQUA PARK NY 11762


ASHI DIAMONDS INC.
589 FIFTH AVE, 6TH FLOOR
NEW YORK NY 10017


ASHI DIAMONDS INC.
18 EAST 48TH STREET, 14TH
NEW YORK NY 10017


ATLANTA HOSIERY COMPANY
C/O BRYN COLETTE SARVIS
3347-B AUGUSTA HWY
GILBERT SC 29054


AXIS CAPITAL, INC.
PO BOX 2555
GRAND ISLAND NE 68802


AXIS CAPITAL, INC.
308 N LOCUST STREET SUITE 100
GRAND ISLAND NE 68801


BADEN SPORTS INC.
34114 21ST AVE SOUTH
FEDERAL WAY WA 98003


BADEN SPORTS INC.
3401 LIND AVE. SW
RENTON WA 98057


BADGER SPORTSWEAR, INC.
PO BOX 890011
CHARLOTTE NC 28289


BAKER, DENNIS
2 ARROW LAKE ROAD
WEST COLUMBIA SC 29170

BAKINS VENTURES, LLC
1638 KINSMON LANE
MARIETTA GA 30062


BB&T
PO BOX 580302
CHARLOTTE NC 28258


BB&T
C/O JAMES W. POAG, JR.
PO BOX 6422
WEST COLUMBIA SC 29171


BB&T
PO BOX 684
COLUMBIA SC 29202


BB&T
1901 ASSEMBLY STREET
COLUMBIA SC 29201


BECKER, MICHAEL
3453 HEATHER DRIVE
YORK PA 17408


BENCHMARK
DRAWER 2929
TUSCALOOSA AL 35403


BETHEL INTERNATIONAL
4610 BRAGG BLVD
FAYETTEVILLE NC 28303


BIG JEWELRY
115 WEST 30TH STREET, 8TH FLOOR
NEW YORK NY 10001


BRANCH BANKING & TRUST COMPANY FKA BB&T
C/O JERRY MYERS
PO BOX 176010
RALEIGH NC 27619


BRETT HAND, INC.
19399 HELENBERG ROAD
COVINGTON LA 70433

BRICE CALDWELL, INC.
1888 MAIN STREET, SUITE C #101
MADISON MS 39110


BRITTINGHAM GROUP, LLP
50 STATE STREET
WEST COLUMBIA SC 29169


BROWN, JEFFREY
3209 SW 137 COURT
OKLAHOMA CITY OK 73170


C.G. CREATIONS
PO BOX 1001
PEARL RIVER NY 10965


CAPITAL ADVANCE SERVICES, LLC
ONE EVERTRUST PLAZA, SUITE 1401
JERSEY CITY NJ 07302


CAPITAL ADVANCE SERVICES, LLC
30 BROAD STREET, 14TH FLOOR, SUITE 14108
NEW YORK NY 10004


CAPITAL MARKETING CONCEPTS
696 1ST AVE N
SAINT PETERSBURG FL 33701


CAPITAL MERCHANT SERVICES, LLC
116 NASSAU STREET, SUITE 804
NEW YORK NY 10038


CAPITAL ONE
PO BOX 71083
CHARLOTTE NC 28272


CAPITAL ONE
PO BOX 30281
SALT LAKE CITY UT 84130


CARGO HOLD, INC.
PO BOX 239
CHARLESTON SC 29402

CAROLINA FIN
930 BATTENKILL COURT
LEXINGTON SC 29072


CAROLINA RETAIL PACKAGING, INC.
C/O SCOTT MANGE
PO BOX 743
WHITE ROCK SC 29177


CB INDIGO
PO BOX 4499
BEAVERTON OR 97076-4000


CHEM ART
PO BOX 845041
BOSTON MA 02284


CHINA PEARL
10220 NORRIS AVE
PACOIMA CA 91331


CHURCH HILL CLASSICS
594 PEPPER STREET
MONROE CT 06468


CITI CARDS
PO BOX 70166
PHILADELPHIA PA 19176


CITI CARDS CBNA
PO BOX 6241
SIOUX FALLS SD 57117


CITIZENS WATCH COMPANY
1000 WEST 190TH STREET
TORRANCE CA 90502


CLASSIC IMPORTS, INC.
32 WEST 39TH STREET
NEW YORK NY 10018


CLEMSON SPORTS PROPERTIES
IMG-LEARFIELD
2400 DALLAS PARKWAY, SUITE 500
PLANO TX 75093

CLEMSON SPORTS PROPERTIES
135 OLD GREENVILLE HIGHWAY # 203
CLEMSON SC 29631


COAST APPAREL, LLC
PO BOX 9324
GREENVILLE SC 29604


COASTAL WATERS, LLC
C/O CHARLES W. WINFIELD
PERRY & WINFIELD, PA
PO BOX 80281
STARKVILLE MS 39759


COLLEGE COVERS
PO BOX 336
HARTINGTON NE 68739


COLLEGIATE ENTERPRISES
PO BOX 682
NORTH MYRTLE BEACH SC 29597


COLLEGIATE KIDS BOOKS, LLC
3956 2ND STREET DRIVE NW
HICKORY NC 28601


COLOR CRAFT
45 WEST 45TH STREET, 10TH FLOOR
NEW YORK NY 10036


COLUMBIA SPORTSWEAR COMPANY, INC.
C/O AMANDA M . SCOTT
PO BOX 743
WHITE ROCK SC 29177


COLUMBIA SPORTSWEAR COMPANY, INC.
PO BOX 935641
ATLANTA GA 31193


COSERV
PO BOX 100879
ATLANTA GA 30384

CRAFTIQUE
PO BOX 4422
CHATTANOOGA TN 37405


CREATIVE REALITIES/WIRELESS RONIN TECH
22 AUDREY PL
GEORGETOWN SC 29440


CT CORPORATION SYSTEMS, AS REPRESENATIVE
330 N. BRAND BLVD STE 700
GLENDALE CA 91203


CUMULUS
1301 GERVAIS ST
COLUMBIA SC 29201


CUSTOM BRANDED SPORTSWEAR
C/O WYLIE CLARKSON
PO BOX 287
COLUMBIA SC 29202


CUSTOM BRANDED SPORTSWEAR
PO BOX 413245
KANSAS CITY MO 64141


CUSTOM BRANDED SPORTSWEAR
C/O TRACE DILLON
THE DILLON LAW FIRM
2346 WISTERIA DRIVE, SUITE 220
SNELLVILLE GA 30078


CUSTOM DECOR
PO BOX 336
CHESWOLD DE 19936


CUTTER & BUCK
C/O CYNTHIA MARIE LOVER
PO BOX 6774
MYRTLE BEACH SC 29572


CUTTER & BUCK
PO BOX 34855
SEATTLE WA 98124

DAILY GAMECOCK
1400 GREENE STREET
COLUMBIA SC 29208


DARLING IMPORTS
PO BOX 564
HAMPTON GA 30228


DATA SPRING
56 PARKWAY COMMONS WAY
GREER SC 29650


DAYNA DESIGNS, LLC
PO BOX 2307
ROCKVILLE MD 20847


DAYNA DESIGNS, LLC
RR BEACH ASSOCIATES
95 WOLF CREEK BLVD., SUITE 2
DOVER DE 19901


DDRTC COLUMBIANA STATION II LLC
C/O W. CLIFF MOORE, III
PO BOX 2285
COLUMBIA SC 29202


DIAMOND COUNSEL OF AMERICA
120 BROADWAY
NEW YORK NY 10271


DIAMOND GRAPHICS, LLC/MARIE CLAYBORNE
611 LONGS POND ROAD
LEXINGTON SC 29073


DISBROW, TOM
4048 FLORENTINE ROAD
WEST COLUMBIA SC 29170


DISCOVER BANK
PO BOX 15316
WILMINGTON DE 19850-5000


DISTINCTIVE HOMEWORKS, LLC
342 AMSTAR ROAD
COLUMBIA SC 29212

DIVINE CREATIONS, INC
C/O AMANDA M. SCOTT
PO BOX 743
WHITE ROCK SC 29177


DIVINE CREATIONS, INC
2027 EAST BARDEN ROAD
CHARLOTTE NC 28226


DONOVAN, JOHN
347 CLERMONT LAKE DRIVE
LEXINGTON SC 29073


DUPLICATING PRODUCTS
150 LOFT CT
WEST COLUMBIA SC 29169


E5
FILE #50516
LOS ANGELES CA 90074


EAST BAY AIR LLC
DIXON HUGHES PLLC
525 EAST BAY STREET
CHARLESTON SC 29403


EDIBLE ARRANGEMENTS
1788 SOUTH LAKE DRIVE
SUITE 170
LEXINGTON SC 29073


ELEKTROPLATE
5510 ABRAMS ROAD
DALLAS TX 75214


EMA JEWELRY, INC.
246 W. 38TH STREET
SUITE 600
NEW YORK NY 10018


ESP RECEIVABLES MANAGEMENT
2346 WISTERIA DRIVE, SUITE 220
SNELLVILLE GA 30078

EVC, INC. COZY COVER
2306 E. SUPERIOR STREET
DULUTH MN 55812

EVERGREEN
7110 WRIGHTSVILLE AVE
WILMINGTON NC 28403

FANZ ZONE
13100 HWY 144E #236
RICHMOND HILL GA 31324

FBF ORIGINALS
1201 S. OHIO STREET
MARTINSVILLE IN 46151

FEDEX
150 QUEENS PARKWAY
WEST COLUMBIA SC 29169

FLIRTIES
2219 CR 220 SUITE 316
MIDDLEBURG FL 32068

FREAKER USA, INC.
1121 S. FRONT STREET
WILMINGTON NC 28401

FROM THE HEART ENTERPRISES
2374 WEST NEW ORLEANS STREET
BROKEN ARROW OK 74011

GABRIEL BROTHERS
545 WEST 45TH STREET, 3RD FLOOR
NEW YORK NY 10036

GAME WEAR
70 HUDSON STREET
SECOND FLOOR
HOBOKEN NJ 07030

GAMECOCK CENTRAL
1542 STERLING OAKS DRIVE
MONCKS CORNER SC 29461

GAMEDAY IRONWORKS
8821 W. 6TH STREET
STILLWATER OK 74074


GARNET & BLACK TRADITIONS
238 MINERAL SPRINGS DRIVE
LEXINGTON SC 29073


GARRISON, NICOLAS
12 S CHERRY HILLS
EDWARDSVILLE IL 62025


GEAR FOR SPORTS, INC.
9700 COMMERCE PARKWAY
LENEXA KS 66219


GEAR FOR SPORTS, INC.
12193 COLLECTION CENTER DRIVE
CHICAGO IL 60693


GEMS ONE CORPORATION
16 W 46TH STREET
6TH FLOOR
NEW YORK NY 10036


GEMS ONE CORPORATION
25 W 45TH STREET STE 1200
NEW YORK NY 10036


GLIK IMPORTS
1255 PHILLIPS SQUARE
SUITE 906
MONTREAL, QC H3B 3G1


GLOBAL BRAND GROUP/KHQ BRANDED
350 5TH AVENUE
9TH FLOOR
NEW YORK NY 10118


GLOBAL BRAND GROUP/KHQ BRANDED
C/O E. LLOYD WILCOX, II
PO BOX 1909
FLORENCE SC 29503

GLOBAL FASHION WORKS, LLC/ FLYING COLORS
795 CRONWELL PARK DRIVE
SUITE B
GLEN BURNIE MD 21061

GOLD LANCE
ATTN: RHONDA CHESTER
21338 NEWTWORK PLACE
CHICAGO IL 60673

GREENE, DAVID
2811 HOLT DRIVE
FLORENCE SC 29505

GREENVILLE NEWS
PO BOX 677566
DALLAS TX 75267

GRI-EQY (SPARKLEBERRY SQUARE) LLC
C/O THOMAS W. BUNCH, II
141 PALHAM DRIVE, SUITE F
COLUMBIA SC 29209

HADLEY-ROMA
PO BOX 1130
LARGO FL 33779

HARWELL, SHANNON
143 TORREY GLENN DRIVE
LEXINGTON SC 29072

HEDSTROM PLASTICS
PO BOX 951924
CLEVELAND OH 44193

HERALD OFFICE SYSTEMS
90 N. SHORECREST ROAD #A
COLUMBIA SC 29209

HERITAGE LANDSCAPE SERVICES
141 PEACHTREE STREET
GILBERT SC 29054

HIGHLAND GRAPHICS, INC.
PO BOX 809209
CHICAGO IL 60680


HUDSON JEWELRY MFG CO.
PO BOX 1398
CHILHOWIE VA 24319


ICON OUTDOORS LLC
C/O CYNTHIA MARIE LOVER
PO BOX 6774
MYRTLE BEACH SC 29572


ICON OUTDOORS, LLC
PO BOX 17012
BALTIMORE MD 21297


IDD USA LLC
535 5TH AVE FLOOR 20
NEW YORK NY 10017


IHEART MEDIA
316 GREYSTONE BLVD.
COLUMBIA SC 29210


IMAGE ONE
2201 BROOKWOOD DRIVE
SUITE 112
LITTLE ROCK AR 72202


IMAGE ONE
C/O THOMAS BURNS
HANCOCK LAW FIRM
610 EAST 6TH STREET
LITTLE ROCK AR 72202


IMPERIAL- DELTAH, INC.
795 WATERMAN AVE
EAST PROVIDENCE RI 02914


INDIGO
GENESIS FS CARD SERVCIES
PO BOX 4477
BEAVERTON OR 97076

INFLUX CAPITAL LLC
32 COURT STREET, SUITE 205
BROOKLYN NY 11201

INNOVATIVE ADHESIVES, LLC
PO BOX 1719
CARY NC 27512

INTERINGS, INC.
450 7TH AVE. SUITE 1906
NEW YORK NY 10123

INTERINGS, INC.
62 WEST 47TH STREET
SUITE 909
NEW YORK NY 10036

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101

INTERNATIONAL DIAMOND DISTRIBUTORS
535 FIFTH AVE, 20TH FLOOR
NEW YORK NY 10017

INTERNATIONAL IMPORT CORP.
20 WEST 47TH STREET #808
NEW YORK NY 10036

INTERNATIONAL INPORT CORP.
22 WEST 48TH STREET
NEW YORK NY 10036

IPG INDEPENDANT PUBLISHERS GROUP
814 NORTH FRANKLIN STREET
CHICAGO IL 60610

IRON MOUNTAIN
PO BOX 27128
NEW YORK NY 10087

J.R. FALLAW MECHANICAL SERVICES
521 ISIAH HALL ROAD
GILBERT SC 29054

JAMES HAGEN DIST. CO
PO BOX 730356
ORMOND BEACH FL 32173


JARDINE ASSOCIATES, LLC
200 COMPASS CIRCLE
NORTH KINGSTOWN RI 02852


JAYCEE MERCHANDISING, LLC
5210 LONG PRAIRIE # 322
FLOWER MOUND TX 75028


JAYDEN STAR, LLC
385 FIFTH AVE
SUITE 507
NEW YORK NY 10016


JEWELERS BOARD OF TRADE
95 JEFFERSON BLVD
WARWICK RI 02888


JEWELRY WAREHOUSE, INC.
238 MINERAL SPRINGS DRIVE
LEXINGTON SC 29073-8167


JUBA, ROBERT
527 MATTAMUSHKEET DRIVE
LITTLE RIVER SC 29566


KELLEE DESIGNS
2611 N CENTER STREET
HICKORY NC 28601


KENCRAFT, INC.
708 S. UTAH VALLEY DRIVE
AMERICAN FORK UT 84003


KENT PORTH NATURE PHOTOGRAPHY
107-B VISTA OAKS DRIVE
LEXINGTON SC 29072


KIM INTERNATIONAL
14841 LANDMARK BLVD. SUITE 200
DALLAS TX 75240

KNIGHT, MARILYN
137 ROBIN ROOST LANE
GASTON SC 29053


KOLB, LOUIS
430 GREENGARDEN DRIVE
CHAPIN SC 29036


KRANTZ KOOLING & HEATING
1612 ANTHONY DRIVE WEST
WEST COLUMBIA SC 29172


LAFOSSE, ADRIAN
12558 ASHLAND DRIVE
COLUMBIA SC 29229


LAKESHIRTS, INC.
C/O HEATHER KOERING
4200 COUNTRY ROAD 42 WEST
SAVAGE MN 55378


LAKESHIRTS, INC.
PO BOX 1906
DETROIT LAKES MN 56502


LASHBROOK
PO BOX 90
SALT LAKE CITY UT 84110


LE VIAN CORP.
235 GREAT NECK ROAD
GREAT NECK NY 11021


LEADING JEWELERS GUILD, INC.
PO BOX 4220
CULVER CITY CA 90231


LEARFIELD COMMUNICATIONS, INC
C/O AMANDA M. SCOTT
PO BOX 743
WHITE ROCK SC 29177

LEARFIELD COMMUNICATIONS, INC
C/O PARNELL & CRUM PA
PO BOX 2189
MONTGOMERY AL 36102


LITTLE KING MFG. CO. INC.
11705 HWY 231
UNION GROVE AL 35175


LITTON, KIRK
313 CRICKENTREE DRIVE
BLYTHEWOOD SC 29016


LOGO CHAIR COMPANY
117 SOUTHEAST PARKWAY
FRANKLIN TN 37064


LOUDMOUTH GOLF, LLC
7512 DR. PHILLIPS BLVD # 50879
ORLANDO FL 32819


LOW COST LUXURY
7500 BELLAIRE BLVD
HOUSTON TX 77036


LUCAS, KEVIN
 2231 NW BROAD STREET
SUITE F
MURFREESBORO TN 37129


M. SCHAMROTH & SONS
580 FIFTH AVE, SUITE 2304
NEW YORK NY 10036


MAC GASES, INC.
101 BOMBAY DRIVE
COLUMBIA SC 29209


MAGNOLIA LANE
1920 WOODLANDS INDUSTRIAL DRIVE
TRUSSVILLE AL 35173


MARATHON COMPANY
PO BOX 2097
ATTLEBORO MA 02703

```
MARATHON COMPANY
PO BOX 419
ATTLEBORO MA 02703


MARLIN BUSINESS BANK
2795 E COTTONWOOD PARKWAY
SALT LAKE CITY UT 84121


MARLIN LEASING
300 FELLOWSHIP ROAD
MOUNT LAUREL NJ 08054-1201


MARYLAND BRAND MANAGEMENT, INC.
1801 PORTAL STREET
BALTIMORE MD 21224


MASCOT BOOKS
620 HERNDON PARKWAY
#320
HERNDON VA 20170


MASIK COLLEGIATE FRAGRANCES LLC
1010 NORTHERN BLVD
GREAT NECK NY 11021


MCCATHERN, JACK JR.
640 WISE FERRY ROAD
LEXINGTON SC 29072


MEMORY COMPANY
DBA COLLEGIATE COLLECTABLES
PO BOX 610
PHENIX CITY AL 36868


MERCHANT ADVANCE
C/O ARIEL BOUSKILA, ESQUIRE
BERKOVITCH & BOUSKILA, PLLC
40 EXCHANGE PLACE, SUITE 1306
NEW YORK NY 10005


MERCURY CARD/FB&T
CARD SERVICES
84064
COLUMBUS GA 31908
```

MERCURY CARD/FB&T
700 22ND AVE SOUTH
BROOKINGS SD 57006


METAL MARKETPLACE I, INC.
718 SANSOM STREET
PHILADELPHIA PA 19106


MID-CAROLINA ELECTRIC COOPERATIVE
7524 BROAD RIVER ROAD
IRMO SC 29063


MIDAS CHAIN, INC
151 VETERANS DRIVE
NORTHVALE NJ 07647


MOHAN'S INC.
4062 PEACHTREE ROAD, SUITE A-113
ATLANTA GA 30319


MOHAN'S INC.
NINE DUNWOODY PARKWAY, STE #114
ATLANTA GA 30338


MUD PIE, LLC
4893 LEWIS ROAD, STE A
STONE MOUNTAIN GA 30083


MUSCO, JOSEPH
66 OAK FARM DRIVE
COLCHESTER CT 06415


NATIONAL JEWELRY CO, INC.
PO BOX 710
RUSTON LA 71273


NATIONAL JEWELRY CO, INC.
PO BOX 1248
RUSTON LA 71273


NATIONAL JEWELRY CO. INC.
101 REYNOLDS DRIVE
RUSTON LA 71273

NATIVE SUN SPORTS
4590 62ND AVE N
PINELLAS PARK FL 33781


NED  STRAUSS & ASSOCIATES
505 TIMBERTRAIL COURT
COLUMBIA SC 29212


NEIL ENTERPRISES, INC.
3500 LACY ROAD, SUITE 220
DOWNERS GROVE IL 60515


NEVES INDUSTRIES, LLC
24229 TULLAMORE DRIVE
DAPHNE AL 36526


NEW WORLD GRAPHICS
145 COILE DRIVE
ATHENS GA 30606


NEXSEN PRUET, LLC
1200 MAIN STREET
COLUMBIA SC 29201


NIKE TEAM SPORTS
PO BOX 277482
ATLANTA GA 30384


NIKE USA INC
C/O AMANDA SCOTT
PO BOX 743
WHITE ROCK SC 29177


NOBLE GIFT PACKAGING
20 SAND PARK ROAD
CEDAR GROVE NJ 07009


NOBLE GIFT PACKING
141 LANZA AVE, BLVD. #5
GARFIELD NJ 07026


OAKLEY, INC.
C/O AMANDA M. SCOTT
PO BOX 743
WHITE ROCK SC 29177

OAKLEY, INC.
C/O PARNELL & CRUM, PA
PO BOX 2189
MONTGOMERY AL 36102


OUIBY, INC.
1719 APLINE AVE
BOULDER CO 80304


OVERNIGHT MOUNTINGS
88758 EXPEDITE WAY
CHICAGO IL 60695


PACIFIC AND SOUTHERN, LLC DBA WLTX TV
C/O WYLIE CLARKSON
PO BOX 287
COLUMBIA SC 29202


PALMETTO FIRE & SAFETY
293 POPES LANE
LEXINGTON SC 29072


PALMETTO PLAZA ASSOCIATES
514 YACHTING ROAD
LEXINGTON SC 29072


PALMETTO PLAZA ASSOCIATES
C/O JEFFREY L. SILVER, ESQUIRE
700 HUGER STREET, SUITE 102
COLUMBIA SC 29202


PARKLAND ASSOCIATES
C/O STUART LEE
PO BOX 100200
COLUMBIA SC 29202


PARKLAND PLAZA, LLC
C/O COLLIERS INTERNATIONAL SC
1301 GERVAIS STREET, SUITE 1200
COLUMBIA SC 29201


PARTY ANIMAL
909 CROCKER ROAD
WESTLAKE OH 44145

PENNINGTON & BAILES, LLC
5745 SW 75TH STREET
GAINESVILLE FL 32608


PEPCO POMS
PO BOX 950
WHARTON TX 77488


PORTFOLIO RECOVERY ASSOC
RIVERSIDE COMMERCE CENTER
120 CORPORATE BLVD. STE 100
NORFOLK VA 23502


POTTS, KIM
212 BOSWORTH FIELD COURT
COLUMBIA SC 29212


PRICE, HARRIET
8 WHETSTONE CREEK COURT
IRMO SC 29063


PRINTGEAR
1769 AIRPORT BLVD
CAYCE SC 29033


PROMARK
14052 VALLEY DRIVE
LONGMONT CO 80504


PSI91, INC.
1 FEDERAL STREET
BLDG 101
SPRINGFIELD MA 01105


PUNJANI, AZIZ
1232 VALENCIA LANE
LEWISVILLE TX 75067


PYE BARKER
PO BOX 69
ROSWELL GA 30077


QUALITY GOLD OF CINCINNATI
 PO BOX 46705
CINCINNATI OH 45246

QUALITY GOLD OF CINCINNATI
PO BOX 18490
FAIRFIELD OH 45018


R.F.S.J., INC.
654 WEST MAIN STREET
MOUNT PLEASANT PA 15666


RAPP'S PACKAGING
1035 NEW CASTLE STREET
BUTLER PA 16001


RECEIVABLE MANAGEMENT COMPANY
1601 SHOP ROAD, STE D
COLUMBIA SC 29201


REMBRANDT QUALITY CHARMS
370 S. YOUNGS ROAD
BUFFALO NY 14221


RICO INDUSTRIES INC.
8030 SOLUTIONS CENTER
CHICAGO IL 60677


RICO INDUSTRIES INC.
1712 S. MICHIGAN AVE
CHICAGO IL 60616


RIVALRY LLC
PO BOX 1353
ALBUQUERQUE NM 87121


ROMA DESIGN, INC.
PO BOX 1130
LARGO FL 34649


ROMA DESIGN, INC.
A DIVISION OF NAVITAS LEASE CORP
814 A1A N STE 205
PONTE VEDRA BEACH FL 32082


ROYAL JEWELRY MANUFACTING, INC.
1001 AVENUE OF THE AMERICAS ROOM 7
NEW YORK NY 10018

ROYCE APPAREL, INC.
PO BOX 1036
CHARLOTTE NC 28201


RR DONNELLEY
1210 KEY ROAD
COLUMBIA SC 29201


RUBIN HILL, INC.
PO BOX 28
FLOURTOWN PA 19031


S A KITSINIAN INC.
6743 ODESSA AVE
VAN NUYS CA 91406


S&P TRADING INC.
2500 E. INDEPENDENCE BLVD
SUITE BB304
CHARLOTTE NC 28205


SALESONE INTERNATIONAL LLC
16 FITCH STREET
NORWALK CT 06855


SAMUEL SPIL CO.
PO BOX 220074
CHARLOTTE NC 28222


SAMUEL SPIL CO.
PO BOX 78282
CHARLOTTE NC 28271


SATTERFIELD'S JEWELRY, INC.
238 MINERAL SPRINGS CIRCLE
LEXINGTON SC 29073


SATTERFIELD, KEN
1125 W. MCCARTY STREET
JEFFERSON CITY MO 65109


SATTERFIELD, KEN G.
ALICE AND KEN SATTERFIELD
1125 W. MCCARTY STREET
JEFFERSON CITY MO 65109

SAVAGE, TIMOTHY
3212 SW 137TH COURT
OKLAHOMA CITY OK 73170


SCA COLLECTIONS
300 E. ARLINGTON BLVD.
GREENVILLE NC 27858


SCHOOL CUTS
PO BOX 3166
WEST COLUMBIA SC 29171


SCI INTERNATIONAL, INC.
DEPT NO. 556
PO BOX 8000
BUFFALO NY 14267


SCOTT SATTERFIELD


SEASONS JEWELRY
616 SOUTH MAIN STREET
SPRINGFIELD TN 37172


SEASONS JEWELRY
111 CHURCH STREET, SUITE 300
LEXINGTON KY 40507


SEIKO CORPORATION OF AMERICA
C/O CRAIG H. ALLEN
PO BOX 10854
GREENVILLE SC 29603


SEIKO TIME
1111 MACARTHUR BLVD.
MAHWAH NJ 07430


SEWING CONCEPTS
5710 Q STREET
OMAHA NE 68117


SHAH DIAMONDS, INC.
22 W. 48TH STREET
SUITE 600
NEW YORK NY 10036

SHEPPARD'S GLASS
2519 PLATT SPRINGS ROAD
WEST COLUMBIA SC 29169


SIGNATURE ENGRAVING SYSTEMS, INC.
120 WHITING FARMS ROAD
NEW YORK NY 10104


SIMPLY DIAMONDS
529 FIFTH AVE.
SUITE 1700
NEW YORK NY 10017


SMACK APPAREL COMPANY
2310 W. STATE STREET
TAMPA FL 33609


SOUTH CAROLINA DEPARTMENT OF REVENUE
PO BOX 12265
COLUMBIA SC 29211


SOUTH CAROLINA SHOPS
1314 ROSEWOOD DRIVE
COLUMBIA SC 29201


SOUTHEASTERN FINDINGS
1733 MONTREAL CIRCLE
TUCKER GA 30084


SOUTHERN COLLEGIATE APPAREL LLC
3125 INTERSTATE CIRCLE
COTTONDALE AL 35453


SOUTHERN COLLEGIATE APPAREL LLC
C/O WILSON F. GREEN
FLEENOR & GREEN LLP
1657 MCFARLAND BLVD N. STE G2A
TUSCALOOSA AL 35406


SPARKLE LIFE LLC
5745 SW 75TH STREET
SUITE 249
GAINESVILLE FL 32608

SPECTRUM REACH
PO BOX 952993
SAINT LOUIS MO 63195


SPIRIT COMMUNICATIONS
1640 FREED STREET
COLUMBIA SC 29201


SPIRIT PRODUCTS LTD
PO BOX 729
HAVERHILL MA 01831


SPORTS LICENSING SOLUTIONS LLC
PO BOX 745175
ATLANTA GA 30374


SRB TRADING
7 WEST 45TH STREET #1706
NEW YORK NY 10036


STAR FISH VISION
10776 GREENVILLE HWY
WELLFORD SC 29385


STAR RING, INC.
9256 OWENSMOUTH AVE
CHATSWORTH CA 91311


STEPHEN JOSEPH
MARCUS & SHAW
3663 WINGFOOT DRIVE
SOUTHPORT NC 28461


STERLING CONTRACT PACKAGING
PO BOX 16159
BOILING SPRINGS SC 29316


STERLING CONTRACT PACKAGING
1875 MOORE DUNCAN HWY
MOORE SC 29369


STERLING REPUTATION INC.
10116 WEST OAKLAND PARK BLVD.
FORT LAUDERDALE FL 33351

STOCKDALE TECHNOLOGIES INC.
104 COMMERCE STREET
LAKE MARY FL 32746


STONE ARMORY
PO BOX 26123
CLEVELAND OH 44126


STRATEGIC FUNDING SOURCE, INC.
C/O KEVIN MALLOY
1441 MAIN STREET, SUITE 1200
COLUMBIA SC 29201


STRATEGIC FUNDING SOURCE, INC.
C/O RICHARD J. HOWARD, ESQUIRE
120 WEST 45TH STREET, 2ND FLOOR
NEW YORK NY 10036


STRATEGIC FUNDING SOURCE, INC.
1501 BROADWAY STE 360
NEW YORK NY 10036


STUDEX CORP
521 ROSECRANS AVE.
GARDENA CA 90248


STULLER SETTINGS
PO BOX 87777
LAFAYETTE LA 70598


STULLER SETTINGS
C/O CISCO, INC.
1702 TOWNHURST DRIVE
HOUSTON TX 77043


SUMMIT SPORTSWEAR, INC
C/O ERIC HALE
PO BOX 287
COLUMBIA SC 29202


SUMMIT SPORTSWEAR, INC.
800 W. 47TH STREET
KANSAS CITY MO 64112

SYNCB/LOWES
PO BOX 965036
ORLANDO FL 32896

TACHE' JEWELRY
18 EAST 48TH STREET 4TH FLOOR
NEW YORK NY 10017

TACORI ENTERPRISES
1736 GARDENA AVE
GLENDALE CA 91204

TAG-TICS INC.
4620 WEST TENNYSON AVE
TAMPA FL 33629

TEAGAN COMPANY
5347 FACTORS WALK DRIVE
SANFORD FL 32771

TEAGUE, WANDA & ROGER
101 LAND OF LAKES BLVD
LEXINGTON SC 29073

TEAM EFFORT INC.
PO BOX 243
CLARION IA 50525

TEAM GOLF
2221 LUNA ROAD
CARROLLTON TX 75006

THE GAME INC
C/O CRAIG H. ALLEN
605 PETTIGRU STREET
GREENVILLE SC 29601

THE GAME LLC
PO BOX 932255
ATLANTA GA 31193

THE GAME LLC
PO BOX 116469
ATLANTA GA 30368

```
THE LAMAR COMPANIES
C/O JAMES DERRICK JACKSON
PO BOX 50124
COLUMBIA SC 29250


THOMPSON, STACY
713 MOSS CREEK DRIVE
CAYCE SC 29033


TIGER PAW TRADITIONS JEWELRY WAREHOUSE
238 MINERAL SPRINGS DRIVE
LEXINGTON SC 29073


TIGERTOWN GRAPHICS/SOUTHERN FRIED COTTON
PO BOX 381
CLEMSON SC 29633


TRADITION SCARVES, ASR 7, LLC
3321 TRILLIUM WHORL COURT
RALEIGH NC 27607


TRADITIONS MEDIA
238 MINERAL SPRINGS DRIVE
LEXINGTON SC 29073-8167


TRANSWORLD SYSTEMS
PO BOX 15095
WILMINGTON DE 19850-5000


TRIUNE TECHNOLOGIES, INC.
PO BOX 78175
GREENSBORO NC 27427


TYCO INTEGRATED SECURITY LLC
3243 SUNSET BLVD
WEST COLUMBIA SC 29169


TYCO INTEGRATED SECURITY LLC
C/O LAW OFFICES WILCOX, BUYCK, & WILLIAM
PO BOX 1909
FLORENCE SC 29503


ULINE
12575 ULINE DRIVE
PLEASANT PRAIRIE WI 53158
```

ULLOA, ELIZABETH
804 GREEN SPRINGS DRIVE
COLUMBIA SC 29223


UNITE U TECHNOLOGIES, INC.
12 PINE CONE DR
PITTSFORD NY 14534


US BANCORP
PO BOX 580337
MINNEAPOLIS MN 55458


WE LIVE FOR SATURDAYS
PO BOX 1788
TUPELO MS 38802


WHITLOCK, RAYMOND
ATTN: BUSTER WHITLOCK
RIVERLAND HILLS BAPTIST CHURCH
201 LAKE MURRAY BLVD
IRMO SC 29063


WILDCAT/RETRO BRANDS, LLC
1415 EMERALD ROAD
GREENWOOD SC 29646


WILKERSON & ASSOCIATES
222 MAIN STREET
STUTTGART AR 72160


WINDSET CAPITAL CORPORATION
C/O JOSEPH F. DAVIS
PO DRAWER 730
SUMTER SC 29151


WINDSTREAM
5135 SUNSET BLVD UNIT J
LEXINGTON SC 29072


WINDSTREAM COMMUNICATIONS
C/O THE LEVITON LAW FIRM LTD
3 GOLF CENTER, SUITE 361
HOFFMAN ESTATES IL 60169

WLTX-TV
6027 GARNERS FERRY ROAD
COLUMBIA SC 29209


WMFX-FM
1900 PINEVIEW ROAD
COLUMBIA SC 29209


WORLD'S GOLD & DIAMONDS, INC.
C/O ROBERT J. MACKAY
PO BOX 7031
PASADENA TX 77508


WORTHY PROMOTIONAL PRODUCTS
PO BOX 240490
ECLECTIC AL 36024


WRIGHT EXPRESS
97 DARLING AVE.
SOUTH PORTLAND ME 04106


WWDM
1900 PINEVIEW ROAD
COLUMBIA SC 29209


YOUTH MONUMENT
3750 SOUTH BROADWAY PLACE
LOS ANGELES CA 90007


ZEPHYR GRAF-X
PO BOX 304
STILLWATER MN 55082


ZERO GRAVITY PROJECT LLC
C/O JERRY REARDON
1722 MAIN STREET
SUITE 302
COLUMBIA SC 29201